UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10239-RCL |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1  HUSIE A. JOYNER, | ) | 21 U.S.C. §§ 846, 841(a)(1), |
|    a/k/a "Poopie" | ) | 841(b)(1)(B)(ii) and (iii) - |
|    a/k/a "P" | ) | Conspiracy to Manufacture |
| 2  GREGORY R. BING, | ) | and Distribute Fifty Grams |
|    a/k/a "Groove" | ) | or More of Cocaine Base, Also |
| 3  ANTHONY SMITH, | ) | Known as "Crack Cocaine," and |
|    a/k/a Parish McCoullough | ) | Five Kilograms or More of Cocaine |
|    a/k/a "Ant" | ) | |
|    a/k/a "Nose" | ) | 21 U.S.C. §§ 841(a)(1) and |
|    a/k/a "Big Homey" | ) | (b)(1)(C) - Distribution of |
| 4  DONNELLE D. JOYNER, | ) | Cocaine |
|    a/k/a "D" | ) | |
| 5  GERARD KIMBLE, | ) | 21 U.S.C. §§ 841(a)(1) and |
|    a/k/a "G" | ) | (b)(1)(A)(iii) - Distribution of |
| 6  RALPH T. HOUSE, | ) | Fifty Grams or More of Cocaine |
| 7  ALBERTO Q. ROMERO, | ) | Base, Also Known as "Crack |
|    a/k/a "Loco" | ) | Cocaine" |
| 8  JORGE A. ROMERO, | ) | |
| 9  FRANCISCO ARIAS, | ) | 21 U.S.C. §§ 841(a)(1) and |
|    a/k/a William Arias | ) | (b)(1)(C) - Possession With |
|    a/k/a Hector Figueroa-Garcia | ) | Intent to Distribute Cocaine |
|    a/k/a Salvador Garcia | ) | 21 U.S.C. §§ 841(a)(1) and |
|    a/k/a "Willie" | ) | (b)(1)(B)(iii) - Possession With |
|    a/k/a Inocente Quijada | ) | Intent to Distribute Five Grams |
|    a/k/a Yasmil Frias | ) | or More of Cocaine Base, Also |
| 10 JOSE M. GONZALEZ-PADILLA, | ) | Known as "Crack Cocaine" |
| 11 RONNIE CHRISTIAN, | ) | |
|    a/k/a "Rizz" | ) | 21 U.S.C. § 843(b) - Unlawful |
| 12 MAHIRI KAZANA, | ) | Use of a Communication Facility |
|    a/k/a "Spanky" | ) | |
| 13 DANA T. RICE, | ) | 21 U.S.C. §§ 841(a)(1) and |
| 14 CEDRIC G. INGRAM, | ) | (b)(1)(A)(iii) - Possession With |
|    a/k/a James Watson | ) | Intent to Distribute Fifty Grams |
|    a/k/a Fred L. Sapp | ) | or More of Cocaine Base, Also |
|    a/k/a "Big Man" | ) | Known as Crack Cocaine |
| 15 BRIAN GILBERT, | ) | |
|    a/k/a "B" | ) | 18 U.S.C. § 922(g)(1) - Felon in |
| 16 ERIK M. McCORMICK, | ) | Possession of a Firearm |
|    a/k/a "Vine" | ) | |

```
    a/k/a "Devine"              ) 18 U.S.C. § 922(g)(5)(A) - Alien
17 JERMAINE GILMORE,            ) in Possession of a Firearm
    a/k/a "Maine"               )
                                ) 18 U.S.C. § 2 - Aiding and
    Defendants.                 ) Abetting
                                )
                                ) 21 U.S.C. § 853 - Criminal
                                ) Asset Forfeiture
```

## INDICTMENT

**COUNT ONE:**     (21 U.S.C. § 846 -- Conspiracy To Distribute
                    Cocaine and Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or
about September of 2004, and continuing thereafter until in or
about August 2005, at Boston, Quincy, Walpole and elsewhere in
the District of Massachusetts, in the States of New York,
Florida, Delaware, and elsewhere,

```
        1. HUSIE A. JOYNER,
              a/k/a "Poopie"
              a/k/a "P"
        2. GREGORY R. BING,
              a/k/a "Groove"
        3. ANTHONY SMITH,
              a/k/a Parish McCoullough
              a/k/a "Ant"
              a/k/a "Nose"
              a/k/a "Big Homey"
        4. DONNELLE D. JOYNER,
              a/k/a "D"
        5. GERARD KIMBLE,
              a/k/a "G"
        6. RALPH T. HOUSE,
        7. ALBERTO Q. ROMERO,
              a/k/a "Loco"
        9. FRANCISCO ARIAS,
              a/k/a William Arias
              a/k/a Hector Figueroa-
```

2

```
                    Garcia
                    a/k/a Salvador Garcia
                    a/k/a "Willie"
                    a/k/a Inocente Quijada
                    a/k/a Yasmil Frias
             10.JOSE M. GONZALEZ-PADILLA,
             11.RONNIE CHRISTIAN,
                    a/k/a "Rizz"
             12.MAHIRI KAZANA,
                    a/k/a "Spanky"
             13.DANA T. RICE,
             14.CEDRIC G. INGRAM,
                    a/k/a James Watson
                    a/k/a Fred L. Sapp
                    a/k/a "Big Man"
             15.BRIAN GILBERT,
                    a/k/a "B"
             16.ERIK M. McCORMICK,
                    a/k/a "Vine"
                    a/k/a "Devine"
             17.JERMAINE GILMORE,
                    a/k/a "Maine"
```

the defendants herein, did knowingly and intentionally combine,
conspire and agree with others known and unknown to the Grand
Jury, to manufacture and distribute a controlled substance; to
wit: cocaine base, also known as "crack" cocaine, and cocaine,
Schedule II controlled substances.

It is further alleged that this offense involved at least
fifty (50) grams of a mixture and substance containing a
detectable amount of cocaine base, also known as "crack" cocaine,
and five (5) kilograms or more of a mixture or substance
containing a detectable amount of cocaine, Schedule II controlled
substances. Accordingly, Title 21, United States Code, Section
841(b)(1)(A)(iii) is applicable to this count.

3

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**      **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;**
                    **18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 24, 2004, at Boston, in the District

of Massachusetts and elsewhere,

>    **1.    HUSIE A. JOYNER,**
>                **a/k/a "Poopie,"**
>                **a/k/a "P," and**
>    **2.    GREGORY R. BING,**
>                **a/k/a "Groove"**

the defendants herein, did knowingly and intentionally distribute

and cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about October 5, 2004, at Boston, in the District of Massachusetts and elsewhere,

### 2. GREGORY R. BING, a/k/a "Groove"

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

6

**COUNT FOUR:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about October 26, 2004, at Boston, in the District of Massachusetts and elsewhere,

### 2. GREGORY R. BING, a/k/a "Groove"

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

7

**COUNT FIVE:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 16, 2004, at Boston, in the District of Massachusetts and elsewhere,

## 2. GREGORY R. BING,
## a/k/a "Groove"

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

8

**COUNT SIX:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 1, 2004, at Boston, in the District of Massachusetts and elsewhere,

### 2. GREGORY R. BING, a/k/a "Groove"

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SEVEN:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;**
                    **18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 11, 2005, at Boston, in the District of
Massachusetts and elsewhere,

>       1.    **HUSIE A. JOYNER,**
>                   **a/k/a "Poopie,"**
>                   **a/k/a "P," and**
>       2.    **GREGORY R. BING,**
>                   **a/k/a "Groove"**

the defendants herein, did knowingly and intentionally distribute
and cause the distribution of cocaine, a Schedule II controlled
substance.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

10

**COUNT EIGHT:** **(21 U.S.C. § 841(a)(1) -- Possession With Intent To Distribute Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about May 1 and 2, 2005, at Boston, in the District of Massachusetts and elsewhere,

> 2.  **GREGORY R. BING**
>         **a/k/a "Groove," and**
> 16.  **ERIK M. McCORMICK,**
>         **a/k/a "Vine"**
>         **a/k/a "Devine"**

the defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT NINE:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about May 11, 2005, at Boston, in the District of Massachusetts and elsewhere,

> **2.  GREGORY R. BING**
> **a/k/a "Groove," and**
> **11. CEDRIC G. INGRAM,**
> **a/k/a James Watson**
> **a/k/a Fred L. Sapp**
> **a/k/a "Big Man"**

the defendants herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT TEN:**    **(21 U.S.C. § 841(a)(1) -- Possession With Intent To Distribute Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about June 2, 2005, at Boston, in the District of Massachusetts and elsewhere,

## 8. **MAHIRI KAZANA, a/k/a "Spanky"**

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

13

**COUNT ELEVEN:** **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 8, 2005, at Boston, in the District of Massachusetts and elsewhere,

### 8. JORGE A. ROMERO

defendant herein, did knowingly and intentionally distribute and cause the distribution of cocaine a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2

14

**COUNT TWELVE:** **(21 U.S.C. § 843(b) -- Unlawful Use of a Communication Facility; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 8, 2005, at approximately 8:45 p.m., in the District of Massachusetts and elsewhere,

### 8. JORGE A. ROMERO

defendant herein, did knowing and intentionally used a communication facility, to wit: a cellular telephone assigned telephone number 617-504-1091, in committing, causing and facilitating the drug trafficking offense set forth in Count Eleven of this indictment, specifically Distribution of Cocaine.

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2

**COUNT THIRTEEN**:          **(21 U.S.C. § 841(a)(1) -- Possession With**
                             **Intent to Distribute Cocaine; 18 U.S.C. § 2 -**
                             **Aiding and Abetting)**

The Grand Jury further charges that:

On or about August 18, 2005, at Boston, in the District of
Massachusetts and elsewhere,

### 15. BRIAN GILBERT,
### a/k/a "B"

the defendant herein, did knowingly and intentionally possess
cocaine base, also known as "crack" cocaine, a Schedule II
controlled substance.

It is further alleged that this offense involved at least
fifty (50) grams of a mixture and substance containing a
detectable amount of cocaine base, also known as "crack" cocaine,
a Schedule II controlled substance. Accordingly, Title 21,
United States Code, Section 841(b)(1)(A)(iii) is applicable to
this count.

All in violation of Title 21, United States Code, Sections
841(a)(1) and Title 18, United States Code, Section 2.

16

**COUNT FOURTEEN:**     **(18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 22, 2005, at Boston, in the District of Massachusetts and elsewhere,

### 5.  GERARD KIMBLE
### a/k/a "G"

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce a firearm, that is, a .45 caliber Hi-Point pistol, model JHP, bearing serial number 418013 and ammunition, that is nine rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1)

17

**COUNT FIFTEEN**: **(18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 22, 2005, at Boston, in the District of Massachusetts and elsewhere,

> 1. **HUSIE JOYNER,**
>    **a/k/a "Poopie,"**
>    **a/k/a "P,"**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce firearms, that is, .45 caliber Colt pistol, model series 80 MK IV, bearing serial number SN3461, a 9mm Hi-Point pistol, model C9, bearing serial number P1253074, and ammunition, that is one box of fifty rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1)

**COUNT SIXTEEN**: **(18 U.S.C. § 922(g)(5) - Possession of a Firearm by a Prohibited Person; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 25, 2005, at Brookline, in the District of Massachusetts and elsewhere,

> 9. **FRANCISCO ARIAS,**
>    **a/k/a William Arias**
>    **a/k/a Hector Figueroa-**
>    **Garcia**
>    **a/k/a Salvador Garcia**
>    **a/k/a "Willie"**
>    **a/k/a Inocente Quijada**
>    **a/k/a Yasmil Frias**

defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting interstate commerce a firearm, that is, a .380 caliber Beretta pistol, Model 84, bearing serial number B71478Y, and ammunition, that is four rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The United States Attorney further charges that:

1.   As a result of the offense alleged in Count One of this

Indictment,

1.   **HUSIE A. JOYNER,**

   **a/k/a "Poopie"**

   **a/k/a "P"**

2.   **GREGORY R. BING,**

   **a/k/a "Groove"**

3.   **ANTHONY SMITH,**

   **a/k/a Parish McCoullough**

   **a/k/a "Ant"**

   **a/k/a "Nose"**

   **a/k/a "Big Homey"**

4.   **DONNELLE D. JOYNER,**

   **a/k/a "D"**

5.   **GERARD KIMBLE,**

   **a/k/a "G"**

6.   **RALPH T. HOUSE,**

7.   **ALBERTO Q. ROMERO,**

   **a/k/a "Loco"**

9.   **FRANCISCO ARIAS,**

   **a/k/a William Arias**

   **a/k/a Hector Figueroa-**

   **Garcia**

   **a/k/a "Willie"**

   **a/k/a Inocente Quijada**

   **a/k/a Yasmil Frias**

10. **JOSE M. GONZALEZ-PADILLA,**

11. **RONNIE CHRISTIAN,**
     a/k/a "Rizz"

12. **MAHIRI KAZANA,**
     a/k/a "Spanky"

13. **DANA T. RICE,**

14. **CEDRIC G. INGRAM,**
     a/k/a James Watson
     a/k/a Fred L. Sapp
     a/k/a "Big Man"

15. **BRIAN GILBERT,**
     a/k/a "B"

16. **ERIK M. McCORMICK,**
     a/k/a "Vine"
     a/k/a "Devine," and

17. **JERMAINE GILMORE,**
     a/k/a "Maine"

defendants herein, shall forfeit to the United States any and all
property constituting, or derived from, any proceeds the
defendant obtained, directly or indirectly, as a result of the
offenses, and any property used or intended to be used, in any
manner or part, to commit, or to facilitate the commission of,
such offense.  Such property includes, but is not limited to:

> (A) A red 2000 Bentley Arnage with VIN
> SCBLC31E6YCX04930, owner listed as Nelson Liriano,
> 73 Alexander Street, Dorchester, MA;

> (B) A 2005 Black Bentley Continental bearing MA
> License Plate Number Ne3362 with VIN
> SCBCR63WX5C02433 and Registered to Patrice F.

21

Smith, 469 Washington Street, East Walpole, MA;

(C)   A 2005 gray Acura TL 3.2 sedan bearing MA License
      Plate Number RS95CE with VIN 19UUA66275A031176 and
      registered to Jaijuanna Harris, 428 Washington
      Street, Dorchester, MA;

(D)   A 2004 BMW 645CI Convertible bearing NY License
      Plate Number CXL8088 with VIN WBAEK73434B320542
      and Registered to Frederick B. Joyner, 102 Montauk
      Hwy, Westhampton, NY;

(E)   A 2002 Black BMW M3CIC Convertible bearing MA
      License Plate Number 9355MN with VIN
      WBSBR93402EX24156 and Registered to Donnelle
      Joyner of 175L Centre Street, Quincy, MA;

(F)   $91,210.00 in U.S. Currency seized from 469
      Washington Street, Walpole, MA on or about July
      22, 2005;

(G)   $17,520.00 in U.S. Currency seized from 175G
      Centre Street, 175G Centre Street, Apt # 708,
      Quincy, MA on or about July 22, 2005;

(H)   $3,958.00 in U.S. Currency seized from 57E Sumner
      Street, Dorchester, MA on or about July 22, 2005;

(I)   $23,600.00 in U.S. Currency seized from 68
      Williams Street, Third Floor, Jamaica Plain, MA on

22

or about July 25, 2005;

    (J)   Any and all funds contained in Account Number 9514573990 held at Bank of America in the name of Wendy Mejia; and

    (K)   The Real property located at 469 Washington Street, Walpole, Massachusetts, including all buildings, appurtenances, and improvements thereon, with owner of record Patrice Smith, as more fully described in Book 21168, Page 232, of the Norfolk County Registry of Deeds.

In that such items represents the proceeds the defendants obtained as a result of the violations and property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

23

                    (e)   has been commingled with other property which

                          cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property

described in paragraph 1.

        All in violation of Title 21, United States Code, Section

853.

                                    24

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

Neil J. Gallagher, Jr.
Peter Levitt
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS                    September 8, 2005

        Returned into the District Court by the Grand Jurors and
filed.

Deputy Clerk
9/8/05
1:25pm

25

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** __I_____ **Investigating Agency** __DEA/BPD_____

**City** __Boston_____ **Related Case Information:**

**County** __Suffolk_____ **Superseding Ind./ Inf.** _____ **Case No.** _____
           **Same Defendant** _____ **New** _____
           **Magistrate Judge Case Number** __05-MJ-1721-CBS_____
           **Search Warrant Case** _____
           **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __**ALBERTO O. ROMERO**_____ **Juvenile** ☐ Yes ☒ No

Alias Name __**Loco**_____

Address ___68 Williams Street, #3, Jamaica Plain, MA_____

Birth date (Year only): __**1976**__ SSN (last 4 __**0478**__ Se __**M**__ Race: __**Hispanic**___ Nationalit __**Dom. Rep.**_____

**Defense Counsel if**     __**Carlos Dominguez**_____ **Address:** __**232 Commercial Street**_____
                                            __**Boston, MA**_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____ **Bar Number if** _____

**Interpreter:**     ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:**     ☐ Yes ☒ No

      ☐ **Warrant Requested**     ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___7/25/05_____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeano _____ ☐ Felony __One_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __9/8/05__     **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     ALBERTO Q. ROMERO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| **Set 2** 21 U.S.C. Sec. 853 | **Criminal Asset Forfeiture** | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
| --- | --- |

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** **DEA/BPD**

**City** Boston _____    **Related Case Information:**

**County** Suffolk _____

**Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____    **New** _____
**Magistrate Judge Case Number** 05-1731-CBS _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name **RONNIE CHRISTIAN** _____    **Juvenile** ☐ **Yes**    ☒ **No**

Alias Name **Rizzo** _____

Address **45 Hammond Street, Rox** _____

Birth date (Year only): **1969** SSN (last 4 _____ Se **M** Race: **B, NonHisp** Nationalit **USA** _____

**Defense Counsel if** **Roger Cox** _____    **Address:** 30 Main Street _____
Ashland, MA _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil J. Gallagher _____    **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** 7/28/05 _____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____    ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date** 9/8/05    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):  _____

Name of Defendant    **RONNIE CHRISTIAN**_____

| | U.S.C. Citations | |
|---|---|---|
| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2  21 U.S.C. Sec. 853 | **Criminal Asset Forfeiture** | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

℅JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA/BPD_____

**City** _Boston_____   **Related Case Information:**

**County** _Suffolk_____   **Superseding Ind./ Inf.** _____   **Case No.** _____
**Same Defendant** _____   **New** _____
**Magistrate Judge Case Number** _05-MJ-1731-CBS_____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **BRYAN GILBERT**_____   **Juvenile** ☐ Yes   ☒ No

Alias Name _____

Address  _28 Wilbert Road, Dorchester, MA_____

Birth date (Year only): _1970_  SSN (last 4  _____  Se  _M_ Race:  _B, NonHisp_ Nationalit  _USA_____

**Defense Counsel if**  _____  **Harold Hakala**_____  **Address:**  _15 Court Square_____
                                                                _Boston, MA_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____   **Bar Number if** _____

**Interpreter:**   ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:**  _8/25/05_____

☒ **Already in Federal Custody** _____  **in** _____.
☐ **Already in State** _____  ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**   **Ordered** _____  **on** _____

**Charging Document:**   ☒ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeano** _____   ☒ **Felony**   **Two**

*Continue on Page 2 for Entry of U.S.C. Citations*

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date**  9/8/05          **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    BRYAN GILBERT** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1   21 U.S.C. Sec. 846** | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| **Set 2   21 U.S.C. Sec. 841(a)(1)** | PWID 50 Grams of Cocaine Base | 13 |
| **Set 3   18 U.S.C. Sec 2** | Aiding and Abetting | 13 |
| **Set 4   21 U.S.C. Sec. 853** | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** **I** _____   **Investigating Agency** **DEA/BPD** _____

**City** ___Boston_____     **Related Case Information:**

**County** ___Suffolk_____   **Superseding Ind./ Inf.** _____   **Case No.** _____
                                     **Same Defendant** _____   **New** _____
                                     **Magistrate Judge Case Number** __05-MJ-1721-CBS__
                                     **Search Warrant Case** _____
                                     **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name   **JOSE GONZALEZ-PADILLA** _____     **Juvenile**  ☐ **Yes**   ☒ **No**

Alias Name _____

Address ___568 Blue Hill Avenue, Dorchester, MA_____

Birth date (Year only): **1978** SSN (last 4 **9969** Se **M** Race: **Hispanic** Nationalit **Dom. Rep.**

**Defense Counsel if** _____   **Address:** _____
                                                     _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____   **Bar Number if** _____

**Interpreter:** ☒ **Yes** ☐ **No**   **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

   ☒ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** __**FUGITIVE**_____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial** **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** **One** _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date** 9/8/05          **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE GONZALEZ-PADILLA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine **Base and Cocaine** | 1 |
| Set 2    21 U.S.C. 853 | Criminal Asset Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____    **Category No.** **I** _____    **Investigating Agency** **DEA/BPD** _____

**City** ___Boston___ _____    **Related Case Information:**

**County** ___Suffolk___ _____

**Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____ **New** _____
**Magistrate Judge Case Number** ___05-MJ-0721-CBS___
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** **JORGE A. ROMERO** _____    **Juvenile** ☐ **Yes** ☒ **No**

**Alias Name** _____

**Address** ___68 Williams Street, #3, Jamaica Plain, MA___ _____

**Birth date (Year only):** **1980** **SSN (last 4** **5963** **Se** **M** **Race:** **Hispanic** **Nationalit** **Dom. Rep.**

**Defense Counsel if** **Tom Kerner** _____    **Address:** **230 Commercial Street, 1st Flr**
**Boston, MA**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** **Neil J. Gallagher** _____    **Bar Number if** _____

**Interpreter:** ☒ **Yes** ☐ **No**    **List language and/or dialect:** **Spanish** _____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** ___7/25/05___ _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____    ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial**    **Ordered** ___7/25/05 by CBS___ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeano** _____    ☒ **Felony** **Two**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** **9/8/05**    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **JORGE A. ROMERO** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine | 11 |
| Set 2  21 U.S.C. Sec. 843(b) | Unlawful Use of Communication Facility | 12 |
| Set 3  18 U.S.C. Sec. 2 | Aiding and Abetting | 11, 12 |
| Set 4  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** _I____  **Investigating Agency** __DEA/BPD__

**City** __Boston__  **Related Case Information:**

**County** __Suffolk__  **Superseding Ind./ Inf.** _____  **Case No.** _____
**Same Defendant** _____  **New** _____
**Magistrate Judge Case Number** __OS-MJ-1731-CBS__
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **CEDRIC G. INGRAM**       **Juvenile** ☐ Yes  ☒ No

Alias Name  **James Watson**

Address   37 Old Morton Street, Boston, MA

Birth date (Year only): __1966__ SSN (last 4  __7778__  Se __M__ Race: __B, NonHisp__ Nationalit __USA__

**Defense Counsel if**       __Diana Lloyd__       **Address:** Two International Place
**Bar Number:** _____       Boston, MA

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_       **Bar Number if** _____

**Interpreter:**   ☐ Yes ☒ No       List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:**   __8/15/05__

☒ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial**   **Ordered** _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeano _____ ☒ Felony  Two

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** 7/28/05       Signature of 

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CEDRIC INGRAM _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | Distribution of 5 Grams of Cocaine Base | 9 |
| Set 3  18 U.S.C. Sec. 2 | Aiding and Abetting | 9 |
| Set 4  21 U.S.C. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** __DEA/BPD_____

**City** __Boston_____   **Related Case Information:**

**County** __Suffolk_____   **Superseding Ind./ Inf.** _____   **Case No.** _____
**Same Defendant** _____   **New** _____
**Magistrate Judge Case Number** __05-MJ-1731-CBS__
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **DANA T. RICE** _____   **Juvenile**  ☐ Yes   ☒ No

Alias Name _____

Address __135 Townsend Street, 13C, Dorchester_____

Birth date (Year only): __1973__  SSN (last 4 __7778__  Se __M__ Race: __B, NonHisp__ Nationalit __USA__

**Defense Counsel if**      __Richard Welsh__      **Address:** __80 Worcester Street__
__North Grafton, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher__      **Bar Number if** _____

**Interpreter:**   ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:**  __7/28/05_____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____      ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial**      **Ordered** _____ **on** _____

**Charging Document:**   ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeano** _____   ☒ **Felony**  **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date**  __9/8/05__      **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **DANA RICE** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 **21 U.S.C. Sec. 846** | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2 **21 U.S.C. Sec. 853** | **Criminal Asset Forfeiture** | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎ JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **I** _____    Investigating Agency  **DEA/BPD** _____

City  _Boston_____    **Related Case Information:**

County  _Suffolk_____    Superseding Ind./ Inf. _____    Case No. _____
                             **Same Defendant** _____    **New** _____
                             **Magistrate Judge Case Number**  _05-MJ-1731–CBS_____
                             **Search Warrant Case** _____
                             **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **MAHIRI KAZANA,** _____    **Juvenile**  ☐ Yes  ☒ No

Alias Name _____

Address  _60 Norwood Circle, Norwood, MA_____

Birth date (Year only): **1966** SSN (last 4 _____ Se **M** Race: **B, NonHisp** Nationalit **USA** _____

**Defense Counsel if** _____    **Address:** _____
                                                            _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☒ **Already in State** _____  ☐ Serving Sentence ☒ Awaiting Trial
☐ **On Pretrial**    Ordered _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony  Two _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date  9/8/05        Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     **MAHIRI KAZANA**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2   21 U.S.C. Sec. 841(a)(1) | **PWID 5 grams or more of Cocaine Base** | **10** |
| Set 3   18 U.S.C. Sec. 2 | Aiding and Abetting | 10 |
| Set 4   21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

☎JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **I** _____    Investigating Agency  **DEA/BPD** _____

City  **Boston** _____    Related Case Information:

County  **Suffolk** _____    Superseding Ind./ Inf. _____    Case No. _____
                                     **Same Defendant** _____  **New** _____
                                     Magistrate Judge Case Number  **O5-MS-1721-CBS**
                                     Search Warrant Case ···· _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **Francisco Arias** _____    Juvenile  ☐ Yes   ☒ No

Alias Name  **Hector Figueroa-Garcia, Willie LNU, Salvador Garcia** _____

Address _____

Birth date (Year only): _____ SSN (last 4 _____ Se **M** Race: **Hispanic** Nationalit **Dom. Rep.** _____

**Defense Counsel if**      **Bruce Linson** _____    Address: _____
                                                                     _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA **Neil J. Gallagher** _____    Bar Number if      _____

Interpreter:    ☒ Yes ☐ No        List language and/or dialect:    **Spanish** _____

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:    **7/28/05** _____

☒ Already in Federal Custody  _____  in  _____  .
☐ Already in State          _____  ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial      Ordered  _____  on  _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony  **One** _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date  **9/8/05**              Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Francisco Arias _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine **Base and Cocaine** | 1 |
| Set 2  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No. _I_** **Investigating Agency** _DEA/BPD_

**City** _Boston_        **Related Case Information:**

**County** _Suffolk_

| | | |
|---|---|---|
| **Superseding Ind./ Inf.** _____ | **Case No.** | _____ |
| **Same Defendant** _____ | **New** | _____ |
| **Magistrate Judge Case Number** _05-MJ-1703-CBS_ | | |
| **Search Warrant Case** _____ | | |
| **R 20/R 40 from District of** _____ | | |

**Defendant Information:**

Defendant Name **HUSIE JOYNER** _____  **Juvenile** ☐ **Yes** ☒ **No**

Alias Name **Poopie** _____

Address _____

Birth date (Year only): **1967** SSN (last 4 **0478** Se **M** Race: **BM** Nationalit **USA**

**Defense Counsel if** **Mark Shea** _____ **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_ _____ **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** _7/29/05_ _____

☒ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial** **Ordered** _____ on _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** **4**

*Continue on Page 2 for Entry of U.S.C. Citations*

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** _9/8/05_      **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **HUSIE JOYNER** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine | 2, 7 |
| Set 3  18 U.S.C. 922(g)(1) | Felon in Possession of Firearm | 15 |
| Set 4  18 U.S.C. Sec. 2 | Aiding and Abetting | 2, 7, 15 |
| Set 5  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** __I_____  **Investigating Agency** __DEA/BPD_____

**City** __Boston_____  **Related Case Information:**

**County** __Suffolk_____

**Superseding Ind./ Inf.** _____  **Case No.** _____
**Same Defendant** _____  **New** _____
**Magistrate Judge Case Number** __05-MJ-1703-CBS_____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __GREGORY BING_____  **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** __1967__  **SSN (last 4** _____  **Se** __M__  **Race:** __BM_____  **Nationalit** __USA_____

**Defense Counsel if** __George Gormley_____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____  **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**  ☐ **Regular Process**  ☒ **In Custody**

**Location Status:**

**Arrest Date:** __7/29/05_____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**  **Ordered** _____ **on** _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeano _____ ☒ Felony __7_____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __9/8/05__  **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     GREGORY BING _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine | 2, 7 |
| Set 3  21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine Base | 3-6, 9 |
| Set 4  18 U.S.C. 2 | Aiding and Abetting | 2-7, 9 |
| Set 5  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No. _I_____  Investigating Agency  _DEA/BPD_____

**City** _Boston_____  **Related Case Information:**

**County** _Suffolk_____  **Superseding Ind./ Inf.** _____  **Case No.** _____
**Same Defendant** _____  **New** _____
**Magistrate Judge Case Number** _05-MJ-1703-CBS_____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **ANTHONY SMITH**_____    **Juvenile**  ☐ **Yes**  ☒ **No**

Alias Name _____

Address  _469 Washington Street, Walpole_____

Birth date (Year only): _1969_ SSN (last 4  _____ Se _M_ Race: _BM_____ Nationalit _USA_____

**Defense Counsel if**  _Tom Butters_____  **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____  **Bar Number if** _____

**Interpreter:**  ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**  _7/22/05_____

☒ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial**    **Ordered** _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date** _9/8/05_    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **ANTHONY SMITH**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA/BPD_____

**City** _Boston_____    **Related Case Information:**

**County** _Suffolk_____

**Superseding Ind./ Inf.** _____  **Case No.** _____
**Same Defendant** _____ **New** _____
**Magistrate Judge Case Number** _05-MJ-1703-CBS_____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name **DONNELLE JOYNER** _____  **Juvenile** ☐ Yes  ☒ No

Alias Name _____

Address _175L Centre Street, #1208, Quincy_____

Birth date (Year only): _1971_  SSN (last 4 _____  Se _M_ Race: _BM_____ Nationalit _USA_____

**Defense Counsel if** **Michael Sneider**  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____  **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ **Warrant Requested**  ☒ **Regular Process**  ☐ **In Custody**

**Location Status:**

**Arrest Date:** _7/22/05_____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ **On Pretrial**  **Ordered** _8/5/05_____ **on** _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeano _____ ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** _9/8/05_   **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      **DONNELLE JOYNER** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  **21 U.S.C. Sec. 846** | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  **21 U.S.C. Sec. 853** | **Criminal Asset Forfeiture** | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** _I_ _____ **Investigating Agency** _DEA/BPD_ _____

**City** _Boston_ _____ **Related Case Information:**

**County** _Suffolk_ _____ **Superseding Ind./ Inf.** _____ **Case No.** _____
**Same Defendant** _____ **New** _____
**Magistrate Judge Case Number** _05-MJ-1703-CBS_ _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name **RALPH HOUSE** _____ **Juvenile** ☐ **Yes** ☒ **No**

Alias Name _____

Address _____

Birth date (Year only): _1970_ SSN (last 4 _____ Se _M_ Race: _BM_ _____ Nationalit _USA_ _____

**Defense Counsel if** **Glen Randel** _____ **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_ _____ **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** _7/25/05_ _____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial** **Ordered** _8/5/05_ _____ **on** _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** _1_ _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date** _9/8/05_ **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     **RALPH HOUSE** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2   21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA/BPD__

City   __Boston_____    **Related Case Information:**

County   __Suffolk_____    Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____    New   _____
                                     Magistrate Judge Case Number __05-MJ-1703-CBS_____
                                     Search Warrant Case   _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __GERARD KIMBLE_____    Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address   __57E Sumner Street, Dorchester_____

Birth date (Year only): __1971__  SSN (last 4 _____  Se __M__ Race: __BM_____ Nationalit __USA_____

**Defense Counsel if**    __Ben Entine_____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:**   ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

      ☐ Warrant Requested       ☒ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:** __7/25/05_____

☐ Already in Federal Custody _____   in   _____ .
☐ Already in State    _____   ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial      Ordered   __8/5/05_____   on   _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeano _____   ☒ Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date  9/8/05       Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **GERARD KIMBLE** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  18 US.C. Sec. 922(g)(1) | Felon in Possession of Firearm | 14 |
| Set 3  18 U.S.C. Sec. 2 | Aiding and Abetting | 14 |
| Set 4  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 6/29/04)**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____     **Category No.** __I_____     **Investigating Agency** __DEA/BPD_____

**City** __Boston_____     **Related Case Information:**

**County** ___Suffolk_____     **Superseding Ind./ Inf.** _____     **Case No.**
                                    **Same Defendant** _____  **New**     ___X____
                                    **Magistrate Judge Case Number** _____
                                    **Search Warrant Case** _____
                                    **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __ERIK McCORMICK_____     **Juvenile** [ ] **Yes**   [X] **No**

Alias Name _____

Address _____

Birth date (Year only): __1970__ SSN (last 4 _____ Se __M__ Race: __BM_____ Nationalit __USA_____

**Defense Counsel if** _____     **Address:** _____
                                                                     _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____     **Bar Number if** _____

**Interpreter:** [ ] **Yes** [x] **No**     List language and/or dialect: _____

**Matter to be SEALED:** [ ] **Yes** [x] **No**

   [X] **Warrant Requested**     [ ] **Regular Process**     [ ] **In Custody**

**Location Status:**

**Arrest Date:** _____

[ ] **Already in Federal Custody** _____ **in** _____ .
[ ] **Already in State** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[ ] **On Pretrial**     **Ordered** _____ **on** _____

**Charging Document:**     [ ] **Complaint**     [ ] **Information**     [x] **Indictment**

**Total # of Counts:**     [ ] **Petty** _____     [ ] **Misdemeano** _____     [x] **Felony** __1_____

<b>Continue on Page 2 for Entry of U.S.C. Citations</b>

[x]     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date** __9/8/05__          **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant      ERIK MCCORMICK** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2    21 U.S.C. Sec 841 | PWID Cocaine | 8 |
| Set 3    18 U.S.C. Sec. 2 | Aiding and Abetting | 8 |
| Set 4    21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA/BPD_____

City __Boston_____    **Related Case Information:**

County __Suffolk_____    Superseding Ind./ Inf. _____    Case No.
                            Same Defendant _____    New    ✗
                            Magistrate Judge Case Number _____
                            Search Warrant Case    _____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GERMAINE GILMORE_____    **Juvenile**    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _1972_ SSN (last 4 _____ Se _M_ Race: _BM_____ Nationalit _USA_____

**Defense Counsel if**    _____    **Address:** _____
                                                      _____

**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA _Neil J. Gallagher_____    **Bar Number if**    _____

Interpreter:    ☐ Yes ☒ No    List language and/or dialect:    _____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☐ Already in Federal Custody    _____    in    _____ .
☐ Already in State    _____    ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial    Ordered    _____    on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date  9/8/05    Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **GERMAINE GILMORE** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2    21 U.S.C. Sec. 853 | **Criminal Asset Forfeiture** | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**