

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

November 9, 2005

COUNSEL OF RECORD

    Re:  United States v. HUSIE JOYNER et al,
         <u>Criminal No. 05-CR-10239-RCL</u>
         Description of Discovery Produced

Dear Counsel:

    Thus far, each of you should have received two sets of CD's. First, on October 21, 2005, the government sent out in discovery to each defense counsel in this case a CD entitled "05-10239-RCL, Discovery 10-21-05."  This CD contains scanned images of reports (DEA 6's, DEA 7, DEA 7A's) wiretap applications, orders and affidavits, and grand jury testimony as well as some the materials described below.  Most of you should have already received hard copies of these documents.

    The CD is very easy to use and does not require any special software.  Put the CD into your CD-ROM drive, click on my computer and click on your CD-ROM drive.  The program will launch itself.  On the right hand column, you will see an image of the document which you can enlarge or print a hard copy.  On the left hand column, you will find an index of the documents. (A chart of the contents of these scanned images is enclosed as Attachment A.)

    The second set of CD's that were sent out, also on October 21, 2005, were the CD's for each of the wiretaps on the nine different cellular phones in this case. Each of these wiretaps is further described below.  Each CD contains the audio and line-sheets for each call.  These wiretaps CD's have also been sent to the facilities where the in custody defendants are currently incarcerated.  (Instructions on how to use these CD's are attached as Attachment B).

Page 2

    In addition to these first two sets of CD's, on November 10, 2005, the government will also be producing more particularized wiretap discovery for the defendants in this case whose telephone were not the subject of Title III wiretaps.  (A more complete description of what exactly in on this CD and how it was created is attached as Attachment C).

    On November 10, 2005, the government will produce hard copies of some additional discovery materials which includes the search warrant returns, additional grand jury testimony and additional law enforcement reports.

    Finally, enclosed please find the government's standard automatic discovery pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts

    Please call me at (617) 748-3397 if you have any questions.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

               By:
                          <u>/s/ Neil Gallagher</u>
                          Neil J. Gallagher, Jr.
                          Assistant U.S. Attorney

Encl. (4)