| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00000001 | USAO-00000016 | Wiretap application | 617-388-8691 and 617-970-0413 |
| USAO-00000017 | USAO-00000055 | Wiretap Affidavit | 617-388-8691 and 617-970-0413 |
| USAO-00000056 | USAO-00000058 | Sealing Order | 617-388-8691 and 617-970-4622 |
| USAO-00000059 | USAO-00000066 | Wiretap Ext Ord | 617-388-8691 and 617-970-0413 |
| USAO-00000067 | USAO-00000071 | Wiretap Service Ord | 617-388-8691 and 617-970-0413 |
| USAO-00000072 | USAO-00000087 | Wiretap Application | 617-938-9754 |
| USAO-00000088 | USAO-00000131 | Wiretap Affidavit | 617-938-9754 |
| USAO-00000132 | USAO-00000139 | Wiretap Order | 617-938-9754 |
| USAO-00000140 | USAO-00000143 | Wiretap Service Ord | 617-938-9754 |
| USAO-00000144 | USAO-00000158 | Wiretap Application | 617-642-0420 |
| USAO-00000159 | USAO-00000199 | Wiretap Affidavit | 617-642-0420 |
| USAO-00000200 | USAO-00000207 | Wiretap Order | 617-642-0420 |
| USAO-00000208 | USAO-00000211 | Service Provider Order | 617-642-0420 |
| USAO-00000212 | USAO-00000216 | Motion to Seal; Order Re Target Telephones | 617-938-9754 |
| USAO-00000217 | USAO-00000219 | Motion to Seal | 617-642-0420 |
| USAO-00000220 | USAO-00000221 | Order Re: Target Telephone | 617-642-0420 |
| USAO-00000222 | USAO-00000239 | Wiretap Application | 857-492-1386 |
| USAO-00000240 | USAO-00000289 | Affidavit in Support of Wiretap Apl. | 857-492-1386 |
| USAO-00000290 | USAO-00000297 | Wiretap Order | 857-492-1386 |
| USAO-00000298 | USAO-00000302 | Service Provider Order | 857-492-1386 |
| USAO-00000303 | USAO-00000309 | Motion to Seal; Order re Target Telephone | 617-970-0413; 617-388-8691; 617-970-4622 |
| USAO-00000310 | USAO-00000310 | DEA6 | OCDETF Designation |
| USAO-00000311 | USAO-00000312 | DEA6 | Carjacking of Hector Figueroa |
| USAO-00000313 | USAO-00000314 | DEA6 | Debriefing of CS |
| USAO-00000315 | USAO-00000315 | DEA6 | Admin |
| USAO-00000316 | USAO-00000319 | DEA6 | Information from Anonymous Source about Bing |
| USAO-00000320 | USAO-00000321 | DEA6 | Surveillance at South Station at 4/14/05 |
| USAO-00000322 | USAO-00000322 | DEA6 | Surveillance on 4/20-21/05 |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00000323 | USAO-00000330 | DEA6 | Surveillance on 4/20/05 |
| USAO-00000331 | USAO-00000332 | DEA6 | Surveillance on 4/21/05 |
| USAO-00000333 | USAO-00000339 | DEA6 | Surveillance of BING and SMITH |
| USAO-00000340 | USAO-00000343 | DEA6 | Surveillance on 4/22/05 |
| USAO-00000344 | USAO-00000344 | DEA6 | Surveillance on 4/22/05 |
| USAO-00000345 | USAO-00000347 | DEA6 | Surveillance on 4/23/05 |
| USAO-00000348 | USAO-00000348 | DEA6 | Surveillance on 4/23-24/05 |
| USAO-00000349 | USAO-00000353 | DEA6 | Surveillance on 4/24/05 |
| USAO-00000354 | USAO-00000354 | DEA6 | Surveillance on 4/26/05 |
| USAO-00000355 | USAO-00000361 | DEA6 | Surveillance on 4/24/05 from 10 AM to 10 PM |
| USAO-00000362 | USAO-00000367 | DEA6 | Surveillance on 4/26/05 from 7 PM to 10 AM |
| USAO-00000368 | USAO-00000372 | DEA6 | Surveillance on 4/26/05 from 10 AM to 10 PM |
| USAO-00000373 | USAO-00000377 | DEA6 | Surveillance on 4/27/05 |
| USAO-00000378 | USAO-00000380 | DEA6 | Surveillance on 4/27/05 from 7 PM to 4 AM |
| USAO-00000381 | USAO-00000382 | DEA6 | Surveillance on 4/28/05 |
| USAO-00000383 | USAO-00000388 | DEA6 | Surveillance on 4/29/05 |
| USAO-00000389 | USAO-00000391 | DEA6 | Surveillance on 4/30/05 |
| USAO-00000392 | USAO-00000394 | DEA6 | Surveillance on 4/30/05 |
| USAO-00000395 | USAO-00000402 | DEA6 | Surveillance on 5/1/05; Arrest of Eric McCormick |
| USAO-00000403 | USAO-00000404 | DEA6 | Arrest of Erik McCormick, Exhibit #7 |
| USAO-00000405 | USAO-00000407 | DEA6 | Surveillance on 5/2/05 |
| USAO-00000408 | USAO-00000410 | DEA6 | Surveillance on 5/2-3/05 |
| USAO-00000411 | USAO-00000412 | DEA6 | Surveillance on 5/3/05 |
| USAO-00000413 | USAO-00000417 | DEA6 | Surveillance on 5/3/05 |
| USAO-00000418 | USAO-00000420 | DEA6 | Surveilance on 5/3-4/05 |
| USAO-00000421 | USAO-00000421 | DEA6 | Surveillance on 5/4/05 |
| USAO-00000422 | USAO-00000423 | DEA6 | Indentification of INGRAM |
| USAO-00000424 | USAO-00000426 | DEA6 | Arrest of Shawn Redi, Arlis Evans, Exhibit 8 |
| USAO-00000427 | USAO-00000428 | DEA6 | Surveillance on 5/17/05 |
| USAO-00000429 | USAO-00000429 | DEA6 | Surveillance on 5/19/05 |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
| --- | --- | --- | --- |
| USAO-00000430 | USAO-00000430 | DEA6 | Surveillance on 5/19/05 |
| USAO-00000431 | USAO-00000432 | DEA6 | Surveillance on 5/20/05 |
| USAO-00000433 | USAO-00000433 | DEA6 | Surveillance on 5/21/05 |
| USAO-00000434 | USAO-00000434 | DEA6 | Surveillance on 5/19/05 |
| USAO-00000435 | USAO-00000435 | DEA6 | Surveillance on 5/19/05 |
| USAO-00000436 | USAO-00000436 | DEA6 | Surveillance on 6/4/05 10 AM to 6 PM |
| USAO-00000437 | USAO-00000438 | DEA6 | Surveillance on 6/7/05 |
| USAO-00000439 | USAO-00000440 | DEA6 | Surveillance on 6/8/05 |
| USAO-00000441 | USAO-00000444 | DEA6 | Surveillance on 6/19/05 |
| USAO-00000445 | USAO-00000449 | Service Provider Order | 617-388-8691; 617-970-4622 |
| USAO-00000450 | USAO-00000454 | Service Provider Order | 617-388-8691; 617-970-4622 |
| USAO-00000455 | USAO-00000459 | Service Provider Order | 617-388-8691; 617-970-4622 |
| USAO-00000460 | USAO-00000511 | Wiretap Affidavit | 617-388-8691; 617-970-4622 |
| USAO-00000512 | USAO-00000525 | Wiretap Application | 617-388-8691; 617-970-4622 |
| USAO-00000526 | USAO-00000532 | Wiretap Order | 617-388-8691; 617-970-4622 |
| USAO-00000533 | USAO-00000539 | Wiretap Order | 617-388-8691; 617-970-4622 |
| USAO-00000540 | USAO-00000546 | Wiretap Order | 617-388-8691; 617-970-4622 |
| USAO-00000547 | USAO-00000565 | Wiretap Application | 617-406-8409; 617-519-4782 |
| USAO-00000566 | USAO-00000628 | Wiretap Affidavit | 617-406-8409; 617-519-4782 |
| USAO-00000629 | USAO-00000629 | Affidavit Signature Page | 617-406-8409; 617-519-4782 |
| USAO-00000630 | USAO-00000639 | Wiretap Order | 617-406-8409; 617-519-4782 |
| USAO-00000640 | USAO-00000645 | Service Provider Order | 617-406-8409; 617-519-4782 |
| USAO-00000646 | USAO-00000646 | Motion to Seal | 617-406-8409; 617-519-4782 |
| USAO-00000647 | USAO-00000662 | Wiretap Application | 617-918-3640 |
| USAO-00000663 | USAO-00000705 | Wiretap Affidavit | 617-918-3640 |
| USAO-00000706 | USAO-00000713 | Wiretap Order | 617-918-3640 |
| USAO-00000714 | USAO-00000717 | Service Provider Order | 617-918-3640 |
| USAO-00000718 | USAO-00000732 | Wiretap Application | 857-492-1070 |
| USAO-00000733 | USAO-00000763 | Wiretap Affidavit | 857-492-1070 |
| USAO-00000764 | USAO-00000771 | Order Extending Wiretap Authorization | 857-492-1070 |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00000772 | USAO-00000775 | Service Provider Order | 857-492-1070 |
| USAO-00000776 | USAO-00000778 | GPS Application | 2002 Acura |
| USAO-00000779 | USAO-00000798 | GPS Affidavit | 2002 Acura |
| USAO-00000799 | USAO-00000800 | GPS Order | 02 Grey Acura |
| USAO-00000801 | USAO-00000803 | GPS Application | 05 Range Rover and 05 Grey Acura |
| USAO-00000804 | USAO-00000821 | GPS Affidavit | Range Rover and 2005 Acura |
| USAO-00000822 | USAO-00000823 | GPS Order | 05 Black Range Rover and 05 Grey Acura |
| USAO-00000824 | USAO-00000852 | GRAND JURY | Testimony of Joao Monteiro |
| USAO-00000853 | USAO-00000853 | Grand Jury | Certificate of Reporter |
| USAO-00000868 | USAO-00000890 | GRAND JURY | Testimony of Joao Monteiro |
| USAO-00000891 | USAO-00000943 | GRAND JURY | Testimony of Joao Montiero |
| USAO-00000944 | USAO-00000963 | GRAND JURY | Testimony of Joao Montiero |
| USAO-00000969 | USAO-00000980 | Search Warrant Applicaton & Affidavit | 32 Holyoke St., Apt. C, Boston, MA |
| USAO-00000981 | USAO-00001012 | GRAND JURY | Testimony of Joao Monteiro |
| USAO-00001013 | USAO-00001013 | DEA 7, Exhibit 1 | Cocaine |
| USAO-00001014 | USAO-00001050 | DEA6 | Common Calls From Joyner, Bing, and Smith |
| USAO-00001051 | USAO-00001052 | DEA 6 | 9/12/05 Arrest of Erik McCormick |
| USAO-00001053 | USAO-00001054 | DEA 6 | 9/12/2005 Arrest of Erik McCormick |
| USAO-00001055 | USAO-00001056 | DEA 6 | Search Warrant - 135 Townsend St; Acq. of Exh N-150 to N-154 |
| USAO-00001057 | USAO-00001058 | DEA 6 | Search Warrant - 175 L Centre St, Quincy, MA, Exh. N-38 |
| USAO-00001059 | USAO-00001060 | DEA 6 | Search Warrant - 852 Blue Hill Ave., Dorchester; Exh. N-143 |
| USAO-00001061 | USAO-00001062 | DEA 6 | Search Warrant at 75 Ellington St, Dorchester; Exh N-39, N-40 & N-41 |
| USAO-00001063 | USAO-00001066 | DEA 6 | Search Warrant at 428 Washington St., Dorchester; Exh 12, 16, N-34, N-35, N-36, N-149, N-166, N-167 N-168 |
| USAO-00001067 | USAO-00001067 | DEA 6 | Search Warrant at 968 Mass Ave (Patriot Storage) Roxbury, MA on 7/22/2005 |
| USAO-00001068 | USAO-00001069 | DEA 6 | Search Warrant at 751 Shawmut Ave., on 7/22/05; Exh N-65 thru N-69 |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00001070 | USAO-00001073 | DEA 6 | Search Warrant at 75 E Sumner St., Dorchester on 7/22/05; Exh 9, 10, 11, 13, 15, 17, N-29, N-30, N-33, N-170, N-171 |
| USAO-00001074 | USAO-00001075 | DEA 6 | Search Warrant at Woodruff Way on 7/22/05 |
| USAO-00001076 | USAO-00001077 | DEA 6 | Search Warrant at 32 Holyoke St., Apt. 3C, Boston, Exh. N-129 thru N-139 |
| USAO-00001078 | USAO-00001080 | DEA 6 | Search Warrant at 68 Williams St., #3 Jamaica Plain |
| USAO-00001081 | USAO-00001082 | DEA 6 | Search Warrant at 135 Townsend St., Roxbury, MA on 7/28/05, Exh. N-141 & N-142 |
| USAO-00001083 | USAO-00001086 | DEA 6 | Search Warrant at 175 G Centre St., Apt 4, Quincy; Exh N-26; N-49 thru N-60 |
| USAO-00001087 | USAO-00001087 | DEA 6 | Acquisition of Exh. N-22 on 7/14/05 by Det. Kraus |
| USAO-00001088 | USAO-00001090 | DEA 6 | Surveillance on 5/31/05 Pursuant to a TIII Investigation |
| USAO-00001091 | USAO-00001092 | DEA 6 | Surveillance on 5/26/05, Day Shift |
| USAO-00001093 | USAO-00001095 | DEA 6 | Surveillance on 05/26/05 |
| USAO-00001096 | USAO-00001098 | DEA 6 | Surveillance on 5/25/05, Night Shift |
| USAO-00001099 | USAO-00001101 | DEA 6 | Surveillance on 5/23/05 |
| USAO-00001102 | USAO-00001102 | DEA 6 | Surveillance on 5/27/05 |
| USAO-00001103 | USAO-00001105 | DEA 6 | Surveillance on 5/24/05, Day Shift |
| USAO-00001106 | USAO-00001106 | DEA 6 | Surveillance on 5/22/05 |
| USAO-00001107 | USAO-00001107 | DEA 6 | Surveillance on 5/21/05 |
| USAO-00001108 | USAO-00001108 | DEA 6 | Surveillance on 5/21/05 |
| USAO-00001109 | USAO-00001109 | DEA 6 | Surveillance on May 7-8 |
| USAO-00001110 | USAO-00001110 | DEA 6 | Surveillance on May 7, 4 am - 10 am |
| USAO-00001111 | USAO-00001111 | DEA 6 | Surveillance on April 28-29, 2005, 10 pm to 10 am |
| USAO-00001112 | USAO-00001116 | DEA 6 | Surveillance on May 5-6, 7 pm - 4 am |
| USAO-00001117 | USAO-00001120 | DEA 6 | Surveillance conducted on May 5-6 |
| USAO-00001121 | USAO-00001126 | DEA 6 | Surveillance on May 5, 2005 |
| USAO-00001127 | USAO-00001127 | DEA 6 | Surveillance on 5/6/05, 4 - 10 am |
| USAO-00001128 | USAO-00001134 | DEA 6 | Surveillance on May 6, Day Shift |
| USAO-00001135 | USAO-00001135 | DEA 6 | Surveillance on May 6, 2005 |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00001138 | USAO-00001171 | Personal History Reports | Willona D. Gaines, Arlis Evans; Donnelle Joyner, Dennis Cueller; Ron Christian; G. Bing, A. Smith; A. Romero; D. Rice; E. McCormick; G. Kimball, G. Santana, C. Ingram; R. House; H. Joyner; B. Gilbert |
| USAO-00001172 | USAO-00001172 | DEA 7a | N-59 Samsung DVD Player |
| USAO-00001173 | USAO-00001173 | DEA 7a | N-60 Onkyo Home Theater System Receiver |
| USAO-00001174 | USAO-00001174 | DEA 7a | N-61 Computer manuals & disks<br>N-62 Box containing video surveillance cameras & accessories<br>N-63 Desk top computer, 2 Sony monitors<br>N-64 - Video Surveillance cameras |
| USAO-00001175 | USAO-00001175 | DEA 7a | |
| USAO-00001176 | USAO-00001176 | DEA 7a | N-66 One digital cable |
| USAO-00001177 | USAO-00001177 | DEA 7a | N-67 Misc. paperwork, one VISA credit card |
| USAO-00001178 | USAO-00001178 | DEA 7a | N-68 - 2 Cellular telephones (Sprint & Virgin) |
| USAO-00001179 | USAO-00001179 | DEA 7a | N-69 One Taser Stun gun |
| USAO-00001180 | USAO-00001180 | DEA 7a | N-70 Paperwork - A. Smith - green Range Rover<br>N-1 Mercedes SL500 window sticker<br>N-72 - Insurance paperwork<br>N-73 - Various Titles & bills of sale<br>N-74 - Various parking tickets & excise tax bills |
| USAO-00001181 | USAO-00001181 | DEA 7a | N-75 Check to H. Joynder from PDS Realty<br>N-76 Check from Mass Board of Probation<br>N-77 Letter to Joyner from Judge Ry Zobel<br>N-78 Title to 2005 Acura TL<br>N-79 - Photos of cars and Darnell Joyner |
| USAO-00001182 | USAO-00001182 | DEA 7a | N-80 Keys including key to Lexus GX300<br>N-81 Docs wth H. Joyner name & address<br>N-82 Phone bill - Barbara Joyner<br>N-83 Tax papers & home repair bills for Keith St., Brockton<br>N-84 - Purchase & Sale Agreement for 14 Carleton St., Brockton |
| USAO-00001183 | USAO-00001183 | DEA 7a | N-85 - Letters to Husie from Foxworth<br>N-86 Mohegan Sun & Foxwoods Coupons with account numbers<br>N-88 - Sears Credit Card<br>N-89 IDs Ward & House |
| USAO-00001184 | USAO-00001184 | DEA 7a | N-90 Receipts fro surveillance equipment<br>N-91 Citizens bank account records<br>N-92 Money Transfer to Antigua<br>N-93 Life insurance -Boston Mutual Ins.<br>N-94 - Child support documents |
| USAO-00001185 | USAO-00001185 | DEA 7a | N-95 Nextel Phone records<br>N-96 2 Sky tel pagers<br>N-97 - Sprint telephone records for 617-388-8691 |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00001186 | USAO-00001186 | DEA 7a | N-98 Photo CD of items seized<br>N-99 Packaging Material<br>N-116 Misc. Paperwork;<br>N-117 - Birthday cards & counterfeit $200<br>N-118 Red Shirt |
| USAO-00001187 | USAO-00001187 | DEA 7a | N-100 Magnetic Optical Disk - conversations & data |
| USAO-00001188 | USAO-00001188 | DEA 7a | N-101 - Magnetic Optical Disk of conversations & data |
| USAO-00001189 | USAO-00001189 | DEA 7a | N-102 Magnetic Optical disck of conversations & data |
| USAO-00001190 | USAO-00001190 | DEA 7a | N-103  Magnetic Optical disk of conversations & data |
| USAO-00001191 | USAO-00001191 | DEA 7a | N-104 Magnetic Optical Disk - conv. & data |
| USAO-00001192 | USAO-00001192 | DEA 7a | N-110 Magnetic Optical disk - conv. & data |
| USAO-00001193 | USAO-00001193 | DEA 7a | N-111 Magnetic Optical Disk - conv. & data |
| USAO-00001194 | USAO-00001194 | DEA 7a | N-112 Magnetic Optical Disk of conv. & data |
| USAO-00001195 | USAO-00001195 | DEA 7a | N-113 Magnetic Optical Disk - conv. & data |
| USAO-00001196 | USAO-00001196 | DEA 7a | N-114 Magnetic Optical Disk of conv. & data |
| USAO-00001197 | USAO-00001197 | DEA 7a | N-115 Magnetic Optical Disk of conv. & data |
| USAO-00001198 | USAO-00001198 | DEA 7a | N-119 - Phones w/accessory cables<br>N-120 CDs<br>N-121 Misc. Paperwork<br>N-122 - Sock<br>N-123 RMV paperwork |
| USAO-00001199 | USAO-00001199 | DEA 7a | N-124 Box of rubber bands<br>N-125 Cut w/paperwork<br>N-126 Beretta .380 & .45 cal magazines<br>N-127 Scale<br>N-128 Sony Trinitron TV w/surround sound kit |
| USAO-00001200 | USAO-00001200 | DEA 7a | N-129 2 Virgin mobile phones<br>N-130 Keys<br>N-131  ID cards<br>N-132 Tax Records Fed & State, money transfer documents<br>N-133 Misc. Paperwork - Ronnie Christian |
| USAO-00001201 | USAO-00001201 | DEA 7a | N-134 ID Card<br>N-135  Business cards<br>N-136 - Pill Bottle<br>N-137 - Pill Bottle<br>N-138 Virgin Mobile phone |
| USAO-00001202 | USAO-00001202 | DEA 7a | N-139  8 MM tape |
| USAO-00001203 | USAO-00001203 | DEA 7a | N-140  Alberto Romero MA drivers license & cert. of registration |
| USAO-00001204 | USAO-00001204 | DEA 7a | N-141 Scale (nutritional) |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00001205 | USAO-00001205 | DEA 7a | N-142  Telephone info; vehicle papers on Yukon; phone numbers |
| USAO-00001206 | USAO-00001206 | DEA 7a | N-143 Misc. personal paperwork (J. Romero) N- Star bill to Romero Auto Sales |
| USAO-00001207 | USAO-00001207 | DEA  7a | N-144 Storage Rental records |
| USAO-00001208 | USAO-00001208 | DEA 7a | N-145  One CD |
| USAO-00001209 | USAO-00001209 | DEA  7a | N-146  3 cellular phones |
| USAO-00001210 | USAO-00001210 | DEA 7a | N-147  One Food Saver vacuum sealer |
| USAO-00001211 | USAO-00001211 | DEA 7a | N-148 One digital scale Model #1500 |
| USAO-00001212 | USAO-00001212 | DEA 7a | N-149 One cellular telephone - Samsung |
| USAO-00001213 | USAO-00001213 | DEA 7a | N-150 One 42" Daewood Plasma TV |
| USAO-00001214 | USAO-00001214 | DEA 7a | N-151 - plastic bags of rubber bands<br>N-152 4 plastic bottles of cut Inositol & Lactose<br>N-153 Black portable scale |
| USAO-00001215 | USAO-00001215 | DEA 7a | N-154  Photos, fake ID & mail to J. Boyce |
| USAO-00001216 | USAO-00001216 | DEA 7a | N-166 1 Colt Pistol  .45 cal |
| USAO-00001217 | USAO-00001217 | DEA 7a | N-167 One High Point Pistol  9mm |
| USAO-00001218 | USAO-00001218 | DEA 7a | N-168 - One Hundred rounds of ammo |
| USAO-00001219 | USAO-00001219 | DEA 7a | N-170  One H&K High Point Pistol .45 cal. |
| USAO-00001220 | USAO-00001220 | DEA 7a | N-171  Sixteen rounds of ammo |
| USAO-00001221 | USAO-00001221 | DEA 7a | One Glock .45 |
| USAO-00001222 | USAO-00001222 | DEA  7a | N-173  One Sig Sauer .40 |
| USAO-00001223 | USAO-00001223 | DEA 7a | N-174  67 rounds of ammo. |
| USAO-00001224 | USAO-00001224 | DEA 7a | N-177  Nokia Cell Phone; Motorola Boost Cell phone |
| USAO-00001225 | USAO-00001225 | DEA 7 | Exh. 1 - cocaine |
| USAO-00001226 | USAO-00001226 | DEA 7 | Exh. 2 JM   Crack Cocaine |
| USAO-00001227 | USAO-00001227 | DEA 7 | Exh. 3 - crack cocaine |
| USAO-00001228 | USAO-00001228 | DEA 7 | Exh. 4 - crack cocaine |
| USAO-00001229 | USAO-00001229 | DEA 7 | Exh. 5 - Crack cocaine |
| USAO-00001230 | USAO-00001230 | DEA 7 | Exh. 6  Cocaine |
| USAO-00001231 | USAO-00001231 | DEA 7 | Exh. 9 Cocaine |
| USAO-00001232 | USAO-00001232 | DEA 7 | Exh. 10  Marijuana |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00001233 | USAO-00001233 | DEA 7 | Exh. 11 - Oxycodone |
| USAO-00001234 | USAO-00001234 | DEA 7 | Exh. 12 - crack cocaine |
| USAO-00001235 | USAO-00001235 | DEA 7 | Exh. 13 - no controlled substance detected |
| USAO-00001236 | USAO-00001236 | DEA 7 | Exh. 14 - no controlled substance detected |
| USAO-00001237 | USAO-00001237 | DEA 7 | Exh. 15 - Cocaine |
| USAO-00001238 | USAO-00001238 | DEA 7 | Exh. 16 - Cocaine base |
| USAO-00001239 | USAO-00001239 | DEA7 | Exh - no controlled substance detected |
| USAO-00001240 | USAO-00001240 | DEA 7 a | N-1 - One original cassette tape<br>N-2 - One original cassette tape |
| USAO-00001241 | USAO-00001241 | DEA 7 a | N-3 - One original cassette tape<br>N-4 One Original cassette tape |
| USAO-00001242 | USAO-00001242 | DEA 7a | N-5  One original 8mm video cassette tpae |
| USAO-00001243 | USAO-00001243 | DEA 7a | N-6  Hawk recording (CD)<br>N-7 - cassette tape<br>N-8 - Cassette tape |
| USAO-00001244 | USAO-00001244 | DEA 7a | N-9 Audio cassette tape<br>N-10 Hawk recording (CD) |
| USAO-00001245 | USAO-00001245 | DEA 7a | N-11 - Audio Cassette tape<br>N-12 - Mini  CD |
| USAO-00001246 | USAO-00001246 | DEA 7a | N-13  one BPD Photo array (8 pages) |
| USAO-00001247 | USAO-00001247 | DEA 7a | N-14 & N-15 - Audio tapes |
| USAO-00001248 | USAO-00001248 | DEA 7a | N-16 & -17 - Audio tapes |
| USAO-00001249 | USAO-00001249 | DEA 7a | N-20 & N-21 Video Tapes |
| USAO-00001250 | USAO-00001250 | DEA 7a | N-22 Mini DV video recording of Willie LNU aka Inocento Tejada |
| USAO-00001251 | USAO-00001251 | DEA 7a | N-29  Electric heat sealer & plastic sealing material |
| USAO-00001252 | USAO-00001252 | DEA 7a | N-30  3 electronic scales |
| USAO-00001253 | USAO-00001253 | DEA 7a | N-31 - 3 Motorola cell phones; 1 Virgin mobile cell phone |
| USAO-00001254 | USAO-00001254 | DEA 7a | N-33 - Personal papers; photo |
| USAO-00001255 | USAO-00001255 | DEA 7a | N-34  Plastic bags |
| USAO-00001256 | USAO-00001256 | DEA 7a | N-35 - Credit card statement - Jaijuana Harris |
| USAO-00001257 | USAO-00001257 | DEA 7a | N-38 - Personal Papers; Spring Cell phone; Donnell Joyner ID |
| USAO-00001258 | USAO-00001258 | DEA 7a | N-39 - 1 Nokia cell phone; 6 Motorola cell phones |

| BEGDOC | ENDDOC | DOCTYPE | DESCRIPTION |
|---|---|---|---|
| USAO-00001259 | USAO-00001259 | DEA 7a | N-40  Boston PD CD of 25 photos |
| USAO-00001260 | USAO-00001260 | DEA 7a | N-41 One photo; one Marriott hotel check (Donnell Joyner's name) |
| USAO-00001261 | USAO-00001261 | DEA 7a | N-42  Money counter |
| USAO-00001262 | USAO-00001262 | DEA 7a | N-47  - Great Power stun gun; set of steel knuckles |
| USAO-00001263 | USAO-00001263 | DEA 7a | N-49  2 Cellular telephones (Sprint & T-Mobile) |
| USAO-00001264 | USAO-00001264 | DEA 7a | N-50 - Misc. paperwork |
| USAO-00001265 | USAO-00001265 | DEA 7a | N-51  Miscellaneous paperwork |
| USAO-00001266 | USAO-00001266 | DEA 7a | N-53  iBAL 500 Digital Scale |
| USAO-00001267 | USAO-00001267 | DEA 7a | N-54 Traffic Ticket |
| USAO-00001268 | USAO-00001268 | DEA 7a | N-55 Miscellaneous paperwork |
| USAO-00001269 | USAO-00001269 | DEA 7a | N-56  Miscellaneous paperwork |
| USAO-00001270 | USAO-00001270 | DEA 7a | N-57 - Photograph<br>N-57A - Paperwork |
| USAO-00001271 | USAO-00001271 | | |