# **UNITED STATES v. JOYNER et al., 05-10239-RCL**
## CD INSTRUCTIONS

1. Put a CD into your CD drive
2. Double-click on the My Computer icon
3. Double-click on your CD drive icon
4. You will see 1 folder (named "Vbox") and one file (named "*phonenumber*.html")
   a. You may choose to double-click on the "*phonenumber*.html" file which will launch your web browser & display a list of all the recordings, transcripts & summaries on the disc.
   b. The better option is to double click on the folder (named "Vbox")
5. After double clicking Vbox, you will see a folder CDR_Repository.  Double click on this folder
6. You will then see two folders (which starts with the name VB601__).  The top folder contains the audio files.  Continue double-clicking the top folder until you see a long list of individual .wav files.  Then click on the .wav file itself and it will play.
7. The bottom folder contains the line-sheets.  Continue double-clicking on the bottom folder until you see a long list of individual MS Word or WP files.  An individual MS Word or WP Word file was created for each and every call, even if no conversation was intercepted.  Thus, there may be some files that do not contain any summaries or transcripts.
8. The names of each of the audio-.wav files and MS Word or WP files correspond to the target telephone number, the date and time of the call, and the call number.  For example, a file that reads: **"617-406-8409 Nextel_2005-07-08 17-28-16_4_Synopsis"** means that the call was intercepted on target telephone 617-406-8409, on July 8, 2005, the call began at 17:28:16 hours, and is call number 4 on that wiretap.