UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.     )<br>)<br>**JERMAINE GILMORE**     )<br>) | Criminal No. 05-10239-RCL |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to the **Federal Correctional Institution (FCI) - Schuylkill in Minersville, PA** for the purpose of securing **JERMAINE GILMORE,** Inmate Registration Number 21550-038, at a initial appearance before Chief Magistrate Judge Charles B. Swartwood, III. In support of this petition, the government states that:

1. That **JERMAINE GILMORE** (DOB:2/3/72) is presently in federal custody at the **Federal Correctional Institution (FCI) - Schuylkill in Minersville, PA**.

2. That **JERMAINE GILMORE** was indicted in the above-captioned case.

3. That **JERMAINE GILMORE** is scheduled to be release from federal custody oa of violation of supervised release sentence at 4:00 p.m. on November 17, 2005 and should be made to appear before the Magistrate Judge Charles B. Swartwood, III on the pending indictment.     **WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts, to the **Federal Correctional Institution (FCI) - Schuylkill in Minersville, PA** and to any other person having custody and control of **JERMAINE GILMORE**, commanding them

to produce **JERMAINE GILMORE** before Magistrate Judge Charles B. Swartwood III at federal court in Worcester, MA as soon as possible.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:

                                        /s/ *Neil J. Gallagher, Jr.*

                                        Neil J. Gallagher, Jr.
                                        Assistant U.S. Attorney

ALLOWED:

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
CHARLES B. SWARTWOOD, III
DISTRICT OF MASSACHUSETTS

Dated: _____