AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GERMAINE GILMORE

**WARRANT FOR ARREST**

CASE NUMBER: 05-10239-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _GERMAINE GILMORE_
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute cocaine and cocaine base

in violation of Title _21_ United States Code, Section(s) _846_

Sheila Diskes                              Operations Supervisor
Name of Issuing Officer                    Title of Issuing Officer

Sheila Diskes                              9-8-05   Boston, Ma
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _DEA_

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.