```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                             CR 05-10239-RCL

JERMAINE GILMORE,
        Defendant,

### ORDER OF APPOINTMENT OF COUNSEL

December 8, 2005

SWARTWOOD, C.M.J.

    It is hereby ORDERED that Catherine Byrne of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE

                                        By the Court:

                                        /s/ Lisa B. Roland
                                        Lisa B. Roland
                                        Deputy Clerk