UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
        v.                      )    Cr. No. 05-10239-RCL
                                )
JERMAINE GILMORE,               )
  a/k/a "Maine",                )
  Defendant.                    )
```

**<u>INFORMATION</u>**

The United States Attorney Charges that:

1.  On or about June 18, 1999, JERMAINE GILMORE was found guilty in United States District Court, District of Massachusetts, of distribution of cocaine base in violation of Title 21, United States Code, Section 841(a)(1) (docket number 97-CR-10108).

2.  JERMAINE GILMORE has been named as a defendant in an indictment, numbered 05-10239-RCL, charging him with conspiracy to possess with intent to distribute cocaine and cocaine base, also know as "crack cocaine."

3.  By way of this information, the government notifies JERMAINE GILMORE, that he is charged with committing the crimes alleged in said indictment after having been previously convicted of a felony drug offense as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney


/s PETER K. LEVITT
NEIL GALLAGHER
PETER K. LEVITT
Assistant U.S. Attorneys

December 21, 2005