UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                              )
        v.            )    Cr. No. 05-10239-RCL
                              )
HUSIE JOYNER, ET AL.    )
    Defendant.      )

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as co-counsel for the United States of America in the above-captioned matter.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN

                    United States Attorney

                    s/ PETER K. LEVITT
           By:   PETER K. LEVITT
                  Assistant U.S. Attorney
                  (617) 748-3355

Dated: December 22, 2005