UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10239-RCL

UNITED STATES OF AMERICA,

  Plaintiff,

v.

HUSIE A. JOYNER, A/K/A "POOPIE"
A/K/A "P", ET AL.

  Defendants,

## VERIFIED CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF CSFB ABS TRUST SERIES HEAT 2002-3

1. On or about June 28, 2002, Foster Earl, executed a Note in the original principle amount of $168,750.00. A true and accurate copy is attached hereto as Exhibit A.

2. On or about June 28, 2002, Foster Earl executed a Mortgage in the original principle amount of $168,750.00 secured by the Property. A true and accurate copy is attached hereto as Exhibit B.

3. U.S. Bank national Association as Trustee of CSFB ABS Trust Series HEAT 2002-3 (hereinafter "U.S. Bank") is the current holder of the Note and Mortgage executed by Foster Earl.

4. As of January 13, 2006, U.S. Bank is owed approximately $176,580.54 plus continuing interest and attorney's fees and costs.

5. U.S. Bank had no knowledge of any alleged wrongdoing by Foster Earl and should not be prejudiced by any misconduct as it is an innocent party.

6. As the holder of the mortgage, the debt owed to U.S. Bank should be satisfied, before the property or any funds from the sale of the Property are distributed or confiscated by any party.

7. By virtue of U.S. Bank's interest in the defendant property, U.S. Bank demands restitution and the right to defend this action.

PLAINTIFF'S VERIFICATION:

The Plaintiff, U.S. Bank national Association as Trustee of CSFB ABS Trust Series HEAT 2002-3 hereby certifies having read this Complaint and further acknowledges that the facts stated herein are true and that no material facts have been omitted therefrom.
Signed under the Penalties of Perjury, this 15th day of December, 2005.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF CSFB ABS TRUST SERIES HEAT 2002-3 BY SELECT PORFOLIO SERVICING, INC ITS ATTORNEY-IN-FACT

By: _____

Its: Senior Vice President

STATE OF UTAH           }
COUNTY OF SALT LAKE }, ss

On this 15th day of December, 2005, before me, the undersigned notary public, personally appeared Diane Mitchell, proved to me through satisfactory evidence of identification, which were _____ to be the person whose name is signed on the preceding or attached document, and acknowledged to me the he/she signed it voluntarily for its stated purpose.

Capacity:

NOTARY PUBLIC
LISA M. WYLLIE
3615 So. West Temple
Salt Lake City, Utah 84115
My Commission Expires
November 2, 2008
STATE OF UTAH
(Sign and Affix Seal)

Lisa M. Wyllie
My commission expires _____

                                        Respectfully submitted,
                                        **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF CSFB ABS TRUST SERIES HEAT 2002-3**
                                        By Its Attorney,

Dated: 12/19/05

                                        Veronica C. Viveiros
                                        BBO# 631233
                                        HARMON LAW OFFICES, P.C.
                                        P.O. Box 610389
                                        Newton Highland, MA  02461-0389
                                        (617) 558-0500

## CERTIFICATE OF SERVICE

I, Veronica C. Viveiros, hereby certify that true copies of the <u>Verified Claim</u> were served on December 19, 2005 by mailing via first class mail, postage prepaid, to:

Jennifer Zacks

Neil J. Gallagher, Jr.
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Mark W. Shea
Shea, Larocque & Wood LLP
Suite 201
47 Third Street
Cambridge, MA 02141-1265

_____
Veronica C. Viveiros