UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 05-10239-RCL |
| JERMAINE GILMORE ) | |

### DEFENDANT'S MOTION TO WITHDRAW BECAUSE OF CONFLICT OF INTEREST

Undersigned counsel, Catherine K. Byrne, Federal Defender Office, respectfully moves to withdraw as counsel for the defendant in this matter. As grounds for this motion, the continued representation of defendant presents a conflict of interest in the Federal Defender Office. Timothy Watkins, Federal Defender Office, represents Willona Gaines who is an unindicted co-conspirator.

JERMAINE GILMORE
By his attorney,

/s/ Catherine K. Byrne
Catherine K. Byrne
　B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061