```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               ) CRIMINAL NO. 05-10239-RCL
            v.                 ) VIOLATIONS:
                               )
1.  HUSIE A. JOYNER,           ) 21 U.S.C. §§846, 841(a)(1),
      a/k/a "Poopie"           ) 841(b)(1)(B)(ii) and (iii) -
      a/k/a "P"                ) Conspiracy to Manufacture
2.  GREGORY R. BING,           ) and Distribute Fifty Grams
      a/k/a "Groove"           ) or More of Cocaine Base, Also
3.  ANTHONY SMITH,             ) Known as "Crack Cocaine," and
      a/k/a Parish McCoullough ) Five Kilograms or More of Cocaine
      a/k/a "Ant"              )
      a/k/a "Nose"             ) 21 U.S.C. §§841(a)(1) and
      a/k/a "Big Homey"        ) (b)(1)(C) - Distribution of
4.  DONNELLE D. JOYNER,        ) Cocaine
      a/k/a "D"                )
5.  GERARD KIMBLE,             ) 21 U.S.C. §§841(a)(1) and
      a/k/a "G"                )(b)(1)(A)(iii) - Distribution of
6.  RALPH T. HOUSE,            ) Fifty Grams or More of Cocaine
7.  ALBERTO Q. ROMERO,         ) Base, Also Known as "Crack
      a/k/a "Loco"             ) Cocaine"
8.  JORGE A. ROMERO,           )
9.  FRANCISCO ARIAS,           ) 21 U.S.C. §§841(a)(1) and
      a/k/a William Arias      ) (b)(1)(C) - Possession With
      a/k/a Hector Figueroa-   ) Intent to Distribute Cocaine
      Garcia                   )
      a/k/a Salvador Garcia    ) 21 U.S.C. §§841(a)(1) and
      a/k/a "Willie"           ) (b)(1)(B)(iii) - Possession With
      a/k/a Inocente Quijada   ) Intent to Distribute Five Grams
      a/k/a Yasmil Frias       ) or More of Cocaine Base, Also
10. JOSE M. GONZALEZ-PADILLA,  ) Known as "Crack Cocaine"
11. RONNIE CHRISTIAN,          )
      a/k/a "Rizz"             ) 21 U.S.C. §843(b) - Unlawful
12. MAHIRI KAZANA,             ) Use of a Communication Facility
      a/k/a "Spanky"           )
13. DANA T. RICE,              ) 21 U.S.C. §§841(a)(1) and
14. CEDRIC G. INGRAM,          )(b)(1)(A) (iii) - Possession With
      a/k/a James Watson       ) Intent to Distribute Fifty Grams
      a/k/a Fred L. Sapp       ) or More of Cocaine Base, Also
      a/k/a "Big Man"          ) Known as Crack Cocaine.
15. BRIAN GILBERT,             )
      a/k/a "B"                ) 18 U.S.C. §922 (g)(1) - Felon in
                               ) Possession of a Firearm
                               )
16. ERIK M. McCORMICK,         ) 18 U.S.C. §922 (g)(5)(A) - Alien
      a/k/a "Vine"             ) in Possession of a Firearm
      a/k/a "Devine"           )
```

```
17. JERMAINE GILMORE,          ) 18 U.S.C. §2 - Aiding and
    a/k/a "Maine"              ) Abetting
                               )
        Defendants.            ) 21 U.S.C. §853 - Criminal
                               ) Asset Forfeiture
```

**UNITED STATES' SUPPLEMENTAL BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Supplemental Bill of Particulars for Forfeiture of Assets.

On September 8, 2005, a sixteen-count Indictment by a federal grand jury sitting in the District of Massachusetts charged the Defendants with the following: Husie A. Joyner, Gregory R. Bing, Anthony Smith, Donnelle D. Joyner, Gerard Kimble, Ralph T. House, Alberto Q. Romero, Francisco Arias, Jose M. Gonzales-Padilla, Ronnie Christian, Mahiri Kazana, Dana T. Rice, Cedric G. Ingram, Brian Gilbert, Erik M. McCormick, Jermaine Gilmore with Conspiracy to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. §846 (Count One); Husie A. Joyner and Gregory R. Bing with Distribution of Cocaine, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Two); Gregory R. Bing with Distribution of Cocaine, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Three); Gregory R. Bing with Distribution of Cocaine Base, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Four); Gregory R.

1

Bing with Distribution of Cocaine Base, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Five); Gregory R. Bing with Distribution of Cocaine Base, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Six); Husie A. Joyner and Gregory R. Bing with Distribution of Cocaine, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Seven); Gregory R. Bing and Erik M. McCormick with Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Eight); Gregory R. Bing and Cedric G. Ingram with Distribution of Cocaine Base, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Nine); Mahiri Kazana with Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Ten); Jorge A. Romero with Distribution of Cocaine, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Eleven); Jorge A. Romero with Unlawful Use of a Communication Facility, in violation of 21 U.S.C. §843(b), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Twelve); Brian Gilbert with Possession With Intent to Distribute Cocaine, in violation of 21 U.S.C. §841(a)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Thirteen); Gerard Kimble with

Felon in Possession of a Firearm, in violation of 18 U.S.C. §922(g)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Fourteen); Husie Joyner with Felon in Possession of a Firearm, in violation of 18 U.S.C. §922(g)(1), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Fifteen); and Francisco Arias with Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §922(g)(5), and Aiding and Abetting, in violation of 18 U.S.C. §2 (Count Sixteen).

The Indictment included a forfeiture allegation, under 21 U.S.C. §853, pursuant to which the United States sought the forfeiture of any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to, the following:

 (A) A red 2000 Bentley Arnage with VIN SCBLC31E6YCX04930, owner listed as Nelson Liriano, 73 Alexander Street, Dorchester, MA;

 (B) A 2005 Black Bentley Continental bearing MA License Plate Number NE3362 with VIN SCBCR63WX5C02433 and Registered to Patrice F. Smith, 469 Washington Street, East Walpole, MA;

 (C) A 2005 gray Acura TL 3.2 sedan bearing MA License Plate Number RS95CE with VIN 19UUA66275A031176 and registered to Jaijuanna Harris, 428 Washington Street, Dorchester, MA;

 (D) A 2004 BMW 645Ci Convertible bearing NY License Plate Number CXL8088 with VIN WBAEK73434B320542 and

          registered to Frederick B. Joyner, 102 Montauk Hwy, Westhampton, NY;

(E)   A 2002 Black BMW M3cic Convertible bearing MA License Plate Number 9355MN with VIN WBSBR93402EX24156 and Registered to Donnelle Joyner of 175L Centre Street, Quincy, MA;

(F)   $91,210.00 in U.S. Currency, seized from 469 Washington Street, Walpole, MA, on or about July 22, 2005;

(G)   $17,520.00 in U.S. Currency, seized from 175G Centre Street, Apt # 708, Quincy, MA, on or about July 22, 2005;

(H)   $3,958.00 in U.S. Currency, seized from 57E Sumner Street, Dorchester, MA, on or about July 22, 2005;

(I)   $23,600.00 in U.S. Currency, seized from 68 Williams Street, Third Floor, Jamaica Plain, MA, on or about July 25, 2005;

(J)   Any and all funds contained in Account Number 9514573990, held at Bank of America in the name of Wendy Mejia[1]; and

(K)   The Real property located at 469 Washington Street, Walpole, Massachusetts, including all buildings, appurtenances, and improvements thereon, with owner of record Patrice Smith, as more fully described in Book 21168, Page 232, of the Norfolk County Registry of Deeds.

On September 22, 2005, the United States filed a Bill of Particulars for the Forfeiture of Assets, which named the following:

(L)   The real property located at 27 Keith Avenue, Brockton, Massachusetts, including all buildings, appurtenances, and improvements thereon, with owner

---

[1] This bank account was seized on November 10, 2005, from Bank of America, Tremont Street, Boston, MA in the amount of $134,923.74.

of record Foster Earl, as more fully described in Book 20251, Page 345, of the Plymouth County Registry of Deeds.

In addition to the above-named assets, the United States intends to forfeit the following assets based on the Forfeiture Allegation of the Indictment:

(1) A 2000 Grey Mercedes Utility S Class Sedan bearing MA License Plate Number RT12HC with VIN WDBNG70J0YA045043 seized from 265 North Pearl Street, Brockton, MA, on July 22, 2005;

(2) A 2001 Black BMW X5 with VIN WBAFA53541LM90256 seized from Alberto Romero at 68 Williams Street, Jamaica Plain, MA, on July 25, 2005;

(3) A 2005 Black Bentley Continental GT Sedan bearing MA License Plate Number NE3362 with VIN SCBCR63WX5C024336 seized from Patrice Smith at 469 Washington Street, Walpole, MA, on July 22, 2005;

(4) $91,410.00 in U.S. Currency, seized from Anthony Smith at 469 Washington Street, Walpole, MA, on July 22, 2005;

(5) Assorted Jewelry seized from Anthony Smith and Patrice Smith at 469 Washington Street, Walpole, MA, on about July 22, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,


/s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
Date: 1/25/06              (617) 748-3100

5

**CERTIFICATE OF SERVICE**

I, Jennifer H. Zacks, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and I have served a copy of the foregoing by first class mail, postage prepaid, upon the following:

Mark W. Shea, Esquire,
Shea, Larocque & Wood LLP
47 Third Street, Suite 201
Cambridge, MA 02141-1265

Peter T. Elikann, Esquire
Law Offices of Peter Elikann
93 Beacon Street
Boston, MA 02108

George F. Gormley, Esquire
655 Summer Street
Boston, MA 02210

Thomas J. Butters, Esquire
Butters, Brazilian & Small LLP
699 Boylston Street
Boston, MA 02116

Matthew D. Thompson, Esquire
Butters, Brazilian & Small LLP
699 Boylston Street
Boston, MA 02116

Victoria M. Bonilla-Argudo, Esquire
Bourbeau and Bonilla
77 Central Street, 2nd Floor
Boston, MA 02109

Michael R, Schneider, Esquire
Salsberg & Schneider
95 Commercial Wharf
Boston, MA 02110

Benjamin D. Entine, Esquire
Attorney at Law
77 Franklin Street, Suite 330
Boston, MA 02110

```
Glen P. Randall, Esquire
Murphy and Randall, LLP
50 Burlington Mall Road, Suite 100
Burlington, MA 01803

Carlos Jorge Dominguez, Esquire
232 Commercial Street
Boston, MA 02109

J. Thomas Kerner, Esquire
230 Commercial Street, First Floor
Boston, MA 02109

Bruce G. Linson, Esquire
Law Offices of Bruce G. Linson
Howe & Bainbridge Bldg.
220 Commercial Street
Boston, MA 02109

Roger A. Cox, Esquire
Cox & Cox
30 Main Street
Ashland, MA 01721

Michael C. Andrews, Esquire
Law Offices of Michael C. Andrews
21 Custom House Street, Suite 920
Boston, MA 02110

Richard M. Welsh, Esquire
Welsh Law Offices
80 Worcester Street, Suite 5
North Grafton, MA 01536

Diane K. Lloyd, Esquire
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110

Harold H. Hakala, Esquire
15 Court Street, Suite 1150
Boston, MA 02108

John M. Goggins, Esquire
Higgins, Groggins & Pawlak
46 Wachusett Street
Worcester, MA 01609
```

Kevin S. Nixon, Esquire
Attorney at Law
P.O. Box 560264
West Medford, MA 02156

Catherine K. Bryne, Esquire
Federal Defender's Office
District of Massachusetts
408 Atlantic Avenue, Third Floor, Suite 328
Boston, MA 02210

David M. Rosen, Esquire
Harmon Law Offices, PC
150 California Street
Newton, MA 02458

Veronica C. Viveiros, Esquire
Harmon Law Offices, PC
150 California Street
P.O. Box 610389
Newton, MA 02458

/s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorney

Date: 1/25/06