UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )   CRIMINAL ACTION
                                    )   NO. 05-10239-RCL
HUSIE A. JOYNER,                    )
a/k/a "Poopie", "P", ET AL,         )
        Defendants,                 )
_____ )

STATUS REPORT
January 30, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. Discovery

This is a multi-defendant case involving a substantial number of recorded telephone conversations. The Government has delivered a substantial amount of discovery to counsel for the Defendants. The Government has informed the Court and counsel that it intends to seek a Superseding Indictment in this case charging some of the Defendants with additional offenses. The Government now anticipates that this Superseding Indictment will be returned sometime by the end of February and there will be additional discovery produced in connection with this Superseding Indictment.

Counsel for the Defendants have requested additional time to review all of the discovery produced by the Government, discuss with the Government additional discovery and attempt to resolve with the Government any discovery disputes. I have granted that request and estimate that the initial phase of discovery in this case will not be completed until the end of April when I have scheduled a further status conference to determine whether or not there are any discovery issues that need to be resolved by the Court. I have requested that Defendants' counsel refrain from filing any discovery motions until after the status conference scheduled towards the end of April.

    2.    <u>Further Status Conference</u>

A further status conference shall be held in this case on April 27, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

    3.    <u>Excludable Time</u>

At the request of the Government and without opposition from Defendants' counsel who were present at this status conference, I am excluding from the Speedy Trial Act, the period from January 30, 2006 (date of expiration of prior order of excludable time) through April 27, 2006 (date by which the first phase of discovery shall be completed in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, July</u>

<u>6, 2006</u>.

                                              <u>/s/Charles B. Swartwood, III</u>
                                              CHARLES B. SWARTWOOD, III
                                              CHIEF MAGISTRATE JUDGE