UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                               )<br>)<br>HUSIE A. JOYNER,              )<br>a/k/a "Poopie", "P", ET AL,   )<br>            Defendants,        )<br>                                        ) | **CRIMINAL ACTION**<br>**NO. 05-10239-RCL** |

ORDER OF EXCLUDABLE TIME
January 30, 2006

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 30, 2006 (date of expiration of prior order of excludable time) through April 27, 2006 (date by which the first phase of discovery case should be completed in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE