TO: Mr. Steven YORK

FROM: JeRmaine Gilmore
          05-10239-RCL

RE: I am writing today on January 26, 2006 to find out if I was appointed a new counsel by now, and if so if there is one appointed to me.

if possible, can you please forward that individual either phone number or address, that way I can contact or reach out to that individual concerning my situation.

Thanks for your time.

            #21550-038
      Jermaine Gilmore
      950 High St.
      Central Falls, R.I.
      D.W.W.D.F  02863
         (D-pod)