UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10239-RCL |
| v. | ) | |
| | ) | |
| HUSIE A. JOYNER, et al. | ) | |
| Defendants. | ) | |

**ORDER FOR INTERLOCUTORY SALE**

It is hereby ORDERED, ADJUDGED, and DECREED that:

The United States' Motion for Interlocutory Sale of Real Property is allowed.

The United States Marshals Service (the "Marshals"), shall seize, sell, and dispose of the real property located at 27 Keith Avenue, Brockton, Massachusetts, with a deed recorded at Book 20251, Page 345, of the Plymouth County Registry of Deeds (the "Keith Avenue Property"), as provided by law.

After deducting from the sale proceeds the lawful costs and expenses relating to the sale of the Keith Avenue Property, the Marshals shall deposit with the Clerk of this Court by check made payable to "Clerk, U.S. District Court," the net proceeds from the sale of the Keith Avenue Property. The Court shall hold the net proceeds in an interest-bearing account, specifically, the CRIS Account (Court Registry Investment System) until further order of this Court.

SO ORDERED AND ENDORSED:

REGINALD C. LINDSAY
United States District Judge
Date) Feb 1, 2006