# Salsberg & Schneider

John Salsberg
Michael R. Schneider
Ryan M. Schiff

*Attorneys at Law*

February 2, 2006

**By hand**
AUSA Neil Gallagher
United States Attorney's Office
John Joseph Moakley Courthouse, 9th Floor
One Courthouse Way
Boston, MA 02210

    Re:    **Discovery Requests :**
              *United States v. Donnelle Joyner,*
              Cr. No.05-10239-RCL

Dear Attorney Gallagher:

    I am writing to let you know that I never received the set of CD's containing the audio and linesheets for the nine target phones referenced in your letter of November 9, 2005 (Doc. #87). I have been carefully going through the other discovery and may have some further specific requests, perhaps in conjunction with other counsel, after I have had an opportunity to go through the line sheets of the critical calls.

    Thanks for your kind attention to this.

                            Very truly yours,

                            Michael R. Schneider
                            *Counsel for Donnelle Joyner*

cc:    United States District Court
        for the District of Massachusetts

MRS/amh

95 Commercial Wharf
Boston
Massachusetts
02110-3816

t. 617.227.7788
f. 617.227.7766