JERMAINE GILMORE
950 High ST.
CENTRAL FALLS, R.I. 02863

FILED
IN CLERK'S OFFICE

February 22 2006

U.S. DISTRICT COURT
DISTRICT OF MASS.

Donahue Federal Building
595 Main ST.
Worcester, Mass. 01608


Jermaine Gilmore. Docket No. 1:05CR10239 RCL-17


JUDGE CHARLES B. SWARTWOOD

Dear Sir, I am writting you today in regards concerning a new counsel. On Dec. 8Th
and 14th. I was arraigned in your courtroom. The attorney that were assigned to the
matter no longer represent me, On Jan. 6, 2006 attorney Catherine Byrne put in a
Motion To Withdraw As Attorney. And since that motion got filed on Jan. 6, 2006 I've
been without any kind of Legal Representation, Representing me concerning my current
situation. And if a new counsel has been appointed I would really appreciate if
I am provided with new counsel address, phone number and name, that way I can
contact that individual. ThANK YOU VERY MUCH FOR YOUR TIME.


                        Sincerely,
                        --------------------
                        JERMAINE GILMORE

                        *Jermaine Gilmore* (signature)