```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             ) CRIMINAL NO. 05-10239-RCL
     v.                      )
                             )
HUSIE A. JOYNER, et al.      )
                             )
     Defendants.             )
```

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter for the purposes of receiving ECF Notices.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:  /s/Jennifer H. Zacks
                                 JENNIFER H. ZACKS
                                 Assistant U.S. Attorney
                                 1 Courthouse Way, Suite 9200
                                 Boston, MA 02210
                                 (617) 748-3100

Date: March 2, 2006