

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

A   55

March 27, 2006

Donald W. Wyatt Detention Facility
Attention: Jeanne Singleton
950 High Street
Central Falls, R.I. 02863

      Re:    United States v. Joyner, et al
            CR 05-10239-RCL

     **Detainee:**    **Jermaine Gilmore, U.S. Marshal # 21550-038**

Dear Ms Singleton:

Pursuant to the Local Rules of the District Court for the District of Massachusetts which provides for a copy of audio recordings to be available for review by incarcerated defendants, 13 CD-Roms containing audio of the wiretap interceptions for the above-captioned case were previously provided for detainee **Ralph House, U.S. Marshal #80520-038**, on November 4, 2005. The CD-Roms were labeled with an identifying caption and the court docket number, and an index of the recordings was provided. These same CD-Roms should be made available to detainee **Jermaine Gilmore.**

Please let me know if you have any questions concerning any of the foregoing. Thank you for your cooperation in this matter.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

        By:

                NEIL J. GALLAGHER
                Assistant U.S. Attorney
                (617) 748-3397

cc:    Catherine K. Byrne
       Federal Defender Office

       Lisa Roland
       Clerk to the Honorable Timothy S. Hillman



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

_____

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

November 4, 2005

Donald W. Wyatt Detention Facility.
950 High Street
Attention: Jeanne Singleton
Central Falls, R.I. 02863


RE:    **Detainee:  RALPH HOUSE    U.S. Marshal #80520-038**

United States v. Joyner, et al
CR 05-10239 RCL

Dear Ms Singleton:

Pursuant to the Local Rules of the District Court for the District of
Massachusetts  which provides for a copy of audio recordings to be available for
review by the defendant in custody.  We are enclosing 13 CDRoms containing audio
of the wiretap for detainee, **RALPH HOUSE** in the above-captioned case.  The tapes
are labeled with an identifying caption and the court docket number, we are also
enclosing and index of the recordings.

Please let me know if you have any questions concerning any of the foregoing.
Thank you for your cooperation in this matter.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:    _____

PETER K. LEVITT
Assistant U.S. Attorney
(617) 748-3355


Enclosure
cc: Counsel of Record

USA v. Husie Joyner, et al.
CR 05-10239-RCL

1.    (617) 406-8409
2.    (617) 388-8691
3.    (857) 492-1070 audio only
4.    (617) 938-9754
5.    (617) 642-0420 audio only
6.    (617) 938-9754 audio only
7.    (857) 492-1386
8.    (617) 519-4782
9.    (617) 406-8409 audio only
10.   (617) 970-0413
11.   (857) 492-1070
12.   (617) 918-3640
13.   (617) 642-0420