U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | No. 05-10239-RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Husie A. Joyner et al. | Order for Interlocutory Sale |

FILED IN CLERKS OFFICE  
2006 APR 11 P 2:30  
U.S. DISTRICT COURT  
DISTRICT OF MASS.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Fremont Investment & Loan

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)  
P.O. Box 14242, Orange, CA 92863.

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Jennifer Zacks, Assistant U.S. Attorney  
United States Attorney's Office  
John Joseph Moakley United States Courthouse  
1 Courthouse Way, Suite 9200  
Boston, MA 02210

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Order for Interlocutory Sale upon the above-referenced individual by certified mail, return receipt requested.   x.3294

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: (617) 748-3100  
DATE: February 10, 2006

RECEIVED USMARSHALS SERV. BOSTON FEB 21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

District to Serve No. 38

U.S. Postal Service CERTIFIED MAIL RECEIPT  
(Domestic Mail Only; No Insurance Coverage Provided)  
For delivery information visit our website at www.usps.com  
OFFICIAL USE  
Postage $  
Certified Fee  
Return Reciept Fee (Endorsement Required)  
Restricted Delivery Fee (Endorsement Required)  
Postmark Here  3/2  
Total Postage & Fees $  
Sent To: Fremont Investment + Loan  
Street, Apt. No. or PO Box No.: PO Box 14242  
City, State, ZIP+4: Orange CA 92863  
PS Form 3800, June 2002         See Reverse for Instructions

Signature of Authorized USMS Deputy or Clerk   Date 3/2/06

legal evidence of service, ☐ have executed as shown in "Remarks", the process described on... or on the individual, company, corporation, etc., shown at the address inserted below.

... any, corporation, etc., named above (See remarks below).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/16/06   Time: ___ am/pm

Signature of U.S. Marshal or Deputy

Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund

REMARKS: 3/2 Certified # 7004 1160 0001 5657 9996  
3/8/06 Delivery Date

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT