UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim No.05-010239 |
| | ) | |
| JERMAINE GILMORE | ) | |

**MOTION FOR COUNSEL TO BE EXCUSED FROM STATUS CONFERENCE**

Now Comes defendant who respectfully moves this Court to excuse his counsel from the interim status conference scheduled for Thursday, April 27, 2006. As grounds for this request, defendant states the following:

1. Counsel was appointed on the day of the last status conference which was held on or about January 30, 2006.

2. At that time, counsel reported to the Honorable Charles Swartwood that he would be unavailable to attend the April 27th conference because of prior commitments. The Court indicated that counsel's absence would not be a problem.

3. Counsel will conference with one of the other lawyers in the case abut what transpires at the hearing.

4. Defendant waives his speedy trial rights pursuant to 18 U.S.C. 3161 as to any further continuances and, in fact, joins in any request for additional status conferences.

5. Counsel is available in late July or early August (prior to August 14, 2006) for an additional hearings.

Wherefore, defendant moves this Court to grant his motion.

Respectfully submitted,
By his Attorney

/S/ JAMES BUDREAU
JAMES H. BUDREAU, ESQ.
BBO#553391
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-3700

  I hereby certify that I served a copy of the above motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 10th day of March 2006.

/s/ James Budreau
JAMES BUDREAU BBO# 553391
20 Park Plaza, Suite 905
Boston, MA 02116