TO: LISA Roland                    "CRIMINAL NO."
                                   05-10239-RCL

FROM: Jermaine Gilmore

re: I AM WRITING YOU today On Jan. 21, 2006 BECAUSE I'm WonderinG if A new Counsel Were Appointed to me By now, and if so is there Any kind of imformation that is AVAilAble where As thougH I CAN WRITE this individual. On Jan. 6, 2006 to the present I've Been without A Counsel Catherine Byrne no LonGer represents me, And no other Attorney Has contact me concerning this matter. And I Know On Jan. 20, 2006 that All LAwyers WAS to meet out there And, I'm Just WonderinG did Anyone represent me During those proCedinGS. And MAyBe that individual Just HAven't contact me AS of Yet.
             thAnk You for Your