IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )        05-CR-10239-RCL
HUSIE JOYNER et al.             )
                                )
                                )

ASSENTED TO MOTION TO CONTINUE STATUS HEARING AND COVERT STATUS
HEARING TO STATUS/ARRAIGNMENT ON UPCOMING SUPERSEDING INDICTMENT

The United States respectfully moves this Court to the

continue the Court's Interim Status Conference currently set for

April 27, 2006 in U.S. District Court in Worcester.  As grounds

the government submits the following:

1.    As indicated during the Initial Status Conference on

January 30, 2006, the government will be seeking a superseding

indictment in this matter.  The government anticipated being able

to seek the return of a superseding indictment by April 27, 2006,

but will now need an additional two weeks to seek the return

because of the complex nature of the evidence.

2.    The instant case involves seventeen indicted

defendants.  After the return of the indictment, an arraignment

on the superseding indictment with the presence of all seventeen

defendants and defense counsel will be necessary.  Instead of

proceeding with a status hearing at this time, the government

moves this Court to continue the status hearing to another date

in order to have all counsel present with their respective

1

clients at a subsequent arraignment/status hearing.   The

government requests a continuance of at least two weeks, until on

or after May 11, 2006.

     3.   Undersigned counsel has contacted each counsel of

records for their position on the motion. None of the counsel of

record for the defendants oppose the motion.   Attorney John M.

Goggins, attorney for defendant Erik McCormick, requests a

continuance of more than two weeks.   Attorney Glen P. Randall,

attorney for defendant Ralph House, is available on the following

dates: 5/26; 6/2; 6/9; 6/15; 6/23; 6/26; 6/30; 7/10.


                       Respectfully Submitted,

                       MICHAEL J. SULLIVAN
                       United States Attorney

            By:   /s/ Neil J. Gallagher, Jr.
                   Neil J. Gallagher, Jr.
                   Assistant U.S. Attorney


Date Submitted: April 24, 2006