UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10239-RCL |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1  HUSIE A. JOYNER, | ) | 21 U.S.C. §846 and §841(a)(1) |
|    a/k/a "Poopie" | ) | - Conspiracy to Manufacture |
|    a/k/a "P" | ) | and Distribute Cocaine Base, |
| 2  GREGORY R. BING, | ) | Also Known as "Crack Cocaine," |
|    a/k/a "Groove" | ) | and Cocaine |
| 3  ANTHONY SMITH, | ) | |
|    a/k/a Parish McCoullough | ) | 21 U.S.C. §841(a)(1) - |
|    a/k/a "Ant" | ) | Distribution of Cocaine |
|    a/k/a "Nose" | ) | |
|    a/k/a "Big Homey" | ) | 21 U.S.C. §841(a)(1) - |
| 4  DONNELLE D. JOYNER, | ) | Distribution of Cocaine Base, |
|    a/k/a "D" | ) | Also Known as Crack Cocaine |
| 5  GERARD KIMBLE, | ) | |
|    a/k/a "G" | ) | 21 U.S.C. §841(a)(1) - |
| 6  RALPH T. HOUSE, | ) | Possession With Intent to |
| 7  ALBERTO Q. ROMERO, | ) | Distribute Cocaine |
|    a/k/a "Loco" | ) | |
| 8  JORGE A. ROMERO, | ) | 21 U.S.C. §841(a)(1) - |
| 9  FRANCISCO ARIAS, | ) | Possession With Intent to |
|    a/k/a William Arias | ) | Distribute Cocaine Base, Also |
|    a/k/a Hector Figueroa- | ) | Known as Crack Cocaine |
|    Garcia | ) | |
|    a/k/a Salvador Garcia | ) | 21 U.S.C. §843(b) - Unlawful |
|    a/k/a "Willie" | ) | Use of a Communication Facility |
|    a/k/a Inocente Quijada | ) | |
|    a/k/a Yasmil Frias | ) | 18 U.S.C. §922(g)(1) - Felon in |
| 10 JOSE M. GONZALEZ-PADILLA, | ) | Possession of a Firearm |
| 11 RONNIE CHRISTIAN, | ) | |
|    a/k/a "Rizz" | ) | 18 U.S.C. §922(g)(5) - Alien |
| 12 MAHIRI KAZANA, | ) | in Possession of a Firearm |
|    a/k/a Deon Williams | ) | |
|    a/k/a "Spanky" | ) | 18 U.S.C. §922(k) - Possession of |
| 13 DANA T. RICE, | ) | a Firearm with Obliterated |
| 14 CEDRIC G. INGRAM, | ) | Serial Number |
|    a/k/a James Watson | ) | |
|    a/k/a Fred L. Sapp | ) | 18 U.S.C. §§1956(a)(1) and |
|    a/k/a "Big Man" | ) | 1957(a) - Money Laundering |
| 15 BRIAN GILBERT, | ) | |
|    a/k/a "B" | ) | 18 U.S.C. §2 - Aiding and |
| 16 ERIK M. McCORMICK, | ) | Abetting |

```
    a/k/a "Vine"              ) 21 U.S.C. §853 - Drug
    a/k/a "Devine"           ) Forfeiture Allegation
17 JERMAINE GILMORE,          )
    a/k/a "Maine"            ) 18 U.S.C. §924(d) - Firearm
18 WILLONA GAINES            ) Forfeiture Allegation
    Defendants.              )
                             ) 18 U.S.C. §982(a)(1) - Money
                             ) Laundering Forfeiture Allegation
                             )
                             )
                             )
                             )
                             )
                             )
```

## SUPERSEDING INDICTMENT

**COUNT ONE:**      (21 U.S.C. §846 - Conspiracy To Manufacture and
                 Distribute Cocaine Base and Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about March 2001, and continuing thereafter until in or about August 2005, at Boston, Quincy, Walpole and elsewhere in the District of Massachusetts, in the States of New York, Florida, and elsewhere,

```
        1. HUSIE A. JOYNER,
            a/k/a "Poopie"
            a/k/a "P"
        2. GREGORY R. BING,
            a/k/a "Groove"
        3. ANTHONY SMITH,
            a/k/a Parish McCoullough
            a/k/a "Ant"
            a/k/a "Nose"
            a/k/a "Big Homey"
        4. DONNELLE D. JOYNER,
            a/k/a "D"
        5. GERARD KIMBLE,
            a/k/a "G"
```

2

6. **RALPH T. HOUSE,**
7. **ALBERTO Q. ROMERO,**
       a/k/a "Loco"
8. **JORGE A. ROMERO**
9. **FRANCISCO ARIAS,**
       a/k/a William Arias
       a/k/a Hector Figueroa-
       Garcia
       a/k/a Salvador Garcia
       a/k/a "Willie"
       a/k/a Inocente Quijada
       a/k/a Yasmil Frias
10. **JOSE M. GONZALEZ-PADILLA,**
11. **RONNIE CHRISTIAN,**
       a/k/a "Rizz"
12. **MAHIRI KAZANA,**
       a/k/a Deon Williams
       a/k/a "Spanky"
13. **DANA T. RICE,**
14. **CEDRIC G. INGRAM,**
       a/k/a James Watson
       a/k/a Fred L. Sapp
       a/k/a "Big Man"
15. **BRIAN GILBERT,**
       a/k/a "B"
16. **ERIK M. McCORMICK,**
       a/k/a "Vine"
       a/k/a "Devine"
17. **JERMAINE GILMORE,**
       a/k/a "Maine"

the defendants herein, did knowingly and intentionally combine,

conspire and agree with others known and unknown to the Grand

Jury, to manufacture and distribute a controlled substance; to

wit: cocaine base, also known as "crack" cocaine, and cocaine,

Schedule II controlled substances.

   It is further alleged that this offense involved at least

fifty (50) grams of a mixture and substance containing a

detectable amount of cocaine base, also known as "crack" cocaine,

and five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, Schedule II controlled substances.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

4

**COUNT TWO:**     **(21 U.S.C. § 841(a)(1) - Distribution of Cocaine;**
                    **18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 24, 2004, at Boston, in the District
of Massachusetts and elsewhere,

     **1.**    **HUSIE A. JOYNER,**
              **a/k/a "Poopie,"**
              **a/k/a "P," and**
     **2.**    **GREGORY R. BING,**
              **a/k/a "Groove"**

the defendants herein, did knowingly and intentionally distribute
and cause the distribution of cocaine, a Schedule II controlled
substance.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

5

**COUNT THREE:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about October 5, 2004, at Boston, in the District of Massachusetts and elsewhere,

### 2. GREGORY R. BING, a/k/a "Groove"

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about October 26, 2004, at Boston, in the District of Massachusetts and elsewhere,

**2. GREGORY R. BING,**
**a/k/a "Groove"**

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

7

**COUNT FIVE:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 16, 2004, at Boston, in the District of Massachusetts and elsewhere,

### 2. GREGORY R. BING,
### a/k/a "Groove"

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

8

**COUNT SIX:**      **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 1, 2004, at Boston, in the District of Massachusetts and elsewhere,

### 2. GREGORY R. BING,
### a/k/a "Groove"

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

9

**COUNT SEVEN:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 11, 2005, at Boston, in the District of Massachusetts and elsewhere,

    1.    **HUSIE A. JOYNER,**
        **a/k/a "Poopie,"**
        **a/k/a "P," and**
    2.    **GREGORY R. BING,**
        **a/k/a "Groove"**

the defendants herein, did knowingly and intentionally distribute and cause the distribution of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

10

**COUNT EIGHT**:    **(21 U.S.C. § 841(a)(1) -- Possession With Intent To Distribute Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about May 1 and 2, 2005, at Boston, in the District of Massachusetts and elsewhere,

    **2.    GREGORY R. BING**
            **a/k/a "Groove," and**
    **16.   ERIK M. McCORMICK,**
            **a/k/a "Vine"**
            **a/k/a "Devine"**

the defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

**COUNT NINE:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about May 11, 2005, at Boston, in the District of Massachusetts and elsewhere,

> **2.   GREGORY R. BING**
> **a/k/a "Groove," and**
> **11.  CEDRIC G. INGRAM,**
> **a/k/a James Watson**
> **a/k/a Fred L. Sapp**
> **a/k/a "Big Man"**

the defendants herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

12

**COUNT TEN:**       **(21 U.S.C. § 841(a)(1) -- Possession With Intent To Distribute Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about June 2, 2005, at Boston, in the District of Massachusetts and elsewhere,

> 8.   **MAHIRI KAZANA,**
>      **a/k/a Deon Williams**
>      **a/k/a "Spanky"**

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT ELEVEN:** **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 8, 2005, at Boston, in the District of Massachusetts and elsewhere,

### 8. JORGE A. ROMERO

defendant herein, did knowingly and intentionally distribute and cause the distribution of cocaine a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2

14

**COUNT TWELVE:**   **(21 U.S.C. § 843(b) -- Unlawful Use of a Communication Facility; 18 U.S.C. § 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 8, 2005, at approximately 8:45 p.m., in the District of Massachusetts and elsewhere,

### 8.   JORGE A. ROMERO

defendant herein, did knowing and intentionally use a communication facility, to wit: a cellular telephone assigned telephone number 617-504-1091, in committing, causing and facilitating the drug trafficking offense set forth in Count Eleven of this indictment, specifically Distribution of Cocaine.

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2

15

**COUNT THIRTEEN:**     **(21 U.S.C. § 841(a)(1) -- Possession With Intent to Distribute Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about August 18, 2005, at Boston, in the District of Massachusetts and elsewhere,

## 15. BRIAN GILBERT, a/k/a "B"

the defendant herein, did knowingly and intentionally possess cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

16

**COUNT FOURTEEN:**    **(18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 22, 2005, at Boston, in the District of Massachusetts and elsewhere,

### 5.   **GERARD KIMBLE**
### a/k/a "G"

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce a firearm, that is, a .45 caliber Hi-Point pistol, model JHP, bearing serial number 418013 and ammunition, that is nine rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1)

17

**COUNT FIFTEEN:** **(18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 22, 2005, at Boston, in the District of Massachusetts and elsewhere,

> 1. **HUSIE JOYNER,**
>    **a/k/a "Poopie,"**
>    **a/k/a "P,"**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce firearms, that is, .45 caliber Colt pistol, model series 80 MK IV, bearing serial number SN3461, a 9mm Hi-Point pistol, model C9, bearing serial number P1253074, and ammunition, that is one box of fifty rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1)

**COUNT SIXTEEN**: (18 U.S.C. § 922(g)(5) - Possession of a Firearm by a Prohibited Person; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about July 25, 2005, at Brookline, in the District of Massachusetts and elsewhere,

> 9. **FRANCISCO ARIAS,**
>      **a/k/a William Arias**
>      **a/k/a Hector Figueroa-**
>      **Garcia**
>      **a/k/a Salvador Garcia**
>      **a/k/a "Willie"**
>      **a/k/a Inocente Quijada**
>      **a/k/a Yasmil Frias**

defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting interstate commerce a firearm, that is, a .380 caliber Beretta pistol, Model 84, bearing serial number B71478Y, and ammunition, that is four rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

19

**COUNT SEVENTEEN:**    (21 U.S.C. §§841(a)(1) and (b)(1)(A)(iii) -
Possession With Intent to Distribute Cocaine
Base, also Known as "Crack Cocaine"; 18
U.S.C. § 2 - Aiding and Abetting

The Grand Jury further charges that:

On or about November 6, 2003, at Boston, in the District of
Massachusetts and elsewhere,

> 8.    **MAHIRI KAZANA,**
> **a/k/a Deon Williams**
> **a/k/a "Spanky"**

the defendant herein, did knowingly and intentionally possess
cocaine base, also known as "crack" cocaine, a Schedule II
controlled substance, with the intent to distribute.

It is further alleged that this offense involved at least
fifty (50) grams of a mixture and substance containing a
detectable amount of cocaine base, also known as "crack" cocaine,
a Schedule II controlled substance. Accordingly, Title 21,
United States Code, Section 841(b)(1)(A)(iii) is applicable to
this count.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

20

**COUNT EIGHTEEN:**　　　(18 U.S.C. § 922(g)(1) - Felon in Possession
of a Firearm; 18 U.S.C. § 2 - Aiding and
Abetting)

The Grand Jury further charges that:

On or about November 6, 2003, at Boston, in the District of
Massachusetts and elsewhere,

> **8.　MAHIRI KAZANA,**
> **a/k/a Deon Williams**
> **a/k/a "Spanky"**

defendant herein, having been convicted of a crime punishable by
imprisonment for a term exceeding one year, did knowingly and
unlawfully possess in and affecting interstate commerce a
firearm, that is, a .380 Jennings Model T-380 Semi-Automatic
Pistol with an obliterated serial number, and ammunition, that is
eight (8) rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Section
922(g)(1).

21

**COUNT NINETEEN:**    (18 U.S.C. §922(k) - Possession of a Firearm With an Obliterated Serial Number; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about November 6, 2003, at Boston, in the District of Massachusetts and elsewhere,

> 8.    **MAHIRI KAZANA,**
>        **a/k/a Deon Williams**
>        **a/k/a "Spanky"**

defendant herein, did knowingly and unlawfully possess and receive a firearm which had the importer's and manufacturer's serial number removed, obliterated, and altered and which had been shipped and transported in interstate commerce; to wit: a .380 Jennings Model T-380 Semi-Automatic Pistol with an obliterated serial number.

All in violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 2.

22

**COUNT TWENTY:**             **(21 U.S.C. § 843(b) -- Unlawful Use of a Communication Facility; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about May 4, 2005 in the District of Massachusetts and elsewhere,

### 18. WILLONA GAINES

defendant herein, did knowing and intentionally use a communication facility, to wit: a cellular telephone assigned telephone number (617) 331-0918, in committing, causing and facilitating the drug trafficking offense set forth in Count One of this superseding indictment, specifically conspiracy to manufacture and distribute cocaine base, also known as "crack cocaine," and cocaine in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

23

**COUNT TWENTY-ONE:** **(21 U.S.C. § 843(b) -- Unlawful Use of a Communication Facility; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about May 6, 2005, in the District of Massachusetts and elsewhere,

## 17. JERMAINE GILMORE,
### a/k/a "Maine"

defendant herein, did knowing and intentionally use a communication facility, to wit: a cellular telephone assigned telephone number (617)792-1490, in committing, causing and facilitating the drug trafficking offense set forth in Count One of this superseding indictment, specifically conspiracy to manufacture and distribute cocaine base, also known as "crack cocaine," and cocaine in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

24

**COUNT TWENTY-TWO**    (18 U.S.C. §1956(a)(1) - Money Laundering; 18
U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

In or about April 2003, in the District of Massachusetts, in
the District of Rhode Island and elsewhere,

> 1.  **HUSIE A. JOYNER,**
>     a/k/a "Poopie"
>     a/k/a "P"

defendant herein, knowing that the property involved in a
financial transaction represented the proceeds of some form of
unlawful activity, did knowingly conduct and cause to be
conducted a financial transaction affecting interstate commerce,
to wit: the purchase of a 2000 Bentley Arnage, bearing Vehicle
Identification Number (VIN) SCBLC31E6YCX04930, which in fact
involved the proceeds of a specified unlawful activity, that is,
the distribution of cocaine and cocaine base, also known as
"crack cocaine," in violation of Title 21, United States Code,
Section 841(a)(1), (a) with the intent to promote the carrying on
of said specified unlawful activity; and (b) knowing that the
transaction was designed in whole or in part to conceal and
disguise the nature, the location, the source, the ownership and
the control of the proceeds of said specified unlawful activity.

All in violation of Title 18, United States Code, Section
1956(a)(1) and 2.

25

**COUNTS TWENTY-THREE**          (18 U.S.C. §1956(a)(1) -   Money
**TO TWENTY-FIVE**                Laundering; 18 U.S.C. §2 - Aiding and
                                  Abetting)

The Grand Jury further charges that:

On or about the dates indicated below, in the District of

Massachusetts, in the District of Rhode Island, and elsewhere,

>           3.   **ANTHONY SMITH**,
>                **a/k/a Parish McCoullough**
>                **a/k/a "Ant"**
>                **a/k/a "Nose"**
>                **a/k/a "Big Homey"**

defendant herein, knowing that the property involved in the

financial transactions set forth below represented the proceeds

of some form of unlawful activity, did knowingly conduct and

cause to be conducted financial transactions affecting interstate

commerce, to wit: the purchase of motor vehicles, which in fact

involved the proceeds of a specified unlawful activity, that is,

the distribution of cocaine and cocaine base, also known as

"crack cocaine," in violation of Title 21, United States Code,

Section 841(a)(1), (a) with the intent to promote the carrying on

of said specified unlawful activity; and (b) knowing that the

transactions were designed in whole or in part to conceal and

disguise the nature, the location, the source, the ownership and

the control of the proceeds of said specified unlawful activity.

26

| Count | Date of Transaction | Description of Vehicle | Purchase Price of Vehicle |
|-------|---------------------|------------------------|---------------------------|
| 23 | 05/20/2004 | 2004 BMW 645CI, bearing VIN WBAEH7304B190265 | $72,495.00 |
| 24 | 01/29/2005 | 2006 Mercedes CLS5000C, bearing VIN WDDDJ75X16A011417 | $76,705.00 |
| 25 | 06/24/2005 | 2005 Bentley Continental GT, bearing VIN SCBCR63WX5C02433 | $165,000.00 |

All in violation of Title 18, United States Code, Section 1956(a)(1) and 2.

27

**COUNT TWENTY-SIX** **(18 U.S.C. §1956(a)(1)(B)(i) - Money Laundering; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 1, 2005, at Boston, in the District of Massachusetts, and elsewhere,

### 7. ALBERTO Q. ROMERO,
### a/k/a "Loco"

defendant herein, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, did knowingly conduct and cause to be conducted a financial transaction affecting interstate commerce, to wit: the transfer of title of a 2000 Bentley Arnage, bearing Vehicle Identification Number (VIN) SCBLC31E6YCX04930, which in fact involved the proceeds of a specified unlawful activity, that is, the distribution of cocaine and cocaine base, also known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of said specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2.

**COUNTS TWENTY-SEVEN**  **(18 U.S.C. §1956(a)(1)(B)(i) -  Money**
**TO SEVENTY-SIX**        **Laundering; 18 U.S.C. § 2 - Aiding and**
                         **Abetting)**

The Grand Jury further charges that:

On or about the dates indicated below, in the District of
Massachusetts and elsewhere,

> 3. **ANTHONY SMITH,**
> **a/k/a Parish McCoullough**
> **a/k/a "Ant"**
> **a/k/a "Nose"**
> **a/k/a "Big Homey"**

defendant herein, knowing that the property involved in the
financial transactions set forth below represented the proceeds
of some form of unlawful activity, did knowingly conduct and
cause to be conducted financial transactions affecting interstate
commerce, to wit: deposits of U.S. Currency into Bank of America
Account Number 9420138066, in the name of "The Shoe Fetish,"
which in fact involved the proceeds of a specified unlawful
activity, that is, the distribution of cocaine and cocaine base,
also known as "crack cocaine," in violation of Title 21, United
States Code, Section 841(a)(1); knowing that the transactions
were designed in whole or in part to conceal and disguise the
nature, the location, the source, the ownership and the control
of the proceeds of said specified unlawful activity.

29

| Count No. | Date of Deposit | Amount of Currency Deposit |
|-----------|-----------------|----------------------------|
| 27 | 06/04/2003 | $5,000.00 |
| 28 | 06/09/2003 | $3,000.00 |
| 29 | 06/17/2003 | $5,000.00 |
| 30 | 06/09/2003 | $4,500.00 |
| 31 | 08/07/2003 | $4,500.00 |
| 32 | 09/24/2003 | $4,800.00 |
| 33 | 10/02/2003 | $5,000.00 |
| 34 | 10/07/2003 | $6,000.00 |
| 35 | 11/03/2003 | $5,720.00 |
| 36 | 11/06/2003 | $3,205.00 |
| 37 | 11/17/2003 | $9,000.00 |
| 38 | 11/19/2003 | $5,345.00 |
| 39 | 12/05/2003 | $3,000.00 |
| 40 | 12/08/2003 | $3,500.00 |
| 41 | 12/23/2003 | $7,000.00 |
| 42 | 12/29/2003 | $3,000.00 |
| 43 | 01/14/2004 | $3,500.00 |
| 44 | 01/16/2004 | $4,000.00 |
| 45 | 01/21/2004 | $3,000.00 |
| 46 | 01/27/2004 | $7,600.00 |
| 47 | 02/04/2004 | $5,000.00 |
| 48 | 02/05/2004 | $3,000.00 |
| 49 | 02/24/2004 | $7,010.00 |
| 50 | 03/02/2004 | $7,000.00 |
| 51 | 03/16/2004 | $6,900.00 |
| 52 | 03/18/2004 | $5,300.00 |
| 53 | 03/24/2004 | $5,400.00 |

| Count No. | Date of Deposit | Amount of Currency Deposit |
|-----------|-----------------|----------------------------|
| 54 | 06/14/2004 | $3,000.00 |
| 55 | 07/26/2004 | $4,800.00 |
| 56 | 07/27/2004 | $4,500.00 |
| 57 | 07/29/2004 | $4,800.00 |
| 58 | 08/13/2004 | $3,100.00 |
| 59 | 08/25/2004 | $7,000.00 |
| 60 | 08/31/2004 | $3,500.00 |
| 61 | 09/07/2004 | $5,000.00 |
| 62 | 10/13/2004 | $3,000.00 |
| 63 | 10/18/2004 | $3,100.00 |
| 64 | 11/02/2004 | $3,900.00 |
| 65 | 12/29/2004 | $5,000.00 |
| 66 | 01/06/2005 | $3,500.00 |
| 67 | 03/03/2005 | $3,200.00 |
| 68 | 03/11/2005 | $4,000.00 |
| 69 | 04/12/2005 | $5,000.00 |
| 70 | 04/14/2005 | $5,000.00 |
| 71 | 04/19/2005 | $3,000.00 |
| 72 | 05/02/2005 | $4,750.00 |
| 73 | 05/13/2005 | $6,000.00 |
| 74 | 06/03/2005 | $6,400.00 |
| 75 | 06/13/2005 | $3,200.00 |
| 76 | 06/15/2005 | $5,000.00 |

All in violation of Title 18, United States Code, Section 1956(a)(1) and 2.

31

**COUNTS SEVENTY-SEVEN**   **(18 U.S.C. §1956(a)(1) -   Money**
**TO SEVENTY-NINE**        **Laundering; 18 U.S.C. § 2 - Aiding and**
                          **Abetting)**

The Grand Jury further charges that:

On or about the dates indicated below, in the District of
Massachusetts and elsewhere,

### 2. GREGORY R. BING,
### a/k/a "Groove"

defendant herein, knowing that the property involved in the
financial transactions set forth below represented the proceeds
of some form of unlawful activity, did knowingly conduct and
cause to be conducted financial transactions affecting interstate
commerce, to wit: the cashing of checks issued by PD&J Realty
Corporation, which in fact involved the proceeds of a specified
unlawful activity, that is, the distribution of cocaine and
cocaine base, also known as "crack cocaine," in violation of
Title 21, United States Code, Section 841(a)(1), (a) with the
intent to promote the carrying on of said specified unlawful
activity; and (b) knowing that the transactions were designed in
whole or in part to conceal and disguise the nature, the
location, the source, the ownership and the control of the
proceeds of said specified unlawful activity.

32

| Count | Date of Check | Check Number | Amount | Date Cashed |
|---|---|---|---|---|
| 77 | 03/17/2005 | 696666412 | $200.00 | 03/25/2005 |
| 78 | 04/10/2005 | 575164955 | $200.00 | 04/21/2005 |
| 79 | 05/25/2005 | 405227349 | $200.00 | 05/27/2005 |

All in violation of Title 18, United States Code, Section 1956(a)(1) and 2.

**COUNT EIGHTY**      **(18 U.S.C. §1957(a) - Money Laundering; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

In or about and between August 2005 and November 2005, in the District of Massachusetts and elsewhere,

> 1. **HUSIE A. JOYNER,**
>    **a/k/a "Poopie"**
>    **a/k/a "P"**

defendant herein, did knowingly cause an attempted monetary transaction, affecting interstate commerce, in criminally derived property of a value greater than $10,000, to wit: the attempted sale of the real property known as 27 Keith Avenue, Brockton, Massachusetts, said property having been derived from specified unlawful activity, that is, the distribution of cocaine and cocaine base, also known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Sections 1957(a) and 2.

34

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The United States Attorney further charges that:

1.   Upon conviction of the offenses alleged in Counts One through Thirteen, Seventeen, Twenty, Twenty-One of this Superseding Indictment,

> 1.  **HUSIE A. JOYNER,**
>         **a/k/a "Poopie"**
>         **a/k/a "P"**
> 2.  **GREGORY R. BING,**
>         **a/k/a "Groove"**
> 3.  **ANTHONY SMITH,**
>         **a/k/a Parish McCoullough**
>         **a/k/a "Ant"**
>         **a/k/a "Nose"**
>         **a/k/a "Big Homey"**
> 4.  **DONNELLE D. JOYNER,**
>         **a/k/a "D"**
> 5.  **GERARD KIMBLE,**
>         **a/k/a "G"**
> 6.  **RALPH T. HOUSE,**
> 7.  **ALBERTO Q. ROMERO,**
>         **a/k/a "Loco"**
> 8.  **JORGE A. ROMERO**
> 9.  **FRANCISCO ARIAS,**
>         **a/k/a William Arias**
>         **a/k/a Hector Figueroa-Garcia**
>         **a/k/a "Willie"**
>         **a/k/a Inocente Quijada**

35

a/k/a **Yasmil Frias**

10. **JOSE M. GONZALEZ-PADILLA,**

11. **RONNIE CHRISTIAN,**

a/k/a **"Rizz"**

12. **MAHIRI KAZANA,**

a/k/a **Deon Williams**

a/k/a **"Spanky"**

13. **DANA T. RICE,**

14. **CEDRIC G. INGRAM,**

a/k/a **James Watson**

a/k/a **Fred L. Sapp**

a/k/a **"Big Man"**

15. **BRIAN GILBERT,**

a/k/a **"B"**

16. **ERIK M. McCORMICK,**

a/k/a **"Vine"**

a/k/a **"Devine,"**

17. **JERMAINE GILMORE,**

a/k/a **"Maine," and**

18. **WILLONA GAINES**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. Such property includes, but is not limited to:

(A)  A sum of money equal to $3,000,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses, for which the

36

defendants are jointly and severally liable;

(B) A red 2000 Bentley Arnage with VIN SCBLC31E6YCX04930, owner listed as Nelson Liriano, 73 Alexander Street, Dorchester, MA;

(C) A 2005 Black Bentley Continental bearing MA License Plate Number Ne3362 with VIN SCBCR63WX5C02433 and Registered to Patrice F. Smith, 469 Washington Street, East Walpole, MA;

(D) A 2005 gray Acura TL 3.2 sedan bearing MA License Plate Number RS95CE with VIN 19UUA66275A031176 and registered to Jaijuanna Harris, 428 Washington Street, Dorchester, MA;

(E) A 2004 BMW 645CI Convertible bearing NY License Plate Number CXL8088 with VIN WBAEK73434B320542 and Registered to Frederick B. Joyner, 102 Montauk Hwy, Westhampton, NY;

(F) A 2002 Black BMW M3CIC Convertible bearing MA License Plate Number 9355MN with VIN WBSBR93402EX24156 and Registered to Donnelle Joyner of 175L Centre Street, Quincy, MA;

(G) $91,410.00 in U.S. Currency seized from 469 Washington Street, Walpole, MA on or about July 22, 2005;

37

(H)  $17,520.00 in U.S. Currency seized from 175G Centre Street, 175G Centre Street, Apt # 708, Quincy, MA on or about July 22, 2005;

(I)  $3,958.00 in U.S. Currency seized from 57E Sumner Street, Dorchester, MA on or about July 22, 2005;

(J)  $23,600.00 in U.S. Currency seized from 68 Williams Street, Third Floor, Jamaica Plain, MA on or about July 25, 2005;

(K)  Any and all funds contained in Account Number 9514573990 held at Bank of America in the name of Wendy Mejia;

(L)  The real property located at 469 Washington Street, Walpole, Massachusetts, including all buildings, appurtenances, and improvements thereon, with owner of record Patrice Smith, as more fully described in Book 21168, Page 232, of the Norfolk County Registry of Deeds;

(M)  The real property located at 27 Keith Avenue, Brockton, Massachusetts, including all buildings, appurtenances, and improvements thereon, with owner of record Foster Earl, as more fully described in Book 20251, Page 345, of the Plymouth County Registry of Deeds; and

38

(N)   The real property located at 68 Williams Street,
       Jamaica Plain, Massachusetts, including all
       buildings, appurtenances, and improvements thereon,
       with owner of record Alberto Romero, as more fully
       described in Book 32286, Page 170, of the Suffolk
       County Registry of Deeds.

2.   If any of the properties described in paragraph 1, above,
as a result of any act or omission of the defendants --

   (a)   cannot be located upon the exercise of due
          diligence;

   (b)   has been transferred or sold to, or deposited with,
          a third party;

   (c)   has been placed beyond the jurisdiction of the
          Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot
          be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any
other property of the defendant up to the value of the property
described in subparagraphs (a) through (e).

   All in violation of Title 21, United States Code, Section 853.

39

## GUN FORFEITURE ALLEGATIONS

**(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))**

The Grand Jury further charges that:

1.    Upon conviction of one or more of the offenses alleged in Counts Fourteen, Fifteen, Sixteen, Eighteen and Nineteen of this Superseding Indictment,

> **1. HUSIE JOYNER,**
>     **a/k/a "Poopie,"**
>     **a/k/a "P,"**
> **5.   GERARD KIMBLE**
>     **a/k/a "G,"**
> **9. FRANCISCO ARIAS,**
>     **a/k/a William Arias**
>     **a/k/a Hector Figueroa-**
>     **Garcia**
>     **a/k/a Salvador Garcia**
>     **a/k/a "Willie"**
>     **a/k/a Inocente Quijada**
>     **a/k/a Yasmil Frias,**
> **12.   MAHIRI KAZANA,**
>     **a/k/a Deon Williams**
>     **a/k/a "Spanky,"**

defendants herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offenses.

2.    If any of the property described in paragraph 1, above,

40

as a result of any act or omission of the defendants -

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the Court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property described in subparagraphs (a) through (e).

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

41

## MONEY LAUNDERING FORFEITURE ALLEGATIONS
### (18 U.S.C. §982(a)(1))

The Grand Jury further charges that:

1.    Upon conviction of the offenses alleged in Counts Twenty-Two through Eighty of this Superseding Indictment, each of the defendants,

> 1.  **HUSIE A. JOYNER,**
>     **a/k/a "Poopie"**
>     **a/k/a "P"**
> 2.  **GREGORY R. BING,**
>     **a/k/a "Groove"**
> 3.  **ANTHONY SMITH,**
>     **a/k/a Parish McCoullough**
>     **a/k/a "Ant"**
>     **a/k/a "Nose"**
>     **a/k/a "Big Homey"**
> 7.  **ALBERTO Q. ROMERO,**
>     **a/k/a "Loco"**

shall forfeit to the United States any property, real or personal, involved in the offenses in violation of 18 U.S.C. § 1956(a)(1) or 18 U.S.C. §1957(a), for which that defendant is convicted, and all property traceable to such property.  The property to be forfeited includes, but is not limited to, the following:

> (a)  a sum of money equal to the total amount of money involved in the offenses in violation of 18 U.S.C.

42

§1956(a)(1) or 18 U.S.C. §1957(a), for which the
defendant is convicted;

(b) A red 2000 Bentley Arnage with VIN
SCBLC31E6YCX04930, owner listed as Nelson Liriano,
73 Alexander Street, Dorchester, MA;

(c) A 2005 Black Bentley Continental bearing MA License
Plate Number Ne3362 with VIN SCBCR63WX5C02433 and
Registered to Patrice F. Smith, 469 Washington
Street, East Walpole, MA;

(d) A 2004 BMW 645CI, bearing VIN WBAEH7304B190265;

(e) A 2006 Mercedes CLS5000C, bearing VIN
WDDDJ75X16A011417; and

(f) The real property located at 27 Keith Avenue,
Brockton, Massachusetts, including all buildings,
appurtenances, and improvements thereon, with owner
of record Foster Earl, as more fully described in
Book 20251, Page 345, of the Plymouth County
Registry of Deeds.

2.    If any of the property described in paragraph 1 above, as
a result of any act or omission of the defendants,

    (a) cannot be located upon the exercise of due
        diligence;

    (b) has been transferred or sold to, or deposited with,

43

a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b)(1)(A), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 18 U.S.C. § 982.

44

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

Neil J. Gallagher, Jr.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    May 11, 2006

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

5/11/06
@ 4:06 pm

45

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____    **Category No.** __I__    **Investigating Agency** __DEA/BPD__

**City** __Boston__    **Related Case Information:**

**County** __Suffolk__    **Superseding Ind./ Inf.** __X__    **Case No.** __05-10239-RCL__
**Same Defendant** __x__    **New** _____
**Magistrate Judge Case Number** __05-MJ-1703-CBS__
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __HUSIE JOYNER__    **Juvenile** ☐ **Yes** ☒ **No**

Alias Name __Poopie__

Address _____

Birth date (Year only): __1976__ SSN (last 4 __0478__ Se __M__ Race: __Afrc. Am.__ Nationalit __USA__

**Defense Counsel if** __Peter Elikam__    **Address:** __93 Beacon Street__
__Boston, MA__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher__    **Bar Number if** _____

**Interpreter:** ☐ **Yes** ☒ **No**    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __7/29/05__

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __5__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date** __5/11/06__    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **HUSIE JOYNER** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  **21 U.S.C. Sec. 846** | Conspiracy to Distribute Cocaine Base and Cocaine | **1** |
| Set 2  **21 U.S.C. Sec. 841(a)(1)** | **Distribution of Cocaine** | **2, 7** |
| Set 3  **18 U.S.C. 922(g)(1)** | **Felon in Possession of Firearm** | **15** |
| Set 4  **18 U.S.C. 1956(a)(1)** | **Money Laundering** | **22** |
| Set 5  **18 U.S.C. Sec. 2** | **Aiding and Abetting** | **2, 7, 15, 22** |
| Set 6  **21 U.S.C. Sec. 853** | **Drug Forfeiture** | |
| Set 7  **18 U.S.C. 982** | **Money Laundering Forfeiture** | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| | |
|---|---|
| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** __I_____   **Investigating Agency** __DEA/BPD_____

**City** __Boston_____   **Related Case Information:**

**County** ___Suffolk_____   **Superseding Ind./ Inf.** __X_____   **Case No.** ___05-10239-RCL___
   **Same Defendant** __X_____   **New** _____
   **Magistrate Judge Case Number** __05-MJ-1703-CBS_____
   **Search Warrant Case** _____
   **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __**GREGORY BING**_____   **Juvenile** ☐ **Yes**   ☒ **No**

Alias Name _____

Address _____

Birth date (Year only): __1967__ SSN (last 4 _____ Se __M__ Race: __Afrc. Am__ Nationalit __USA__

**Defense Counsel if** _____**George Gormley**_____   **Address:** __755 East Broadway_____
**Bar Number:** _____   ____South Boston_____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____   **Bar Number if** _____

**Interpreter:** ☐ **Yes** ☒ **No**   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ **Yes**   ☒ **No**

   ☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___7/29/05_____

☒ **Already in Federal Custody** _____ **in** _____ **.**
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial** **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____   ☐ **Misdemeano** _____   ☒ **Felony** __11__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __5/11/06__    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   **GREGORY BING** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine | 2, 7 |
| Set 3  21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine Base | 3-6, 9 |
| Set 4  18 U.S.C. 2 | Aiding and Abetting | 2-7, 9 |
| Set 5  18 U.S.C. 1956 | Money Laundering | 77-79 |
| Set 6  21 U.S.C. Sec. 853 | Drug Asset Forfeiture | |
| Set 7  18 U.S.C. 982 | Money Laundering Forfeiture | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** __I_____  **Investigating Agency** __DEA/BPD_____

**City** __Boston_____  **Related Case Information:**

**County** __Suffolk_____  **Superseding Ind./ Inf.** __X_____  **Case No.** __05-10239-RCL___
                                **Same Defendant** __X_____  **New** _____
                                **Magistrate Judge Case Number** __05-MJ-1703-CBS_____
                                **Search Warrant Case** _____
                                **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __ANTHONY SMITH_____  **Juvenile**  ☐ Yes  ☒ No

Alias Name _____

Address __469 Washington Street, Walpole_____

Birth date (Year only): __1969__ SSN (last 4 _____ Se __M__ Race: __BM_____ Nationalit __USA_____

**Defense Counsel if** __Tom Butters_____  Address: __699 Boylston St._____
                                                      __Boston, MA_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____  **Bar Number if** _____

**Interpreter:**  ☐ Yes  ☒ No  List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

          ☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

**Arrest Date:** __7/22/05_____

☒ Already in Federal Custody _____ in _____ .
☐ Already in State _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial     Ordered _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony _____ 52

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date** __5/11/06__          **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **ANTHONY SMITH** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2 | 18 U.S.C. 1956 | Money Laundering | 23-25; 26-76 |
| Set 3 | 21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 4 | 18 U.S.C. Sec. 982 | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

⬥JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I__    **Investigating Agency** __DEA/BPD__

**City** __Boston__      **Related Case Information:**

**County** __Suffolk__      **Superseding Ind./ Inf.** _____x_____    **Case No.** __05-10239-RCL__
                        **Same Defendant** __X__      **New** _____
                        **Magistrate Judge Case Number** __05-MJ-1703-CBS__
                        **Search Warrant Case** _____ .
                        **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __DONNELLE JOYNER__      **Juvenile** ☐ **Yes** ☒ **No**

Alias Name _____

Address __175L Centre Street, #1208, Quincy__ _____

Birth date (Year only): __1971__ SSN (last 4 _____ Se __M__ Race: __BM__ Nationalit __USA__

**Defense Counsel if**      **Michael Sneider**      **Address: 95 Commercial Wharf**
                                          __Boston, MA__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher__      **Bar Number if** _____

**Interpreter:**   ☐ **Yes** ☒ **No**      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ **Yes**   ☒ **No**

     ☐ **Warrant Requested**      ☒ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:**   __7/22/05__ _____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial**      **Ordered**   __8/5/05__ _____ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date**   __5/11/06__      **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **DONNELLE JOYNER** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 U.S.C. Sec. 846__ | Conspiracy to Distribute Cocaine Base and Cocaine | __1__ |
| Set 2 __21 U.S.C. Sec. 853__ | __Criminal Asset Forfeiture__ | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA/BPD_____

**City** _Boston_____   **Related Case Information:**

**County** _Suffolk_____   **Superseding Ind./ Inf.** _x_____   **Case No.** _05-10239-RCL___
                               **Same Defendant** _X_____   **New** _____
                               **Magistrate Judge Case Number** _05-MJ-1703-CBS_____
                               **Search Warrant Case** _____
                               **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name _**GERARD KIMBLE**_____   **Juvenile** ☐ Yes  ☒ No

Alias Name _____

Address _57E Sumner Street, Dorchester_____

Birth date (Year only): _1971_  SSN (last 4 _____  Se _M_ Race: _BM_____  Nationalit _USA_____

**Defense Counsel if**        _**Ben Entine**_____   **Address:** _77 Franklin Street_____
                                                          _Boston, MA_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____   **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

      ☐ **Warrant Requested**      ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _7/25/05_____

☐ **Already in Federal Custody** _____  in  _____ .
☐ **Already in State** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ **On Pretrial**        **Ordered** _8/5/05_____  on  _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date** _5/11/06_        **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     __GERARD KIMBLE__

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  18 US.C. Sec. 922(g)(1) | Felon in Possession of Firearm | 14 |
| Set 3  18 U.S.C. Sec. 2 | Aiding and Abetting | 14 |
| Set 4  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I__    **Investigating Agency** __DEA/BPD__

**City** __Boston__    **Related Case Information:**

**County** __Suffolk__    **Superseding Ind./ Inf.** __X__    **Case No.** __05-10239-RCL__
                         **Same Defendant** __X__    **New** _____
                         **Magistrate Judge Case Number** __05-MJ-1703-CBS__
                         **Search Warrant Case** _____
                         **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __RALPH HOUSE__    **Juvenile** ☐ **Yes**  ☒ **No**

Alias Name _____

Address _____

Birth date (Year only): __1970__ SSN (last 4 _____ Se __M__ Race: __BM__ Nationalit __USA__

**Defense Counsel if** __Glen Randel__    **Address:** __79 Merrimack Street__
                                                       __Lowell, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher__    **Bar Number if** _____

**Interpreter:** ☐ **Yes** ☒ **No**    List language and/or dialect: _____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __7/25/05__

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____    ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** __8/5/05__    **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeano** _____    ☒ **Felony** __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date** __5/11/06__    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   **RALPH HOUSE** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __I_____   Investigating Agency __DEA/BPD_____

City __Boston_____    **Related Case Information:**

County __Suffolk_____   Superseding Ind./ Inf. __X_____    Case No. ___05-10239-RCL___
                             Same Defendant __x_____    New _____
                             Magistrate Judge Case Number __05-MJ-1703-CBS_____
                             Search Warrant Case _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Alberto Romero_____    Juvenile ☐ Yes  ☒ No

Alias Name __Loco_____

Address __68 Williams Street, #3, Jamaica Plain, MA_____

Birth date (Year only): __1976__ SSN (last 4 _____ Se __M__ Race: __Hispanic__ Nationalit __Dom. Rep.__

**Defense Counsel if**    __Robert L. Sheketoff_____    **Address: __One McKinley Square__**
                                                           __Boston, MA_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher_____    **Bar Number if** _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __7/29/05_____

☒ Already in Federal Custody _____ in _____ .
☐ Already in State _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeano _____   ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date __5/11/06__    Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **ALBERTO ROMERO**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2 | 18 U.S.C. 1956 | Money Laundering | 26 |
| Set 3 | 18 U.S.C. Sec. 2 | Aiding and Abetting | 26 |
| Set 4 | 21 U.S.C. Sec. 853 | Drug Asset Forfeiture | |
| Set 5 | 18 U.S.C. 982 | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** __I_____    **Investigating Agency** __DEA/BPD_____

**City** __Boston_____    **Related Case Information:**

**County** __Suffolk_____    **Superseding Ind./ Inf.** __x_____    **Case No.** ___05-10239-RCL___
                            **Same Defendant** __X_____     **New** _____
                            **Magistrate Judge Case Number** __05-1703-CBS_____
                            **Search Warrant Case** _____
                            **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __JORGE A. ROMERO_____    **Juvenile** ☐ **Yes** ☒ **No**

**Alias Name** _____

**Address** __68 Williams Street, #3, Jamaica Plain, MA_____

Birth date (Year only): __1980__ SSN (last 4 __5963__ Se __M__ Race: __Hispanic__ Nationalit __Dom. Rep.__

**Defense Counsel if**    __Tom Kerner_____    **Address:** __230 Commercial Street, 1ˢᵗ Flr__
                                                 __Boston, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:** ☒ **Yes** ☐ **No**     **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

     ☐ **Warrant Requested**     ☒ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** __7/25/05_____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial**     **Ordered** __7/25/05 by CBS__    **on** _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __5/11/06__        **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     **JORGE A. ROMERO**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. 846 | Conspiracy to Distribute Crack/Cocaine | 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | Distribution of Cocaine | 11 |
| Set 3  21 U.S.C. Sec. 843(b) | Unlawful Use of Communication Facility | 12 |
| Set 4  18 U.S.C. Sec. 2 | Aiding and Abetting | 11, 12 |
| Set 5  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** __DEA/BPD_____

**City** _Boston_____    **Related Case Information:**

**County** __Suffolk_____    **Superseding Ind./ Inf.** _x_____    **Case No.** __05-10239-RCL__
                                     **Same Defendant** __X_____    **New** _____
                                     **Magistrate Judge Case Number** __05-1731-CBS_____
                                     **Search Warrant Case** _____
                                     **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __Francisco Arias_____    **Juvenile** ☐ **Yes**   ☒ **No**

Alias Name __Hector Figueroa-Garcia, Willie LNU, Salvador Garcia_____

Address _____

Birth date (Year only): _____ SSN (last 4 _____ Se _M_ Race: __Hispanic___ Nationalit __Dom. Rep._____

**Defense Counsel if** ____Bruce Linson_____    **Address:** _____
                                                      _____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:** ☒ **Yes** ☐ **No**    **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

        ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __7/28/05_____

☒ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☒ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** **Two**_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date** _5/11/06_    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     __Francisco Arias_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  18 U.S.C. 922(g) | Alien in Possession of A Firearm | 16 |
| Set 3  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA/BPD_____

**City**  _Boston_____          **Related Case Information:**

**County**  _Suffolk_____       **Superseding Ind./ Inf.** _____x_____    **Case No.**  _05-10239-RCL___
                                              **Same Defendant**  _X_____    **New** _____
                                              **Magistrate Judge Case Number**  _05-MJ-1721-CBS_____
                                              **Search Warrant Case**  _____
                                              **R 20/R 40 from District of**  _____

**Defendant Information:**

Defendant Name  __JOSE GONZALEZ-PADILLA_____    **Juvenile**  ☐ Yes   ☒ No

Alias Name  _____

Address  _568 Blue Hill Avenue, Dorchester, MA_____

Birth date (Year only): _1978_  SSN (last 4  _9969_  Se  _M_  Race:  _Hispanic_____  **Nationalit** _Dom. Rep._____

**Defense Counsel if**  _____    **Address:**  _____
                                                                _____

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____    **Bar Number if**  _____

**Interpreter:**  ☒ Yes ☐ No          **List language and/or dialect:**  _Spanish_____

**Matter to be SEALED:**  ☐ Yes  ☒ No

        ☐ **Warrant Requested**       ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**  __FUGITIVE_____

☐ **Already in Federal Custody**  _____  **in**  _____ .
☐ **Already in State**  _____  ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**      **Ordered**  _____  **on**  _____

**Charging Document:**   ☐ **Complaint**      ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony**  _One_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date**  _5/11/06_                **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **JOSE GONZALEZ-PADILLA**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine **Base and Cocaine** | 1 |
| Set 2  21 U.S.C. 853 | **Criminal Asset Forfeiture** | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

℀JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** **DEA/BPD** _____

**City** Boston _____  **Related Case Information:**

**County** Suffolk _____

**Superseding Ind./ Inf.** x _____  **Case No.** 05-10239-RCL
**Same Defendant** _____  **New** _____
**Magistrate Judge Case Number** 05-1731-CBS _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name **RONNIE CHRISTIAN** _____  **Juvenile** ☐ Yes ☒ No

Alias Name **Rizzo** _____

Address **45 Hammond Street, Rox** _____

Birth date (Year only): **1969** SSN (last 4 _____ Se **M** Race: **Afrc. Am** Nationalit **USA** _____

**Defense Counsel if** **Roger Cox** _____  **Address:** **30 Main Street**
**Ashland, MA**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** **Neil J. Gallagher** _____  **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **7/28/05** _____

☒ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial** **Ordered** _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeano ☒ Felony **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date** 5/11/06  **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    RONNIE CHRISTIAN** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** __I_____    **Investigating Agency** __DEA/BPD_____

**City** __Boston_____    **Related Case Information:**

**County** __Suffolk_____    **Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____    **New** _____
**Magistrate Judge Case Number** __05-MJ-1731–CBS_____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __MAHIRI KAZANA,_____    **Juvenile** ☐ Yes    ☒ No

**Alias Name** _____

**Address** __60 Norwood Circle, Norwood, MA_____

**Birth date (Year only):** __1966__ **SSN (last 4** _____ **Se** __M__ **Race:** __B, NonHisp__ **Nationalit** __USA_____

**Defense Counsel if** __Matthew H. Feinberg_____    **Address:** __125 Summer Street_____
__Boston, MA_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☒ **Already in State** _____ ☐ **Serving Sentence** ☒ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __Five__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __5/11/06__    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant      MAHIRI KAZANA** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   **21 U.S.C. Sec. 846** | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2   **21 U.S.C. Sec. 841** | **PWID Cocaine Base** | **10** |
| Set 3   **18 U.S.C. 922(g)** | **Felon in Possession of a Firearm** | **17** |
| Set 4   **18 U.S.C. 922(k)** | **Poss of Firearm w/ Obliterated Serial #** | **18** |
| Set 5   **18 U.S.C. Sec. 2** | **Aiding and Abetting** | **10** |
| Set 6   **21 U.S.C. Sec. 853** | **Criminal Asset Forfeiture** | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** __I_____   **Investigating Agency** __DEA/BPD_____

**City** __Boston_____   **Related Case Information:**

**County** ___Suffolk_____   **Superseding Ind./ Inf.** _____x_____ **Case No.** __05-10239-RCL__
                                         **Same Defendant** __X_____ **New** _____
                                         **Magistrate Judge Case Number** __05-1731-CBS_____
                                         **Search Warrant Case** _____
                                         **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **DANA T. RICE**_____   **Juvenile** ☐ **Yes**  ☒ **No**

Alias Name _____

Address  __135 Townsend Street, 13C, Dorchester_____

Birth date (Year only): __1973__ SSN (last 4  __7778__ Se  __M__ Race:  __B, NonHisp__ Nationalit __USA__

**Defense Counsel if**        __Michael C. Andrews__        **Address:** __21 Custom House St.__
                                                               __Boston, MA__
**Bar Number:**        _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____        **Bar Number if** _____

**Interpreter:**        ☐ **Yes** ☒ **No**        **List language and/or dialect:** _____

**Matter to be SEALED:**        ☐ **Yes**        ☒ **No**

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**        __7/28/05_____

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**        **Ordered** _____ **on** _____

**Charging Document:**        ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**        ☐ **Petty** _____        ☐ **Misdemeano** _____        ☒ **Felony** __One_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date**  __5/11/06__                    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    DANA RICE _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine | 1 |
| Set 2  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA/BPD_____

**City** _Boston_____    **Related Case Information:**

**County** _Suffolk_____    **Superseding Ind./ Inf.** _x_____    **Case No.** _05-10239-RCL_
                                **Same Defendant** _____   **New** _____
                                  **Magistrate Judge Case Number** _05-1731-CBS_____
                                  **Search Warrant Case** _____
                                  **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name   **CEDRIC G. INGRAM**_____    **Juvenile** ☐ Yes ☒ No

Alias Name   **James Watson**_____

Address   _37 Old Morton Street, Boston, MA_

Birth date (Year only): _1966_ SSN (last 4 _7778_ Se _M_ Race: _Afrc. Am._ Nationalit _USA_

**Defense Counsel if**    _Diana Lloyd_____    **Address:** Two International Place
                                              Boston, MA
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

      ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _8/15/05_____

☒ **Already in Federal Custody** _____ in _____.
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ on _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** **Two**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date**   _5/11/06_      **Signature of** _~~~~~~~~~~

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    CEDRIC INGRAM** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2  21 U.S.C. Sec. 841(a)(1) | Distribution of 5 Grams of Cocaine Base | 9 |
| Set 3  18 U.S.C. Sec. 2 | Aiding and Abetting | 9 |
| Set 4  21 U.S.C. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** __I__  **Investigating Agency** __DEA/BPD__

**City** __Boston__  **Related Case Information:**

**County** __Suffolk__  **Superseding Ind./ Inf.** __x__  **Case No.** __05-10239-RCL__
**Same Defendant** __X__  **New** _____
**Magistrate Judge Case Number** __05-MJ-1731-CBS__
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __BRYAN GILBERT__  **Juvenile** ☐ **Yes** ☒ **No**

Alias Name _____

Address __28 Wilbert Road, Dorchester, MA__

Birth date (Year only): __1970__ SSN (last 4 _____ Se __M__ Race: __Afrc. Am__ Nationalit __USA__

**Defense Counsel if** __Harold Hakala__  **Address:** __15 Court Square__
**Bar Number:** _____  __Boston, MA__

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher__  **Bar Number if** _____

**Interpreter:** ☐ **Yes** ☒ **No**  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested**  ☐ **Regular Process**  ☐ **In Custody**

**Location Status:**

**Arrest Date:** __8/25/05__

☒ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**  **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __Two__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __5/11/06__  **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    BRYAN GILBERT** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  __21 U.S.C. Sec. 846__ | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2  __21 U.S.C. Sec. 841(a)(1)__ | PWID 50 Grams of Cocaine Base | 13 |
| Set 3  __18 U.S.C. Sec 2__ | Aiding and Abetting | 13 |
| Set 4  __21 U.S.C. Sec. 853__ | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** __I__   **Investigating Agency** __DEA/BPD__

**City** __Boston__   **Related Case Information:**

**County** __Suffolk__   **Superseding Ind./ Inf.** __x__   **Case No.** __05-10239-RCL__
**Same Defendant** __X__   **New** _____
**Magistrate Judge Case Number** _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __ERIK McCORMICK__   **Juvenile**  ☐ **Yes**  ☒ **No**

Alias Name _____

Address _____

Birth date (Year only): __1970__ SSN (last 4 _____ Se __M__ Race: __BM__ Nationalit __USA__

**Defense Counsel if** __John M. Goggins__   **Address:** __46 Wachusett Street__
                                                        __Worcester, MA__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher__   **Bar Number if** _____

**Interpreter:**  ☐ **Yes** ☒ **No**   **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ **Yes**  ☒ **No**

☐ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____  ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial**   **Ordered** _____ **on** _____

**Charging Document:**  ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony** __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __5/11/06__   **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    ERIK MCCORMICK** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and | 1 |
| Set 2  21 U.S.C. Sec 841 | PWID Cocaine | 8 |
| Set 3  18 U.S.C. Sec. 2 | Aiding and Abetting | 8 |
| Set 4  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** __I_____ **Investigating Agency** __DEA/BPD_____

**City** __Boston_____ **Related Case Information:**

**County** __Suffolk_____ **Superseding Ind./ Inf.** _____x_____ **Case No.** __05-10239-RCL__
                                **Same Defendant** __X_____ **New** _____
                                  **Magistrate Judge Case Number** _____
                                  **Search Warrant Case** _____
                                  **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __**GERMAINE GILMORE**_____ **Juvenile** ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1972__ SSN (last 4 _____ Se __M__ Race: __Afrc. Am.__ Nationalit __USA__

**Defense Counsel if** __James Budreau_____ **Address:** __20 Park Place__
                                                   __Boston, MA__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____ **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

     ☐ **Warrant Requested**     ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**   **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date** __5/11/06__      **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **GERMAINE GILMORE**_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2 | 21 U.S.C. 843(b) | Unlawful Use of Communication Facility | 21 |
| Set 3 | 21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

__Criminal Case Cover Sheet__                    __U.S. District Court - District of Massachusetts__

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** __DEA/BPD_____

**City** __Boston_____  **Related Case Information:**

**County** __Suffolk_____  **Superseding Ind./ Inf.** _____x_____  **Case No.** __05-10239-RCL__
                                      **Same Defendant** _____  **New** _____x_____
                                      **Magistrate Judge Case Number** __05-1731-CBS_____
                                      **Search Warrant Case** _____
                                      **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  __WILLONA GAINES_____  **Juvenile**  ☐ **Yes**  ☒ **No**

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 _____ Se _M_ Race: __Afrc. Am.__ Nationalit __USA_____

**Defense Counsel if** __Tim Watkins_____  **Address:** _____
                                                            _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____  **Bar Number if** _____

**Interpreter:**  ☐ **Yes** ☒ **No**    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ **Yes**  ☒ **No**

    ☐ **Warrant Requested**    ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____  **in** _____ .
☐ **Already in State** _____  ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial**    **Ordered** _____  **on** _____

**Charging Document:**  ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony**  _2_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date**  _5/11/06_          **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **WILLONA GAINES** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 1 |
| Set 2  21 U.S.C. 843(b) | Unlawful Use of Communication Facility | 20 |
| Set 3  21 U.S.C. Sec. 853 | Criminal Asset Forfeiture | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**