```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )   Criminal No. 05-10239-RCL
                              )
HUSIE A. JOYNER, et al.       )
          Defendants.         )
                              )
```

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets in order to add three assets to the Superseding Indictment.

On May 11, 2006, the Grand Jury returned an eighty-count Superseding Indictment charging Husie A. Joyner and others with the following: Conspiracy to Manufacture and Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. §846; Distribution and Possession of Cocaine and Cocaine Base, in violation of 21 U.S.C. §841; Unlawful Use of Communication Facilities, in violation of 18 U.S.C. §843; Possession of a Firearm, in violation of 18 U.S.C. §922; Money Laundering, in violation of 18 U.S.C. §1956; Money Laundering, in violation of 18 U.S.C. §1957; and Aiding and Abetting, in violation of 18 U.S.C. §2.

The Superseding Indictment also contained three forfeiture allegations. The first forfeiture allegation, a drug forfeiture

1

allegation, sought the forfeiture, pursuant to 21 U.S.C. §853, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the drug offenses charged in the Superseding Indictment, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the drug offenses alleged in the drug counts of the Superseding Indictment.  The second forfeiture allegation, a gun forfeiture allegation, sought the forfeiture, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), of all firearms and ammunition involved in the commission of the offenses alleged in firearms counts of the Superseding Indictment.  The third forfeiture allegation, a money laundering forfeiture allegation, sought the forfeiture, pursuant to 18 U.S.C. §982(a)(1), of any property, real or personal, involved in the money laundering offenses alleged in the Superseding Indictment, and all property traceable to such property.  Each of the forfeiture allegations sought the forfeiture of a number of specifically named assets.

In addition to the assets named in the forfeiture allegations, the United States intends to forfeit the following, based on the forfeiture allegations of the Superseding Indictment:

      (A)  A 2000 Mercedes bearing MA License Plate Number RT12HC with VIN WDBNG70JOYA045043 seized from 265 North Pearl Street, Brockton, MA, on July 22, 2005;

    (B)    A 2001 Black BMW X5 with VIN WBAFA53541LM90256 seized from Alberto Romereo at 68 Williams Street, Jamaica, MA, on July 25, 2005; and

    (C)    Assorted Jewelry seized from Anthony Smith and Patrice Smith at 469 Washington Street, Walpole, MA, on about July 22, 2005.

If any of the above-mentioned property, as a result of any act or omission of the defendants, (a) can not be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which could not be subdivided without difficulty, it is the intention of the United States, pursuant to 21 U.S.C. §853(p) and/or 21 U.S.C. §853(p), as incorporated by 28 U.S.C. §2461(c) and/or as incorporated by 18 U.S.C. §982(b)(1)(A) to seek forfeiture of any other property of defendants up to the value of the previously-described property in this Bill of Particulars.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
May 19, 2006         (617)748-3100

**CERTIFICATE OF SERVICE**

I, Jennifer H. Zacks, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: May 19, 2006