# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-10239-RCL** |
| HUSIE A. JOYNER, | ) | |
| (a/k/a "Poopie", "P"), Et al. | ) | |
| Defendant, | ) | |
| | ) | |

## STATUS REPORT
### May 24, 2006

**HILLMAN, M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. Superseding Indictment

On May 11, 2006 a Superseding Indictment was returned in this case. One additional Defendant, Willona Gaines, was named in the Superseding Indictment. As of today, all of the Defendants have been arraigned on the Superseding Indictment.

2.    Further Status Conference

A status conference was held on May 18, 2006, the date that a majority of the Defendants were arraigned. At that conference, counsel requested that the matter be continued for a further status conference. I have granted that request and a further status conference is to be held in this case on June 12, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts. **ALL COUNSEL ARE TO APPEAR IN PERSON FOR THE STATUS CONFERENCE OR ARRANGE TO**

**HAVE COVERAGE BY CO-COUNSEL.**

  3.  <u>Excludable Time</u>

  At the request of the Government and with the assent of counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from May 18, 2006 (date of arraignment of majority of the Defendants, including Ms. Gaines, on Superseding Indictment/date of status conference) through June 12, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, August 21, 2006</u>.[1]

                /s/Timothy S. Hillman
                TIMOTHY S. HILLMAN
                MAGISTRATE JUDGE

---

[1]Since Ms. Gaines has been added as a new Defendant, the Speedy Trial clock begins to run anew as of the date of her arraignment. <u>See</u> <u>United States v. Barnes</u>, 251 F.3d 251 (1st Cir. 2001). If counsel for any of the Defendants wishes to object thereto, such objection shall be filed in writing on or before June 8, 2006.