# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** <br> **NO. 05-10239-RCL** |
| HUSIE A. JOYNER, <br> (a/k/a "Poopie", "P"), Et al. <br> Defendant, | ) ) ) ) | |

## ORDER OF EXCLUDABLE TIME
## May 24, 2006

HILLMAN, M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 18, 2006 (date of arraignment of majority of the Defendants, including Ms. Gaines, on Superseding Indictment/date of status conference) through June 12, 2006 (date of next status conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman  
TIMOTHY S. HILLMAN  
MAGISTRATE JUDGE