# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                              )<br>)<br>HUSIE A. JOYNER,                 )<br>(a/k/a "Poopie", "P"), Et al.    )<br>          Defendant,             ) | **CRIMINAL ACTION**<br>**NO. 05-10239-RCL** |

### STATUS REPORT
### August 3, 2006

**HILLMAN, M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. Superseding Indictment

On May 11, 2006, a Superseding Indictment was returned in this case. One additional Defendant, Willona Gaines, was named in the Superseding Indictment. As of today, all of the Defendants have been arraigned on the Superseding Indictment.

2. Discovery

An additional 1,500 pages of bank records with respect to the money laundering charge against Defendants, Joyner, Smith, Bing and Romero was recently provided to the Defendants. The Defendants have requested additional time to evaluate the new discovery material and to serve discovery letters on the Government. Because of the number of Defendants, the Defendants have agreed to send a joint discovery letter covering all the Defendants. Accordingly, I set the following dates:

(a) The Defendants shall serve their discovery letters upon the Government on or before September 29, 2006;

(b) The Government shall have until October 20, 2006, to serve its response upon the Defendants;

(c) Defendants shall file any discovery motions with respect to unresolved matters on or before November 1, 2006; and.

(d) A hearing on any unresolved discovery motions and/or a further pretrial conference shall be held on November 14, 2006.

3. Further Status/Hearing Conference

A status/hearing will be held in this case on November 14, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts. **ALL COUNSEL ARE TO APPEAR IN PERSON FOR THE STATUS CONFERENCE OR ARRANGE TO HAVE COVERAGE BY CO-COUNSEL.**

4. Excludable Time

Upon motion of the Government and with the assent of counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from June 12, 2006 (date of the expiration of the prior order of excludable time) through and including November 14, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, January 23, 2006.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE