IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )
                                )       05-CR-10239-RCL
HUSIE JOYNER et al.             )
                                )
                                )

ASSENTED TO MOTION TO CONTINUE STATUS HEARING
AND TO EXTEND DEADLINE FOR FILING OF DISCOVERY MOTIONS

The United States respectfully moves this Court to the continue the Court's Interim Status Conference currently set for November 14, 2007 in U.S. District Court in Worcester until November 28, 2006, or at a time thereafter which is convenient for the Court. As grounds the government submits the following:

1.   On August 3, 2006, the Court held an interim status conference. At the hearing, the Court ordered the defendants to file a joint discovery request by September 29, 2006; ordered the government to submit a written response by October 20, 2006; and ordered the defendants to file any discovery motions by November 1, 2006. The Court scheduled a subsequent interim status conference for November 14, 2006.

2.   The defendants served a joint discovery request to the government on September 29, 2006. The joint requests contains fifty-two (52) separate discovery requests. The government asked defense counsel for additional time to respond to the joint submission, until November 7, 2006.

1

3.    The government anticipates providing some additional discovery to defense counsel responsive to the joint request by next week.  The government will also be declining to provide some of the requested discovery pursuant to the declination procedures in Local Rule 116.6(A).

4.    Accordingly, the defendants request an additional three weeks, until November 22, 2006, to file motions to compel discovery for any item of discovery which the government has declined to provide pursuant to LR 116.6(A).  Furthermore, defendants also request leave of court to file any additional discovery requests or motions to compel based on any additional discovery produced by the government in response to the September 29, 2006 joint submission.  The government assents to this request.

5.    The parties further request that the Court exclude the time under the Speedy Trial Act, 18 U.S.C. §3161 *et seq.* from November 14, 2006 until the date of the next scheduled interim status conference based on the complex nature of the case.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Neil Gallagher
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Date Submitted: November 7, 2006

2