

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 5, 2006

ALL COUNSEL OF RECORD

    Re:  United States v. HUSIE JOYNER et al,
          Criminal No. 05-CR-10239-RCL
          Additional Discovery

Dear Counsel:

    I am writing in response to your joint written request for discovery dated September 29, 2006 and my letter dated November 7, 2006. I realized I had indicated in my November 7, 2006 letter that I would have these materials by November 17, 2006. It has taken longer than I expected to track down some of these materials. As indicated below, there still some additional items which the government has agreed to produce which I still need to get. Prior to this disclosure, the government has already produced more than 3,200 pages of discovery. I sincerely hope you are actually reviewing this material.

    Enclosed please find the following:

Request 6 (Pen Register Applications):
    At pages 1 through 262, enclosed please find copies of the requested pen register applications and orders.

Request 8 (CHSB and RMV Documents); Request 9 (CHSB and RMV Documents for Jorge Romero); Request 19 (Other Reports Relied Upon by TFA Monteiro); Request 21 (RMV Photographs of the Defendants)
    At pages 262 to 658, enclosed please find the criminal histories for the defendants in this case including the CHSB records and the records of criminal histories provided by Pre-Trial Services. The records are organized by defendant. The records include each of the CHSB records that were ran and printed out prior to the application for the wiretap as well as those which were requested and ran after the wiretaps. As

indicated on the printouts, some of these records were ran and requested by TFA Monteiro. Other records were recently ran and requested by the U.S. Attorney's Office.

In addition to the criminal history printouts, enclosed please also find, for some of the defendants, RMV documents and booking photographs that were acquired before the start of the wiretap. Finally, in addition please find several BPD and MSP reports regarding the prior arrest of some of defendants both before and during the wiretap investigation. Additional BPD reports including laboratory reports are found at pages 678 to 710.

| Name of Defendant | Report(s): |
|---|---|
| Cedric Ingram | MSP Arrest Report (5/12/05) (Also 5/11/05 arrest report of Arlis Evans and Lab Report |
| Donnelle Joyner | BPD Incident Reports (11/14/99, 10/17/01, 4/10/01, and 3/27/03) |
| Husie Joyner | BPD Incident Reports, Lab Reports (6/28/00, 3/9/01) |
| Gerard Kimble | BPD Incident Reports (2/13/01 and 2/28/04) |
| Alberto Romero | BPD Incident Reports, Lab Reports (2/9/04, 2/10/04, 6/9/00, 8/23/04, 7/19/00) |
| Anthony Smith | BPD Arrest Booking Form (5/13/96); BPD Incident Form (9/30/99) |
| Jermaine Gilmore | BPD Arrest Booking Form (3/2/01); BPD Incident Report (9/18/04, 3/2/01, 9/4/04, 9/18/04, 8/11/04) |
| Bryant Gilbert | BPD Incident Report, Arrest Booking Form, Lab Report (8/18/05) |
| Mahiri Kazana | BPD Incident Reports, Lab Reports (6/2/05, 11/6/03) |

      Erik McCormick        BPD Incident Report, Lab Report (9/12/05, 5/1/05)

<u>Request 24(Reports of Defendant BING)</u>:
Enclosed please find at pages 664 to 677 BPD reports authored by BPD Detective Robert Fratalia regarding his interviews with Gregory Bing. Portions of these reports have been redacted which contain information about other ongoing investigations unrelated to the charges and defendants in this case. (These reports were not included in the November 7, 2006 letter).

<u>Request 46, 48-50 (Contracts with Cooperating Sources)</u>
Enclosed please find, at pages 263-266 and 659-663, the following reports regarding the DEA Cooperating Source involved in the controlled purchases of cocaine and crack cocaine who is Albert Hobson ("CS"):

    (1) A DEA 6 report dated 9/15/04 regarding the reactivation and debriefing of the CS;

    (2) A DEA 6 report dated 2/23/05 regarding a debriefing of the CS;

    (3) A DEA 6 report dated 3/16/05 regarding the deactivation of the CS.

The CS had originally had become a DEA registered informant on 4/26/93. The CS was later deactivated on 4/15/02 because the CS was being treated for a gunshot wound and was no longer residing in Boston where the CS would be able to assist the BPD.

As indicated in the above reports, the CS was reactivated as an registered confidential source with the DEA on September 17, 2004 for the investigation into Husie Joyner, Gregory Bing, and Ralph House. At the time of the CS's activation on September 17, 2004, the CS had several open cases involving motor vehicle violations, three charges of Assault and Battery with a gun, and one charge of possession with a stun gun. Each of these cases were resolved on their own merits without the intervention from law enforcement agents from either the DEA, ATF, or BPD.

The CS was deactivated on March 16, 2005. The CS was deactivated because on February 15, 2005 the CS engaged in unauthorized criminal activity. In addition to the above, the government will also make available for inspection at the U.S. Attorney's Office the Confidential Source Agreement (a DEA Form 473) which this particular CS signed for your inspection at the

U.S. Attorney's Office.  The document was executed on 12/12/01.

     To the extent the government has agreed, the requests that remain pending include the following:

        Request 7 (Telephone and Subscriber Information)

        Request 15 (Location of Items Seized During Search Warrants)

        Request 21 (RMV Photographs of the Defendants)

        Request 27 (Law Enforcement Agents Who Participated in Christopher Baxter Stop)

        Request 41-42 (July 12, 2005 Stop of Dana Rice): The report regarding the 6/8/05 incident in which a firearm was seized can be found on the discovery CD at page 1467-68.

    If there is discovery request that you believe that I have not adequately addressed, please let me know.

                                            Very truly yours,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            /s/ Neil Gallagher
                                            Neil J. Gallagher, Jr.
                                            Assistant U.S. Attorney
                                            (617) 748-3397

Without Enclosures: (Pages 1 through 677)