UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CRIMINAL ACTION |
| ) | NO. 05-10239-RCL |
| HUSIE A. JOYNER, ) | |
| (a/k/a "Poopie", "P"), Et al. ) | |
| Defendant, ) | |

**INTERIM STATUS REPORT**
**December 6, 2006**

**HILLMAN, M.J.**

The following is an Interim Status Report to Lindsay, J. to whom this case is assigned:

1. <u>Discovery</u>

On the date of this Interim Status Conference, the Government provided an additional 900 pages of discovery to the Defendants. The Government represents that there is still a small amount of discovery outstanding which they hope to deliver in the near future. The Government has requested until the middle of March for a Final Status Conference. While the Defendants are somewhat resistant because they have still not received all of their discovery. I am setting March 16, 2007, at 2:00 p.m., in Worcester, Massachusetts as the date for the Final Status Conference. The parties also have until on or before February 28, 2007 to file any dispositive motions.

2. <u>Final Status Conference</u>

A Final Status Conference will be held in this case on March 16, 2007, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street,

Worcester, Massachusetts.  **ALL COUNSEL ARE TO APPEAR IN PERSON FOR THE STATUS CONFERENCE OR ARRANGE TO HAVE COVERAGE BY CO-COUNSEL.**

3.    Excludable Time

Upon motion of the Government and with the assent of counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from November 14, 2006 (date of the expiration of the prior order of excludable time) through and including March 16, 2007 (date of the Final Status Conference).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Friday, May 25, 2007.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE