# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
                                   )
                                   )
v.                                 )          **CRIMINAL ACTION**
                                   )          **NO. 05-10239-RCL**
HUSIE A. JOYNER,                   )
(a/k/a "Poopie", "P"), Et al.      )
            Defendant,             )
_____)

## ORDER OF EXCLUDABLE TIME
### December 6, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the

United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir.

1982)), that the period from November 14, 2006 (date of the expiration of the prior order of

excludable time) through and including March 16, 2007 (date of the Final Status Conference) shall

be excluded from the Speedy Trial Act.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE