UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim No.05-010239 |
| ) | |
| JERMAINE GILMORE   ) | |

**ASSENTED TO MOTION TO EXTEND DEADLINE
FOR FILING OF DISPOSITIVE MOTIONS**

Now Comes defendant who respectfully moves this Court to extend the date for filing of dispositive motions on behalf of Jermaine Gilmore. In support of this request, defendant states the following:

1. His counsel and the government have been in plea discussions, which were expected to resolve the case. It has become apparent, however, over the last few days that no such agreement will be reached in the immediate future.

2. Given the expectations of the parties regarding a plea, counsel for Mr. Gilmore was not focused on litigating the dispositive motions. Clearly, this has changed.

3. Additionally, counsel for Mr. Gilmore finished a 6 week trial before Judge Gertner on March 6, 2007. Preparation for this case enveloped counsel for most of November and December of last year.

4. Counsel was also preparing for an April 2, 2007 murder trial in Suffolk Superior Court. The government sought and received a continuance over defense objection. The point being that counsel had been focused on preparing that case for trial since the end of the case before Judge Gertner.

5. Finally, counsel is presently preparing for a 4 week

trial before Judge Saris scheduled for April 30, 2007.

    6.   AUSA Neil Gallagher has assented to this motion.

Based upon the above counsel moves this Court to extend the deadline for his filing motions until either April 23, 2007 or the latest date presently scheduled for other counsel to do the same.

                                Respectfully submitted,
                                By his Attorney

                                /S/ JAMES BUDREAU
                                JAMES H. BUDREAU, ESQ.
                                BBO#553391
                                20 Park Plaza, Suite 905
                                Boston, MA 02112
                                (617) 227-3700

    I hereby certify that I served a copy of the above motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 26th day of March 2007.

                                /s/ James Budreau
                                JAMES BUDREAU BBO# 553391
                                20 Park Plaza, Suite 905
                                Boston, MA 02116

AFFIDAVIT OF COUNSEL

I, James Budreau dos state and depose that the following is true and accurate to the best of my knowledge:

1. I was appointed to represent Jermaine Gilmore.

2. The facts contained in this motion are true to the best of my knowledge.

Signed under pains and penalties of perjury,


/S/JAMES BUDREAU