UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        )    Crim No.05-010239
                                  )
JERMAINE GILMORE                  )

**MOTION TO SEVER**

Now Comes defendant, Jermaine Gilmore, who respectfully moves this Court to sever his trial from the other defendants based upon prejudicial joinder pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure. In support of this Motion, defendant states the following:

1.  Mr. Gilmore has been indicted in only two substantive counts in an 80 count case.  The first is Count One, which is the overarching conspiracy filed pursuant to Title 21 U.S.C. Sec. 846.  The second is a telephone or communication device violation filed in Count Two pursuant to Title 21 Sec 843(b).

2.  Factually, the government's case is based primarily upon several telephone calls between Mr. Gilmore and Gregory Bing. Defendant attaches the most pertinent calls that counsel has been able to locate to date.  See Exhibit A.  These calls allegedly show that Mr. Gilmore was friends with and may have purchased or wanted to purchase drugs from David Bing on one or a couple of occasions.  Exhibit A.  Counsel for Mr. Gilmore is unaware of any evidence that Mr. Gilmore was obtaining drugs from Husie Joyner or any other of the 15 defendants.  See Affidavit of Counsel attached as Exhibit B.  The conspiracy alleges that

Joyner and Bing were the major suppliers of the drugs conspiracy in this case. Exhibit B.

3.   If the defendant went to trial, it is likely that he would argue in his defense that he was merely a buyer or prospective buyer from Bing and did not conspire with this group as indicted.

4.   Additionally, defendant expects that the government's evidence would show that Mr. Gilmore was speaking with Bing for approximately a month, mostly about nothing but occasionally about drugs.  The recorded calls begin sometime in mid April 2005 and end before May 20, 2005 when Mr. Gilmore was incarcerated in state prison.  Exhibit B.  The charged conspiracy started on March 2001 and ended in August 2005 and lasted a total of 52 months.

5.   It is likely that this Court will have to instruct the jury that evidence from 51 of the 52 months of this conspiracy's life are not admissible against Mr. Gilmore.

6.   Given the limited scale of Mr. Gilmore's alleged involvement, it would be prejudicial to the defendant for him to be tried with the other defendants given that: (a) while this alleged conspiracy (Count I) extends over a four year period starting in 2001 and ending in August 2005, the government's allegations would likely show that Mr. Gilmore was only involved with one of the defendants for approximately one month during the end of the pleaded conspiracy; (b) the defendant and his counsel would be forced to sit through what appears to be a multi month

2

trial when the evidence against Mr. Gilmore would likely be less than a week if he were tried alone; and (c) the evidence against the other defendants would create an overwhelming level of prejudice against Mr. Gilmore regardless of whatever curative instructions this court gives.

7. Conversely, the government would not be prejudiced in any significant way if Mr. Gilmore's case were severed. Given the dearth of evidence against Mr. Gilmore compared to the other defendants, its likely that his absence would go unnoticed.

8. Given the potential for spillover prejudice to the defendant and the lack of prejudice to the government, Mr. Gilmore's situation presents the special circumstances permitting this Court to exercise its sound discretion to sever Mr. Gilmore from the trial of the other defendants. <u>Zafiro v. United States</u>, 113 S.Ct. 933, 939 (1993) See Due Process Clause of Fifth Amendment.

Wherefore, defendant moves this Court to sever Mr. Gilmore's trial from the rest of the defendants. Such a severance would be in the interest of judicial economy and the defendant's Fifth Amendment right to due process while maintaining the integrity of the government's case.

Respectfully submitted,
By his Attorney


  /S/ JAMES BUDREAU
JAMES H. BUDREAU, ESQ.
BBO#553391
20 Park Plaza, Suite 905
Boston, MA 02112

3

(617) 227-3700

I hereby certify that I served a copy of the above motion
through the ECF system which was sent electronically to the
registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as
non registered participants on the 23rd day of April 2007.

/s/ James Budreau
JAMES BUDREAU BBO# 553391
20 Park Plaza, Suite 905
Boston, MA 02116

4

Target Telephone 617-970-0413 SPRINT_
Date: 2005-04-23
Time:
Call No.: 12-21-31_752_Synopsis.rtf
Subscriber:        None

Synopsis:   BING and HUSIE

BING:               I know but I told her what I said and that's the same thing happened before.

HUSIE:              But what could be happening BING, sometimes you gotta calm but sometimes the line might be being jammed up dog, you know what I'm saying?

BING:               Hey yo, let me ask you this question right?

HUSIE:              Um-Hmm

BING:               I got the batteries in the Stidick (SP?) = Scale

HUSIE:              Yeah

BING:               The shit is, the shit is not weighing, the minus side keep coming on, you know, over the corner.

HUSIE:              The minus sign?

BING:               Yeah, you know like the minus sign

HUSIE:              How long has that been on?

BING:               Huh?  I put a dollar, I put a dollar on and it's saying point, it said 0.9 and a dollar is a GRIZZIE (gram)

HUSIE:              And you got it on grams right now or you got it on other things?

BING::              I got it on GRIZZIES (grams)

HUSIE:              Turn it back off and do it again

BING:               I dont know U/I

HUSIE:              Put the batteries back in again.

BING:        All right, there you go

HUSIE:       What did you had to do?

BING:        Huh?

HUSIE:       What did you had to do?

BING:        Hey HOUSE has to, hey,

HUSIE:       A DUBIE

BING:        Dude supposed to came by yesterday but he aint never

HUSIE:       Who?

BING:        HOUSE (Ralph HOUSE)

HUSIE:       Oh, he'll call, he'll call back

BING:        Yeah, I told him he want that motherfuckin' 7 dollars nigga

HUSIE:       Yeah um, Who wanted dubie?

BING:        Uh MAINO?

HUSIE:       Huh?

BING:        JERMAINE, JERMAINE been calling me he's suposed to
be            earlier and what's her name just called me too,
BABYFACE,     he wants an ounce of that other thing.

HUSIE:       All set?

BING:        Yeah, but yo, what hospital JUWANA say she went to?

HUSIE:       She don't know what Hospital she went to man she don't       know.

BING:        Why you gotta just be smart man? What I'm asking you

HUSIE:       Aint nobody to explain in the room, I dont know that B. You
             should know that B

BING:        I dont know,
Husie:       That night, the night, the night when she said that      she
went to          uhh.. Beth Israel She's at Beth Israel. Beth Israel

BING:                    All right, let me call (voices overlap) Let me call this bitch.
I'll                         call your right back

Call ends

Monitored by:  D Jung
Summarized by:  Tpr Ridlon
Revised by: Monteiro

Target Phone: 617-970-0413 SPRINT_
Date: 2005-04-23
Time: 02-17-19
Call No._661_Synopsis.rtf
Subscriber: 617-224-3294
          Jhonel Gilmore-sub
          3 Wheatley Way
          Roxbury,Ma.


Synopsis:

Bing: let me call you right right back

Jermaine: Where you at man?

Bing:I'm going to call you right back,they on on the way there

Jermaine:man,Madison is right there from Mass.Ave.  I dont want to be sitting
there all night.Are they coming?Let me know man.

Bing:I'm coming over there man.

Jermaine: Where are they at?

Bing:Uh my God   dog,

Jermaine: I'm passing your spot right now

Bing:I'm coming  over there .


Monitored by: Det Cardoza
Summarized by: Monteiro
Revised by:Monteiro

Subscriber:          Pen Down


Synopsis:          BING asks JERMAINE where he is. JERMAINE says he's
on the way and asks BING if he is still there. BING tells him he is.


Monitored by:      F Waggett
Summarized by:    F Waggett
Revised by:

Target Phone: 617-970-0413 SPRINT_
Date: 2005-04-26
Time: 11-48-17_
Call No: 1276_Synopsis.rtf
Subscriber:          Pen Down


Synopsis:            BING asks JERMAINE where he is. JERMAINE says he's
on the way and asks BING if he is still there. BING tells him he is.


Monitored by:        F Waggett
Summarized by:       F Waggett
Revised by:

Target Phone: 617-970-0413 SPRINT_
Date: 2005-04-26
Time: 11-58-32_
Call No: 1277_Synopsis.rtf
Subscriber:        Pen Down


Synopsis:        JERMAINE calls into BING asks him where he is and BING
tells him he is over where they vacum.


Monitored by:        F Waggett
Summarized by:
Revised by:          F Waggett

Target Phone: 617-970-0413 SPRINT_
Date: 2005-04-28
Time: 15-52-45_
Call No. 1672_Synopsis.rtf
Subscriber:          617-224-3294
                     GILMORE, Johnell
                     3 Wheatley Way
                     Roxbury, MA
                     Jermaine Gilmore (user)

| | |
|---|---|
| Synopsis:<br>says<br>that. | BING tells JERMAINE that he's on his way. JERMAINE<br>that he doesn't want to hold on to the papers like |
| Jermaine: | What up kid |
| BING: | Yo |
| Jermaine: | What up |
| BING: | Ya, i,m on my way |
| Jermaine: | Huh? |
| BING: | I'm on my way in town, I was knocked the fuck out. |
| Jermaine: | Oh man, why you didn't call me back then. |
| BING: | I don't want to hear all that shit nigger. |
| Jermaine: | Ah you all like that, I/U. |
| BING: | Hey yo dog, talk to me better than that shit. |
| Jermaine; | I,m saying I don't want to be sitting around, I got I/U. |
| BING:<br>do | Ahhh, I got to go, ya tell me your  fucking I got errands to<br>and all that, shut the fuck man!! |
| Jermaine: | All this time I got niggers change on me, and shit, you |
| BING: | Ya. |

| | |
|---|---|
| Jermaine:<br>know? | I don't like holding my fucking paper like that man, you |
| BING: | Alright, yo. |
| Jermaine:<br>I | My man basket, basket, I don't know if you want to do that,<br>don't know, niggers, you know what I'm saying. |
| Bing: | Ya, what happen to Poop? |
| Jermaine: | I/U   nigger I ain't doing shit, I'm trying to hustle. |
| BING:<br>a | Hey yo talk to me better than that nigger, I don't usually let<br>motherfucker talk to me. |
| Jermaine: | Chillin, i,m chillin, i got, i got, errands to do, but i don't want |
| BING: | I/U every fuck day man, i got errands, |
| Jermaine: | I called you at ten o clock this morning, |
| BING: | Ya |
| Jermaine: | Look at what time it is, 5 o'clock |
| BING:<br>or<br>don't | I was sleeping, i was sleeping, you act like i,m not human<br>something, like i don't sleep,  you fucking coward, i<br>want to hear all that shit nigger |
| Jermaine: | You don't like to wait do you? |
| BING: | Huh, uh, ya, sometimes i do though |
| Jermaine: | On the I/U couch all day long |
| BING: | Ya, you been doing it all this fucking years, |
| Jermaine: | I'm I/U, up off of that |
| BING: | I,ll call you in second, i,ll be around the way in a second |
| Jermaine: | Alright |
| BING: | You didn't hear from me though |
| Jermaine: | Huh |

my da

BING:            You didn't hear from me

Jermaine:        I got somewhere to go at 5 so,

BING:            Where the fuck you got to go at 5 nigger?

Jermaine:         I got important stuff to do man

BING:            You ain't got shit to do, little lying bastard

Jermaine:         I do

BING:            I,ll be down in a minute , i,ll call you when i get down

Jermaine:        Alright

Monitored by:  D Jung
Summarized by:  D Jung
Revised by:MacLaughlin

Target Phone: 617-970-0413 SPRINT_
Date: 2005-05-06
Time: 12-26-58_
Call No.: 2946_Synopsis.rtf
Subscriber:            617-224-3294
                       Johnell Gilmore
                       3 Wheatley Way
                       Roxbury, MA
                       JERMAINE

Synopsis:            BING calls into JERMAINE, BING  tells him heis eating
with DONNELLE. BING just saw DONNELLE's brother. JERMAINE has to go to
Target.

Call comes in from female calls in to BING and tells him she has changed her
cell phone number to 617-212-1147


Monitored by:        F Waggett
Summarized by:       F Waggett
Revised by:

TARGET PHONE: 617-970-0413 SPRINT_
DATE: 2005-05-06
TIME: 18-22-22_
CALL NO: 2994_Synopsis.rtf
Subscriber:         617-224-3294
                    GILMORE, Johnell
                    3 Wheatley Way
                    Roxbury, MA

Synopsis:  Bing and Germaine have a disagreement over Germaine's girlfriend.

(Conversation is pertinent at approximately 18:23:40)

| | |
|---|---|
| Bing: | Yo, listen. |
| Germaine: | What's up? |
| Bing: | Take that thing right.. |
| Germaine: | Yeah. |
| Bing: | To your crib, right...you listening? |
| Germaine: | Yeah. |
| Bing: to | You don't know nobody...your...your man don't know how burn good? |
| Germaine: | Um... |
| Bing: | I can..I can tell you exactly what to do, right? |
| Germaine: I | don't know if he's home from work, man... |
| Bing: | But listen... |
| Germaine: | I'm not... |
| Bing: | Listen, dog...listen to what I gotta... |
| Germaine: | Go ahead...go ahead...go ahead... |
| Bing: | Listen..eleven (11)...you in the hole for fifteen (15) dollars alread |
| Germaine: | Yeah. |

| Bing:<br>fuck<br>do, right? | Now listen...this is what I suggest...I don't know what the<br>you want to suggest...but this is what I suggest you |
|---|---|
| Germaine: | Yeah. |
| Bing: | I suggest you take..whatever...whatever you..whatever you know<br>(15), right? |
| Germaine: | Yeah. |
| Bing: | You got seventy five (75) joints there....seventy five (75) |
| Germaine: | I...(U/I)...it's seventy two (72) whatever.. |
| Bing: | But listen... |
| Germaine: | Go ahead. |
| Bing: | Take that,  right? |
| Germaine: | Yeah. |
| Bing:<br>do it<br>enough time<br>thing, | If your man...I don't know if your man...if your man could<br>or whatever...or whatever...but I aint gonna have<br>to do it cause I'm running around for my daughter's<br>right? |
| Germaine: | Yeah. |
| Bing: | Burn that down, right? ...an give me twenty two (22) dollars<br>back...all right? |
| Germaine: | For...for this right here? |
| Bing: | Yeah...it's seventy...seventy seven (77) "grizzies"...seventy five (7 |
| Germaine: | Yeah. |
| Bing:<br>whatever | You give me twenty two (22) dollars, slow grind or |
| Germaine: | So what about the other thing? |
| Bing: | The other fucking thing...that's your responsibility. |

Germaine:       That all together?

Bing:            I'm not worried about the thing what you got right now.

Germaine:       Yeah, but I'm saying...so all together.

Bing:            Nah...it aint all together..stop putting it all together...I'm just        trying

Germaine:       Yeah.

Bing:            Work on the fucking..work on the fucking...work on the           actual
fifteen        (15) off the...off the twenty eight (28) you got right?...well
               right?...when you slow grind...when you slow
grind the next     one...you know what I'm saying?...when you slow
grind the          next one...you...you should
make..uh...uh...uh..uh...uh....uh          big...a bigger difference...you dig what
I'm saying?

Germaine:       Yeah.

Bing:            You say yeah nigger...I'm making sure you          unders

Germaine:        Don't worry about that four (4)...nigger.

Bing:            Nah, I am worried about it...nigger...fuck what you talking       about,

Voices overlap (U/I)

Germaine:       So the other, the, okay that's, that we already know about
the             four (4) and all that, that's how we...

Bing:            Yeah we, we, we, we not even, you already know what you
               gotta do with that. The other thing, slow grind

Germaine:       And what's that?

Bing:            Twenty two (22) dollars nigga, 77 grams nigga.

Germaine:       Alright, I'll figure it out.

Bing:            Ah, what the fuck you mean you'll figure it out? You don't
have            to figure it out, I just told you bald head ass.

Germaine:       Alright

Bing:            Nigga, see, that, that's the thing. Niggas, niggas go have      drinks

Germaine:            Ahhh

Bing:                I can't get the ball past the **unintell** where it come out

(voices overlap)

Germaine:            Let me ask you something. What's gonna bring the thing
for                          the, um, the nickel and a half, what's gonna bring it,
so I can,                  I can probably hold on to it

Bing:                What's gonna bring it? What you mean what's gonna bring         it?

Germaine:            To bring it out.

Bing:                Oh to bring it up?

Germaine:            To bring it, to bring it to that.

Bing:                The nickel and a half?

Germaine:            Yeah.

Bing:                I'm lost nigga.

Germaine:            If I throw, if I throw it on top of the thing, what's gonna bring
it?

Bing:                Nah, nah, listen listen dog. Don't fucken, yo, you talking
bout                         the thing for your man?

Germaine:            Yeah

Bing:                Nah, that aint got nothing to do with you nigga. Don't you
fuck                         with that.

Germaine:            Nah, nah, I'm saying what will bring it? Like if the guy would
go to, go over the thing, over the five (5).

Bing:                Nah, see you got to do it all at once.

Germaine:            Okay.

Bing:                Right.

Germaine:            Alright.

Bing:          You do it all at once, right?

Germaine:      Alright.

Bing:          Okay?

Germaine:      I know what you're saying.

Bing:          Yeah, but you just don't, you know what I'm saying, when
you                    burn it.

Germaine:      Hold on (gets another call)

Bing:          Yeah.

Germaine:      (talking on another phone) Yeah go ahead.

Bing:          Yo when yo.

Germaine:      I see what you saying, but let me figure it out, work, with
what             I could do with it, if I could do something with it, If
not, I'll just    have to wait.

Bing:          Ah, well that's, that's simple shit there dog. I been trying to        give y

Germaine:      I, I know what you're saying, alright.

Bing:          That's more easier then the other thing, you know what I'm       saying

Germaine:      Yeah.

Bing:          Ah, the soft legs, you know what I'm saying, it's easier then
               that.

Germaine:      Okay, okay, I see what you saying.

Bing:          That's what I'm saying to you is that, this thing, this thing
you                    got seventy (70) right, just say seventy (70), seventy
four (74),     right?

Germaine:      Ah um.

Bing:          When you do that thing up, right, you know what's gonna       happe

Germaine:      What?

Bing:            You gonna have an extra fucking a,a,a,a nine (9) to eleven          (11) th

Germaine:        Okay.

Bing:            You know what I'm saying?

Germaine:        Yeah.

Bing:            So if I say yo, give me twenty two (22) dollars so that's like          you pa

Germaine:        Yeah.

Bing:            But you really pro, you know what I'm saying?

Germaine:        I know what you saying.

Bing:            I can't fucking tell, though,  I gotta break shit down to you
dog.             Damn nigga get your fucking high school diploma or          somet

Germaine:         Alright, I'm gonna holla at you.

Bing:             Yeah, holla at me, nigga, don't hey don't go out there and          comm

Germaine:        Alright.

Bing:             Alright peace.

Call end.


Monitored by:      D Jung
Summarized by:     D Jung
Revised by:        Monteiro

Subscriber:
617-445-5597
Kim Harris (keisha)
Jermaine
25 Trotter Ct
Roxbury, MA

Synopsis:          Keisha talks about Jermaine being arrested for a couple                    other
                              collects pay stubs from the place he doesn't
even work.              Bing wants her to call him and let him know what the
other                     things that he        got caught up on are.

Monitored by:      M Krol
Summarized by:     M Krol
Revised by:

AFFIDAVIT OF COUNSEL


I, James Budreau, do state that the following is true to the best of my knowledge and recollection:

1.  I represent Jermaine Gilmore in the instant matter.  I was appoint through the Criminal Justice Act.

2.  The facts in the motion are true to the best of my knowledge and recollection.


Signed under pains and penalties of perjury,




_____
JAMES BUDREAU