IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | 05-CR-10239-RCL |
| | ) | |
| JERMAINE GILMORE | ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO DEFENDANT'S MOTION TO SEVER**

The United States respectfully moves this court for an extension of time, until May 14, 2007, to file an opposition to defendant's motion to sever evidence (Doc. 286) filed on April 23, 2007. As grounds, the government submits that undersigned counsel has motions to suppress oppositions due in two other multi-defendant wiretap cases, United States v. Sergio Alacantara Saldana, 05-10235-GAO and United States v. Luis Lopez et al, 05-103040-GAO as well as in the instant case. Pursuant to LR 7.1(A)(2), undersigned counsel has contacted both counsel of record for defendant who assent to the granting of the motion.

                                                  Respectfully Submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                      By:  /s/ Neil J. Gallagher, Jr.
                                                  Neil J. Gallagher, Jr.
                                                  Assistant U.S. Attorney

Date Submitted: May 7, 2007

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                     /s/ Neil J. Gallagher, Jr.
                                     Neil J. Gallagher, Jr.