UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim No.05-010239 |
| ) | |
| JERMAINE GILMORE ) | |

**MOTION FOR LEAVE TO JOIN GREGORY BING'S MOTION TO SUPPRESS FRUITS OF UNLAWFUL ELECTRONIC SURVEILLANCE AND MEMORANDUM OF POINTS AND AUTHORITIES**

Now Comes defendant, Jermaine Gilmore, who respectfully moves this Court to grant him leave to join Mr. Bing's above entitled motion and memorandum in support to suppress Title III intercepts. In support of this request defendant states the following:

1. Mr. Gilmore has standing as his telephone calls were intercepted by the government when he called the target telephones subscribed to by Gregory Bing during the pendency of the authorized intercepts. These calls generally occurred between April and May 2005.

2. The telephones that Mr. Gilmore called were, as stated above, identified as targets by the affiant for the authorizing warrant. These telephones were subscribed to by co-defendant Gregory Bing.

3. The legal issues arising from the illegal interception of Mr. Bing's telephone calls are sufficiently similar to Mr. Gilmore's constitutional claims that it would be inefficient use of judicial resources for Mr. Gilmore to file a separate motion to suppress.

4.   Therefore, Mr. Gilmore seeks to join Mr. Bing's motion and moves this Court to suppress his intercepted conversations for the reasons identified in Mr. Bing's motion and memorandum of support.

5.   Mr. Gilmore also seeks to file this motion late.  In support, defendant states that his counsel was tied up preparing for a month long criminal trial scheduled to start before Judge Saris on April 30th.  While the case did begin as planned, the parties were able to resolve the case after jury selection.  Counsel has been attending to a back log of legal matters ever since.  See Affidavit of James Budreau attached hereto.

Wherefore, defendant seeks leave to join Mr. Bing's Motion to Suppress Fruits of Unlawful Electronic Surveillance And Memorandum Of Points And Authorities and to suppress said electronic surveillance.

        Respectfully submitted,
        By his Attorney


         /S/ JAMES BUDREAU
        JAMES H. BUDREAU, ESQ.
        BBO#553391
        20 Park Plaza, Suite 905
        Boston, MA 02112
        (617) 227-3700

I hereby certify that I served a copy of the above motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 11th day of May 2007.

        /s/ James Budreau

## AFFIDAVIT OF JAMES BUDREAU

I, James Budreau, state and depose to the best of my recollection and knowledge that:

1. I represent Jermaine Gilmore and was appointed through the Criminal Justice Act.

2. I have reviewed Mr. Bing's Motion to Suppress Fruits of Unlawful Electronic Surveillance And Memorandum Of Points And Authorities and concluded that the issues raised in that motion equally apply to Mr. Gilmore.

3. Mr. Gilmore was intercepted numerous times during a two month period by the government while calling Mr. Bing on a target telephone(s). These phones were possessed by or subscribed to by Mr. Bing.

4. Mr. Gilmore has standing to challenge these intercepts.

5. Counsel for Mr. Gilmore did not file a motion to suppress earlier given that he had preparing for trial before Judge Saris which began on April 30, 2007. While the case settled on May 2, 2007, the preparation for this case consumed counsel given that it was expected to last a month and involved a complex indictment alleging mail fraud and massive tax fraud over ten years by defendants who owned multiple corporations. I have been attending to a backlog of cases ever since this case resolved.

Signed under pains and penalties of perjury,


/S/JAMES BUDREAU