```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )   CRIMINAL ACTION
     v.                     )
                            )   NO. 05-10239-RCL
                            )
HUSIE JOYNER et al.         )
```

**MOTION TO EXCLUDE**
**TIME UNDER THE SPEEDY TRIAL ACT**

The United States hereby respectfully move this Court exclude the time under the Speedy Trial Act, 18 U.S.C. Sec. 3161(c)(1), from April 2, 2007 until June 6, 2007.  As grounds, the government submits that instant cases involves complex issues and law and fact, as contemplated by 18 U.S.C. Sec. 3161(h)(8)(B)(ii), which will require additional time for pretrial proceedings and the resolution of pretrial motions. Additionally, since a trial is expected in this matter for more than defendant, it would be in the interests of justice and judicial economy to exclude time under the STA to achieve a single trial for all the defendants in this case.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

               By:            /s/ Neil Gallagher
                              Neil J. Gallagher, Jr.
                              Assistant U.S. Attorney

Date: June 6, 2007

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Neil J. Gallagher, Jr.</u>
Neil J. Gallagher, Jr.