# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-10239-RCL** |
| HUSIE A. JOYNER, ) | |
| (a/k/a "Poopie", "P"), Et al. ) | |
| Defendant, ) | |

## FINAL STATUS REPORT
### June 8, 2007

**HILLMAN, M.J.**

The following is a Final Status Report to Lindsay, J. to whom this case is assigned:

**1. Local Rule 116.5 (D) (1)** - Trial Necessity

The parties continue to discuss a non-trial resolution of their cases. However, they have all requested that their cases be sent to Judge Lindsay for resolution of any dispositive motions.

**2. Local Rule 116.5 (D) (2)** - Discovery

At this time discovery is complete.

**3. Local Rule 116.5 (D) (3)** - Motions

At this time, several of the Defendants are contemplating filing motions to dismiss or suppress which require a ruling by the District Court before trial.

**5. Local Rule 116.5 (D) (5)** - Trial Length

At this time, it is too early to determine the length of the trial.

**6. Local Rule 116.5 (D) (4)** - Excludable Time

At the request of the Government, I am excluding from the provisions of the Speedy Trial Act, the period from March 16, 2007 (date of the expiration of the prior order of excludable time) through and including June 6, 2007, under the provisions of: 18 U.S.C. §3161(h)(1)(F), due to delay resulting from Defendants' pretrial motions, including dispositive motions, which remain pending; 18 U.S.C. §3161(h)(8)(A), because the interests of justice resulting from the grant of the continuance outweigh the best interest of the public and the Defendants since multiple Defendants will be going to trial and issues remain outstanding with respect to one or more Defendants which must be resolved prior to trial; and 18 U.S.C. §3161(h)(8)(B)(ii), because this is a complex case with many Defendants and numerous issues which will require additional time for pretrial proceedings and the resolution of pretrial motions.

As of June 6, 2007, zero days will have been credited against the provisions of the Speedy Trial Act. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, August 15, 2007.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE