## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 05-10239-RCL** |
| HUSIE A. JOYNER, (a/k/a "Poopie", "P"), Et al.         Defendants, | ) ) ) ) | |

### ORDER OF EXCLUDABLE TIME
### June 8, 2007

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. §§ 3161 (h)(1)(F), (h)(8)(A) and (h)(8)(B)(ii), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 16, 2007 (date of the expiration of the prior order of excludable time) through and including June 6, 2007 shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE