```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
     v.                        )    Crim No.05-010239
                               )
HUSIE JOYNER, ET AL            )
```

### MOTION FOR LEAVE FOR ALL DEFENDANTS TO JOIN MOTIONS TO SUPPRESS FRUITS OF ELECTRONIC SURVEILLANCE AND MEMORANDA IN SUPPORT FILED BY GREGORY BING, HUSIE JOYNER AND ALBERTO ROMERO

Now Come all defendants in the above captioned matter who respectfully move this Court to grant them leave to join all motions and supportive memoranda filed in this case by other defendants seeking to suppress unlawful electronic surveillance or Title III intercepts and the fruits thereof. Specifically, the defendants seek leave to join said suppression motions and supporting memoranda filed by Husie Joyner (#303, 304), Gregory Bing (#301) and Alberto Romero (#289, 290) as identified on the docket for this case. This motion is filed at the request of the court in an effort to reduce the number of motions filed and on grounds of judicial economy as many of the issues raised in said motions are common to all defendants.

Furthermore, all counsel agree that any previously filed motions for leave to join these suppression motions, including those filed by Jorge Romero (#291), Jermaine Gilmore (#302), Donnelle Joyner (#305) and Ralph House (#309), are hereby moot and withdrawn upon the granting of this motion to join.

Wherefore, defendants move this Court to grant their motion for leave to join said suppression motions and supportive

memoranda.

                            Respectfully submitted,
                            By his Attorney


                            _/S/ JAMES BUDREAU_
                            JAMES H. BUDREAU, ESQ.
                            BBO#553391
                            20 Park Plaza, Suite 905
                            Boston, MA 02112
                            (617) 227-3700

     I hereby certify that I served a copy of the above motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 29th day of June 2007.

                            _/s/ James Budreau_