UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

U. S.
_____
       v.
Husie Joyner, et al
_____

Check if previously referred ☐

CA/CR No. _05-10239-RCL_

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _____ for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B)   Referred for full pretrial case management, not including dispositive motions:

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(E)   Case referred for events only. See Doc. No(s). _____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _arraignment & pretrial re: superseding indictment_

_5-15-06_
Date

By _Catherine M Sawler_
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

# MEMORANDUM



**DATE:** 5-15-06

**TO:** Courtroom Clerk for Judge _Lindsay_

and Magistrate Judge _Hillman_

**FROM:** Catherine M. Gawlik, Customer Services Supervisor

**SUBJECT:** Assignment of New Indictment/Information (Superseding if checked ✓ )

---

Please be advised that the following indictment/information returned or filed on _5-11-06_ has been assigned/referred to you.

Criminal No. _05-10239-RCL_ U.S.A. v. _Joyner, et al_

\_\_\_\_\_ This **INDICTMENT/INFORMATION** is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

✓ This **INDICTMENT/INFORMATION** is not sealed. The original file will be forwarded to _____ upon completion of case opening. A copy of the indictment/information is attached for your information.

**N.B.** 1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

**COPY FOR:**

☐ CASE OPENING CLERK        ☐ PROMIS
☐ DISTRICT JUDGE COURTROOM CLERK    ☐ PRETRIAL SERVICES
☐ MAG. JUDGE COURTROOM CLERK    ☐ COUNTER/PRESS FOLDER
☐ ASSISTANT U.S. ATTORNEY

(Indictment Memo.wpd - 2/99)